B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|
| **IN RE (Name of Debtor – If Individual: Last, First, Middle)**<br>Arena Football League, LLC | **ALL OTHER NAMES used by debtor in the last 8 years**<br>(Include married, maiden, and trade names.)<br>AFL, LLC<br>Arena Football League, Inc. |
| **Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN**<br>(If more than one, state all.):  36-4270778 | |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)<br>8700 W. Bryn Mawr, Ste. 120S<br>Chicago, Illinois 60631<br><br>**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**<br>Cook County, Illinois                              ZIP CODE | **MAILING ADDRESS OF DEBTOR** (If different from street address)<br><br><br><br><br>ZIP CODE |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☑ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes)<br><br>1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | **COURT USE ONLY** |

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Arena Football League, LLC__

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _[signed] President_ <br> Gridiron Enterprises, Inc.    August 6, 2009 <br> Name of Petitioner    Date Signed | x _[signed]_ <br> Richard S. Lauter | August 6, 2009 |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> William L. Niro <br> Gridiron Enterprises, Inc. <br> 181 W. Madison St., Ste. 4600 <br> Chicago, Illinois 60602 | Name of Attorney Firm (If any) <br> Address <br> Freeborn & Peters LLP <br> 311 S. Wacker Dr., Ste. 3000 <br> Chicago, Illinois 60606 <br> Telephone No. (312) 360-6000 | |
| x_____ <br> Signature of Petitioner or Representative (State title) <br> Sheraton New Orleans Hotel    August 6, 2009 <br> Name of Petitioner    Date Signed | x_____ <br> Signature of Attorney <br> Richard S. Lauter | August 6, 2009 |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> Steve Rankin <br> Sheraton New Orleans Hotel <br> 500 Canal Street <br> New Orleans, Louisiana 70130 | Name of Attorney Firm (If any) <br> Address <br> Freeborn & Peters LLP <br> 311 S. Wacker Dr., Ste. 3000 <br> Chicago, Illinois 60606 <br> Telephone No. (312) 360-6000 | |
| x_____ <br> Signature of Petitioner or Representative (State title) <br> Johnson & Bell, Ltd.    August 6, 2009 <br> Name of Petitioner    Date Signed | x_____ <br> Signature of Attorney <br> Richard S. Lauter | August 6, 2009 |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> Joe Marconi <br> Johnson & Bell, Ltd. <br> 33 W. Monroe St., Ste. 2700 <br> Chicago, Illinois 60603 | Name of Attorney Firm (If any) <br> Address <br> Freeborn & Peters LLP <br> 311 S. Wacker Dr., Ste. 3000 <br> Chicago, Illinois 60606 <br> Telephone No. (312) 360-6000 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Gridiron Enterprises, Inc. (address above) | Contract Right | $272,727.00 |
| Sheraton New Orleans Hotel (address above) | Goods and Services | $12,517.37 |
| Johnson & Bell, Ltd. (address above) | Goods and Services | $11,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $296,244.37 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor  Arena Football League, LLC

                                                         Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____  August 6, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Gridiron Enterprises, Inc.         August 6, 2009 | Richard S. Lauter |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: William L. Niro, Gridiron Enterprises, Inc., 181 W. Madison St., Ste. 4600, Chicago, Illinois 60602 | Address: Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Illinois 60606  Telephone No. (312) 360-6000 |
| x_____  Director of Finance | x_____  August 6, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Sheraton New Orleans Hotel         August 6, 2009 | Richard S. Lauter |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Steve Rankin, Sheraton New Orleans Hotel, 500 Canal Street, New Orleans, Louisiana 70130 | Address: Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Illinois 60606  Telephone No. (312) 360-6000 |
| x_____ | x_____  August 6, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Johnson & Bell, Ltd.               August 6, 2009 | Richard S. Lauter |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joe Marconi, Johnson & Bell, Ltd., 33 W. Monroe St., Ste. 2700, Chicago, Illinois 60603 | Address: Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Illinois 60606  Telephone No. (312) 360-6000 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Gridiron Enterprises, Inc. (address above) | Contract Right | $272,727.00 |
| Sheraton New Orleans Hotel (address above) | Goods and Services | $12,517.37 |
| Johnson & Bell, Ltd. (address above) | Goods and Services | $11,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $296,244.37 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                              Name of Debtor  Arena Football League, LLC

                                                                   Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF | |
|---|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Gridiron Enterprises, Inc.        August 6, 2009<br>Name of Petitioner           Date Signed | x_____  August 6, 2009<br>Signature of Attorney             Date<br>Richard S. Lauter<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>William L. Niro<br>Gridiron Enterprises, Inc.<br>181 W. Madison St., Ste. 4600<br>Chicago, Illinois 60602 | Address<br>Freeborn & Peters LLP<br>311 S. Wacker Dr., Ste. 3000<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 360-6000 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Sheraton New Orleans Hotel    August 6, 2009<br>Name of Petitioner           Date Signed | x_____  August 6, 2009<br>Signature of Attorney             Date<br>Richard S. Lauter<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Steve Rankin<br>Sheraton New Orleans Hotel<br>500 Canal Street<br>New Orleans, Louisiana 70130 | Address<br>Freeborn & Peters LLP<br>311 S. Wacker Dr., Ste. 3000<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 360-6000 |
| x_/s/ Joseph Marcon_____<br>Signature of Petitioner or Representative (State title)<br>Johnson & Bell, Ltd.         August 6, 2009<br>Name of Petitioner           Date Signed | x__/s/_____  August 6, 2009<br>Signature of Attorney             Date<br>Richard S. Lauter<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Joe Marconi<br>Johnson & Bell, Ltd.<br>33 W. Monroe St., Ste. 2700<br>Chicago, Illinois 60603 | Address<br>Freeborn & Peters LLP<br>311 S. Wacker Dr., Ste. 3000<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 360-6000 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Gridiron Enterprises, Inc. (address above) | Nature of Claim<br>Contract Right | Amount of Claim<br>$272,727.00 |
| Name and Address of Petitioner<br>Sheraton New Orleans Hotel (address above) | Nature of Claim<br>Goods and Services | Amount of Claim<br>$12,517.37 |
| Name and Address of Petitioner<br>Johnson & Bell, Ltd. (address above) | Nature of Claim<br>Goods and Services | Amount of Claim<br>$11,000.00 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$296,244.37 |

_____  continuation sheets attached