# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Susan Pierson Sonderby

**Hearing Date** 8/26/09

**Adversary No.**

**Bankruptcy Case No.** 09-29024

**Title of Case** Arena Football League, LLC

**Brief Statement of Motion** Motion of petitioning creditors to appoint interim trustee

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the motion of the petitioning creditors to appoint an interim trustee is withdrawn without prejudice.

6/11/99