B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **Arena Football League, LLC**, Case No. **09-29024**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Fifth Third Bank** 222 S. Riverside Plaza, 33rd Floor Chicago, IL 60606 | **Scott Kilgore** (312) 704-4047 Fifth Third Bank 222 S. Riverside Plaza, 33rd Floor Chicago, IL 60606 | Credit Facility | | $7,725,000.00 |
| **NBC** CFS Room 971 E 30 Rockefeller Center New York, NY 10112 | **Daniel Kummer** (212) 664.4017 NBC CFS Room 971 E 30 Rockefeller Center New York, NY 10112 | Partner Spots | | $1,597,320.00 |
| **David Baker** 468 N. Equestrian Drive Orange, CA. 92869-4423 | **David Baker** David Baker 468 N. Equestrian Drive Orange, CA. 92869-4423 | Deferred Compensation | | $985,000.00 |
| **ESPN** 545 Middle Street Bristol, CT. 06010 | **Leah LaPlaca** ESPN 545 Middle Street Bristol, CT. 06010 | Revenue Share Estimate | | $540,000.00 |
| **AECOM** 7870 Villa Park Drive Richmond, VA. 23228 | **Rebecca Griffin** (804) 515-8543 AECOM 7870 Villa Park Drive Richmond, VA. 23228 | NY Office Rent/Utilities | | $312,431.39 |
| **Philadelphia Soul** 7 Penn Center-17th Floor 1635 Market Street Philadelphia, PA. 19103 | **Craig Spencer** (215) 735-1313 Philadelphia Soul 7 Penn Center-17th Floor 1635 Market Street Philadelphia, PA. 19103 | Team Payments | | $219,250.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Arena Football League, LLC**, Case No. **09-29024**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Phoenix Communications Group, Inc. 3 Empire Blvd South Hackensack, NJ. 07606 | Jeanmarie Cap (201) 807-0888 The Phoenix Communications Group, Inc. 3 Empire Blvd South Hackensack, NJ. 07606 | Team Payments | | $215,008.84 |
| af2 200 S. Michigan Avenue, #1200 Chicago, IL. 60606 | Jerry Kurz (312) 450-6300 af2 200 S. Michigan Avenue, #1200 Chicago, IL. 60606 | af2 Settlement | | $166,000.00 |
| Champs Sports 311 Manatee Avenue W Bradenton, FL. 34205 Attn: Scott Gurka | Scott Gurka (941) 741-7520 Champs Sports 311 Manatee Avenue W Bradenton, FL. 34205 Attn: Scott Gurka | T-Shirt Promos | | $131,109.50 |
| Team Marketing 2101 Corporate Blvd., #317 Boca Raton, FL. 33431 Attn: Scott Gurka | Scott Gurka (561) 995-0690 Team Marketing 2101 Corporate Blvd., #317 Boca Raton, FL. 33431 Attn: Scott Gurka | ADT Sponsorship | | $124,375.00 |
| San Jose SaberCats 600 East Brokaw Road San Jose, CA. 95112 Attn: Ramune Ambrozaitis | Ramune Ambrozaitis (408) 573-5577 San Jose SaberCats 600 East Brokaw Road San Jose, CA. 95112 Attn: Ramune Ambrozaitis | Team Payments | | $123,750.00 |
| Chicago Rush 1011 E. Touhy # 400 Des Plaines, IL. 60018-5805 | Alan Levin Chicago Rush 1011 E. Touhy # 400 Des Plaines, IL. 60018-5805 | Team Payments | | $108,332.50 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Arena Football League, LLC** , Case No. **09-29024**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Grand Rapids Rampage**<br>130 Fulton Street W<br>Grand Rapids, MI. 49503-2601<br>Attn: Scott Gorsline | **Scott Gorsline**<br><br>Grand Rapids Rampage<br>130 Fulton Street W<br>Grand Rapids, MI. 49503-2601 | **Team Payments** | | $99,000.00 |
| **Proskauer Rose LLP**<br>1585 Broadway<br>New York, NY. 10036-8299<br>Attn: Joe Leccese | **Joe Leccese**<br>(212) 969.3000<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY. 10036-8299<br>Attn: Joe Leccese | **Legal Fees** | | $89.074.90 |
| **Cleveland Gladiators**<br>631 Huron Road<br>Cleveland, OH. 44115-1116<br>Attn: Jim Ferraro | **Jim Ferraro**<br><br>Cleveland Gladiators<br>631 Huron Road<br>Cleveland, OH. 44115-1116<br>Attn: Jim Ferraro | **Team Payments** | | $88,500.00 |
| **Georgia Force**<br>4400 Falcon Parkway<br>Flowery Branch, GA 30542<br>Attn: Rob Geoffroy | **Rob Geoofroy**<br>(404) 367-2150<br>Georgia Force<br>4400 Falcon Parkway<br>Flowery Branch, GA 30542<br>Attn: Rob Geoffroy | **Team Payments** | | $76,750.00 |
| **Colorado Crush**<br>1000 Chopper Circle<br>Denver, CO 80204<br>Attn: Jerry Girkin | **Jerry Girkin**<br>(303) 227-4015<br>Colorado Crush<br>1000 Chopper Circle<br>Denver, CO 80204<br>Attn: Jerry Girkin | **Team Payments** | | $65,500.00 |
| **New York Dragons**<br>1535 Old Country Road<br>Plainview, NY 11803<br>Attn: Art McCarthy | **Art McCarthy**<br> (516) 501-6700<br>New York Dragons<br>1535 Old Country Road<br>Plainview, NY 11803<br>Attn: Art McCarthy | **Team Payment - Old Mgt. Group** | | $65,500.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Arena Football League, LLC**, Case No. **09-29024**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **BlueCross Blueshield of Illinois** 300 East Randolph Street Chicago, IL 60601-5099 Attn: Kenneth Kolanowski | Kenneth Kolanowski **BlueCross Blueshield of Illinois** 300 East Randolph Street Chicago, IL 60601-5099 | Insurance | | $58,084.29 |
| **Glenstar Properties** 8600 W. Bryn Mawr # 400 N Chicago, IL 60631 Attn: Steven Smith | Steven Smith (312) 424-3396 **Glenstar Properties** 8600 W. Bryn Mawr # 400 N Chicago, IL 60631 Attn: Steven Smith | Chicago Office Rent | | $55.263.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James Renacci, Acting Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/5/2009**                  Signature: **s/ James Renacci**

**James Renacci, Acting Chief Executive Officer**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.