UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-29024 |
| Arena Football League, LLC. ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Susan P. Sonderby |
| ) | |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on September 16, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Susan Pierson Sonderby in Courtroom 642, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago IL, and then and there present the attached **Debtor's Motion to Extend Date to File Schedules**, at which time and place you may appear.

Respectfully submitted,

Arena Football League, LLC.


By: /s/ Jessica Tovrov
One of Its Attorneys


William J. Factor (6205675)
Jessica Tovrov
The Law Office of William J. Factor, Ltd.
1363 Shermer Road, Suite 224
Northbrook Il 60062
tel. 847.239.7248
fax. 847.574.8233

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )   Case No. 09-29024
Arena Football League, LLC.           )   Chapter 11
                                      )
           Debtor.                    )   Hon. Susan P. Sonderby
                                      )
                                      )

## DEBTOR'S MOTION TO EXTEND DATE TO FILE SCHEDULES

The Arena Football League, LLC (the "AFL"), as debtor and debtor in possession in the captioned case (the "Case"), hereby requests that, pursuant to Bankruptcy Rule 1007(a)(5), the Court extend by 15 days the date to file its schedules and statements, and in support thereof, respectfully states as follows:

1. On August 7, 2009, an involuntary petition for relief under Chapter 7 of Title 11, United States Code (11 U.S.C. §§ 101, et seq., the "Bankruptcy Code") was filed against the AFL.

2. On August 26, 2009, the Court entered an Order for Relief and an Order converting the Case to a Chapter 11 proceeding.

3. The AFL continues to operate its business and manage its property as debtor-in-possession.

4. The meeting of creditors pursuant to Section 341 of the Bankruptcy Code has not yet been scheduled.

5. Pursuant to Bankruptcy Rule 1007(c), the Debtor's schedules and statements ("Schedules") are to be filed no later than September 11, 2009.

1

6. Bankruptcy Rule 1007(a)(5) provides that upon motion and cause shown, the Court may grant an extension of the date to file schedules.

7. In this matter, the AFL has been working diligently to prepare and complete Schedules, but does not believe it will be able to complete the schedules on or before September 11, 2009. This is a function of not having sufficient resources to compile and review within the allotted time all of the information required by the Schedules.

WHEREFORE, the Debtor requests that this court enter an order:

A. Extending the date by which the AFL must file schedules and statements to and including September 26, 2009; and

B. Granting the AFL such other and further relief as is just and equitable.

Respectfully submitted,

Arena Football League, LLC.

By: /s/ Jessica Tovrov
One of Its Attorneys

William J. Factor (6205675)
Jessica Tovrov
The Law Office of William J. Factor, Ltd.
1363 Shermer Road, Suite 224
Northbrook Il 60062
tel. 847.239.7248
fax. 847.574.8233

2