UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )   Case No. 09-29024
    Arena Football League,                      )   Chapter 11
                                                )
                        Debtor.                 )   Hon. Susan P. Sonderby
                                                )
                                                )

ORDER GRANTING DEBTOR'S MOTION
TO EXTEND DATE TO FILE SCHEDULES

This matter coming to be heard on the Debtor's Motion to Extend the Date

to File Schedules, due and proper notice having been provided and the Court

being duly advised in the premises;

    IT IS HEREBY ORDERED THAT

    Pursuant to Bankruptcy Rule 1007(a)(5), the date by which the Debtor

must file schedules and statements is extended to and including

September 26, 2009.

Date:   _____SEP 1 6 2009_____        _____
                                         Hon. Susan P. Sonderby