# Exhibit "A(1)(A)"

## Exhibit A

### Listed Assets

Capitalized terms used in this Exhibit A but not defined in these Procedures for Sale of Assets of Debtor shall have the meaning ascribed to such terms in the form of an Asset Purchase Agreement provided to prospective bidders:

1. The trademarks, trade names, trade secrets and intellectual property of Debtor, associated goodwill, claims for the infringement of such intellectual property and Business books and records of Debtor other than those associated with other lots of the Listed Assets.

2. Separate lots, for each of the teams associated with members of the Debtor, consisting of the trademarks, trade names, trade secrets and intellectual property of Debtor, associated goodwill, claims for the infringement of such intellectual property and Business books and records of Debtor associated with each such team.

3. The membership interest of the Debtor in Arena Football League 2 LLC, including claims of Debtor under the limited liability company organizational documents against other members, including breach of fiduciary duty, failure to comply with capital calls and violation of non-compete restriction.

4. The membership interest of the Debtor in Arena Football Personnel LLC, including claims of Debtor under the limited liability company organizational documents against other members, including breach of fiduciary duty, failure to comply with capital calls and violation of non-compete restriction.

5. The books and records of Debtor except (i) any books and records associated with the foregoing Listed Assets, (ii) any books and records that are subject to attorney-client, work product or similar privilege of Debtor or its counsel, (iii) any books and records consisting of employee information that may be subject to privacy or similar protections in favor of such employees, and (iv) any books and records reasonably required by the "Trustee to evaluate claims against the Debtor's estate and to administer and close the estate.

6. All accounts receivable and other intangible personal property related to the Debtor's Business, other than avoidance actions under Chapter 5 of the Bankruptcy Code.

7. All equipment, furniture, furnishings, computers, fixtures and other tangible personal property primarily related to the Debtor's Business.

#345786