# Exhibit "B"

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ARENA FOOTBALL LEAGUE, LLC, | ) Case No. 09-B-29024 |
| | ) |
| | ) Honorable Susan Pierson Sonderby |
| DEBTOR. | ) |

**PROPOSED ORDER AUTHORIZING TRUSTEE
TO EMPLOY AND RETAIN TRESSLER LLP AS HIS COUNSEL**

Upon the Application of the Trustee for the entry of an order authorizing the Trustee to employ and retain Tressler LLP as his counsel effective *nunc pro tunc* to October 15, 2009; the Court having reviewed the Application; and the Court having determined that the relief requested in the Application is in the best interests of the Trustee, the Debtors' estate, the Debtors' creditors and other parties-in-interest; and it appearing that the notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need by given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing:

**IT IS HEREBY FOUND, DETERMINED AND ADJUGED THAT:**

1. The Application is GRANTED.

2. The Trustee is authorized to employ and retain the law firm of Tressler LLP as his counsel *nunc pro tunc* to October 15, 2009, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as may be allowed by this Court pursuant to sections 330, 503(b) and 507 of the Bankruptcy Code.

3. Copies of all notices, pleadings and other documents filed in this Case and any and all adversary proceedings be served upon Tressler LLP in care of John Collen Esq. at

1

Tressler LLP, 233 South Wacker Drive, Suite 2200, Chicago Illinois 60606.

    4.    Tressler LLP's professional compensation shall be subject to further order of Court.

Dated: October \_\_\_\_, 2009    _____
                                    United States Bankruptcy Judge

#473496