B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re **Arena Football League, LLC**_____,   Case No. **09-29024**_____
Debtor

Chapter   **11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 5 | $ 590.546.18 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 7.725.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 56,362.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $ 13.973.122.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 40 | $ 590,546.18 | $ 21,754,484.80 | |

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition<br>*SUPPLEMENT* |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arena Football League, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **36-4270778** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8700 W. Bryn Mawr Avenue**<br>**Suite 120 South**<br>**Chicago, IL**<br>ZIP CODE **60631** | Street Address of Joint Debtor (No. & Street, City, and State):<br>*AFL SCHEDULES*<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br> | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Arena Football League, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❑   Exhibit A is attached and made a part of this petition. | **X   Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Arena Football League, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**William J. Factor  Bar No.  6205675**
Printed Name of Attorney for Debtor(s) / Bar No.

**The Law Office of William J. Factor, Ltd**
Firm Name

**1363 Shermer Road Suite 224**
Address

**Northbrook, IL  60062**

**847-239-7248                     847-574-8233**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address *AS PREPARED*

X **Not Applicable** *BY WILLIAM FACTOR*
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

~~James Renacci~~  *ALEX MEGLIA*
Printed Name of Authorized Individual

~~Acting Chief Executive Officer~~  *CH 11 TRUSTEE*
Title of Authorized Individual

*10/29/09*
Date

*I MAKE NO STATEMENTS AS TO ACCURACY OR COMPLETENESS*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

In re  Arena Football League, LLC

Debtor

Case No.  **09-29024**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **AFLPA**<br>**1133 20th Street, NW**<br>**Washington, DC. 20036** | | | | $200,000.00 |
| **Jones Star Sports**<br>**#1 Cowboys Parkway**<br>**Irving, TX  75063** | | | | $100,000.00 |
| **AFLPA**<br>**1133 20th Street, NW**<br>**Washington, DC. 20036** | | | | $33,075.00 |
| **Fifth Third Bank**<br>**222 S. Riverside Plaza**<br>**33rd Floor**<br>**Chicago, IL.**<br>**60606** | | | | $7,725,000.00 |
| **National Broadcasting Company (NBC)**<br>**CFS Room 971 E - 30 Rockefeller Center**<br><br>**New York, NY.**<br>**10112** | | | | $1,597,320.00 |
| **David Baker**<br>**468 N. Equestrian Drive**<br><br>**Orange, CA.**<br>**92869-4423** | | | | $985,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Arena Football League, LLC                                          ,  Case No.  09-29024
                                    Debtor                                     Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Cleveland Gladiators<br>631 Huron Road<br><br>Cleveland, OH.<br>44115-1116 | | | | $88,500.00 |
| Colorado Crush<br>1000 Chopper Circle<br><br>Denver, CO.<br>80204 | | | | $65,500.00 |
| ESPN<br>545 Middle Street<br><br>Bristol, CT.<br>06010 | | | | $540.000.00 |
| AECOM<br>7870 Villa Park Drive<br><br>Richmond, VA.<br>23228 | | | | $312,431.39 |
| Philadelphia Soul<br>7 Penn Center-17th Floor<br>1635 Market Street<br>Philadelphia, PA.<br>19103 | | | | $219,250.00 |
| The Phoenix Communications Group, Inc.<br>3 Empire Blvd<br><br>South Hackensack, NJ.<br>07606 | | | | $215,008.84 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Arena Football League, LLC _____ ,  Case No.  09-29024 _____

_____
                Debtor                                     Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| arenafootball2 200 S. Michigan Avenue #1200 Chicago, IL. 60606 | | | | $166,000.00 |
| Champs Sports 311 Manatee Avenue W. Bradenton, FL. 34205 | | | | $131,109.50 |
| Team Marketing 2101 Corporate Blvd #317 Boca Raton, FL. 33431 | | | | $124,375.00 |
| San Jose SaberCats 600 East Brokaw Road San Jose, CA. 95112 | | | | $123,750.00 |
| Chicago Rush 1011 E. Touhy #400 Des Plaines, IL. 60018-5805 | | | | $108,332.50 |
| DP Fox Football Holdings, LLC 130 Fulton Street W. Grand Rapids, MI. 49503-2601 | | | | $99,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Arena Football League, LLC _____,   Case No.  09-29024 _____
                    Debtor                                Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Proskauer Rose LLP**<br>1585 Broadway<br><br>New York, NY.<br>10036-8299 | | | | $89,074.90 |
| **Georgia Force**<br>4400 Falcon Parkway<br><br>Flowery Branch, GA.<br>30542 | | | | $76,750.00 |
| **New York Dragons (old)**<br>1535 Old Country Road<br><br>Plainview, NY.<br>11803 | | | | $65,500.00 |
| **BlueCross BlueShield of Illinois**<br>300 East Randolph<br><br>Chicago, IL.<br>60601-5099 | | | | $58,084.29 |
| **GlenStart Properties**<br>8600 W. Bryn Mawr<br>#400N<br>Chicago, IL.<br>60631 | | | | $55,263.10 |

B4 (Official Form 4) (12/07)4 -Cont.

In re _Arena Football League, LLC_ _____, Case No. **09-29024** _____
Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James Renacci, Acting Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _10/29/09_   Signature: _____

**James Renacci, Acting Chief Executive Officer**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

_PREPARED BY WILLIAM FACTORY COUNSEL TO DEBTOR_

_ALEX MOGLIA CH11 TRUSTEE_

_I MAKE NO STATEMENTS AS TO ACCURACY OR COMPLETENESS_

B6A (Official Form 6A) (12/07)

In re:  **Arena Football League, LLC**                                          Case No.  09-29024
                    **Debtor**                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | $      0.00 | $      0.00 |

Total    ➢    $    0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Arena Football League, LLC** _____     Case No.  **09-29024** _____
                              Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third/AFL Insurance Trust** | | **158.04** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third/AFP** | | **15,798.98** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third/Main Checking** | | **-4,294.46** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third/AFL Trust 2** | | **176.68** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **N/A** | | **0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **N/A** | | **0.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **20 Boxes of AFL books/manuals - O'Hare Storage Facility** | | **undetermined** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **4 boxes of AFL board banners - O'Hare Storage Facility** | | **undetermined** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **4 boxes of AFL board banners - O'Hare Storage Facility** | | **undetermined** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **5 boxes of AFL trophy materials** | | **undetermined** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **60 boxes of AFL film - O'Hare Storage Facility** | | **undetermined** |
| 6. Wearing apparel. | | **40 boxes of AFL merchandise - (t-shirts, hats, etc.) - O'Hare Storage Facility** | | **undetermined** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Arena Football League, LLC** _____,        Case No.  **09-29024** _____
                                     Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **N/A** | | **0.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Full Sportexe authentic AFL turf field - Grand Rapids, MI** | | **undetermined** |
| Firearms and sports, photographic, and other hobby equipment. | | **25 boxes of AFL sports equipment - O'Hare Storage Facility** | | **undetermined** |
| Firearms and sports, photographic, and other hobby equipment. | | **5 pieces of AFL turf - Pickens Kane Storage, Chicago** | | **undetermined** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50.1% interest in AF2, LLC.** | | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Amounts owed to AFL** | | **532,992.14** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Arena Football League, LLC** _____   Case No. **09-29024** _____
Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Various Trademarks, including:**<br>**Anaheim Piranhas**<br>**Arizona Rattlers**<br>**Austin Wranglers**<br>**Buffalo Destroyers**<br>**Carolina Cobras**<br>**Chicago Rush**<br>**Colorado Crush**<br>**Columbus Destroyers**<br>**Dallas Desperados**<br>**Detroit Fury**<br>**Florida Bobcats**<br>**Georgia Force**<br>**Grand Rapids Rampage**<br>**Houston Thunderbears**<br>**Indiana Firebirds**<br>**Kansas City Brigade**<br>**Las Vegas Gladiators**<br>**Los Angeles Avengers**<br>**Manchester Wolves**<br>**Milwaukee Mustangs**<br>**Orlando Predators**<br>**Philadelphia Soul**<br>**San Jose Sabercats**<br>**Tampa Bay Storm**<br>**Toronto Phantoms**<br>**Utah Blaze**<br>**Washington Warriors**<br>**AFL**<br>**AFL Images**<br>**AFL Media**<br>**Arena Authentic**<br>**ArenaBowl**<br>**ArenaBowl XX**<br>**ArenaBowl Las Vegas June 11, 2006**<br>**ArenaBowl XIX**<br>**Arena Flag Football League**<br>**Arena Football**<br>**Arena Football 2**<br>**Arena Football Get it All**<br>**Arena Football League**<br>**Cityhawks**<br>**Don't Blink**<br>**Fanciful Design of a Bird**<br>**Fire Breathing** | | **undetermined** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Arena Football League, LLC**                              Case No.  **09-29024**
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Football's In the House**<br>**Football With a Bite**<br>**Forest Dragons**<br>**High Scorin! Heart Stoppin! Helmet Poppin!**<br>**Inside the AFL**<br>**In Your Face Football**<br>**Lone Stars**<br>**Mojo**<br>**New Orleans VooDoo Dolls**<br>**Pacific Rum Training Camp**<br>**Red Dogs**<br>**Real Fun Real Close Real Football**<br>**Stampede**<br>**Stockton Lightning** | | |
| Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | N/A | | 0.00 |
| 27. Aircraft and accessories. | | N/A | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | **10 boxes of AFL computers - O'Hare storage facility** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **10 boxes of printers, copiers, fax machines - O'Hare Storage** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **2 boxes of blackberry/phone devices - O'Hare Storage Facility** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **2 Flat Screen TVs - Chicago Office (attached to wall)** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **4 Dell servers - O'Hare Storage Facility** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **5 boxes of AFL office supplies** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **5 Dell projectors - O'Hare Storage Facility** | | **undetermined** |
| Office equipment, furnishings, and supplies. | | **6 flat screen TVs - Redline Moving Center - N.Y.** | | **undetermined** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Arena Football League, LLC**                                    Case No.  **09-29024**
                          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **N/A** | | **0.00** |
| 32. Crops - growing or harvested.  Give particulars. | | **N/A** | | **0.00** |
| 33. Farming equipment and implements. | | **N/A** | | **0.00** |
| 34. Farm supplies, chemicals, and feed. | | **N/A** | | **0.00** |
| 35. Other personal property of any kind not already listed.  Itemize. | | **State of California Tax Refund - matures 10/2/2009** | | **45,714.80** |

___4___   continuation sheets attached          Total ➤    | **$ 590,546.18** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   Arena Football League, LLC _____ ,   Case No.  09-29024
_____
                            Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  07231836367  **Fifth Third Bank** **222 S. Riverside Plaza** **33rd Floor** **Chicago, IL  60606** | | | **see loan agreement** ———————— **VALUE $0.00** | | | | 7,725,000.00 | 0.00 |

0    continuation sheets
      attached

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $  7,725,000.00 | $            0.00 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  7,725,000.00 | $            0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Arena Football League, LLC** _____    Case No.    09-29024 _____
                                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

## ❑  Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

## ❑  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

## ☑  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

## ❑  Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

## ❑  Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

## ❑  Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

## ❑  Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

## ❑  Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

## ❑  Claims for Death or Personal Injury  While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re  **Arena Football League, LLC**                                    Case No.  **09-29024**
                                                                              (If known)
                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Craig Bornemeir** <br> 140 S. Loomis <br> Naperville, IL 60540 | | | **Wages** | | | X | 7,350.00 | 7,350.00 | $0.00 |
| ACCOUNT NO. <br> **Ed Policy** <br> 40 W. 67th Street, 2D <br> New York, NY 10023 | | | 5/15/2009 <br> wages | | | X | 10,925.00 | 10,925.00 | $0.00 |
| ACCOUNT NO. <br> **Jennifer O'Sullivan** <br> 620 Pelhamdale Avenue, #51 <br> Pelham Manor, NY 10803 | | | 07/31/2009 <br> Wages | | | X | 10,925.00 | 10,925.00 | $0.00 |
| ACCOUNT NO. <br> **John Master** <br> 116 W. Redman Avenue <br> Haddonfield, NJ 08033 | | | 05/15/2009 <br> Wages | | | X | 10,925.00 | 10,925.00 | $0.00 |
| ACCOUNT NO. <br> **Laura Skarnulis** <br> 4043 Western Road <br> Downers Grove, IL 60515 | | | **Wages** | | | X | 10,925.00 | 10,925.00 | $0.00 |
| ACCOUNT NO. <br> **Matthew Brash** <br> 1133 N. Dearborn Street #2009 <br> Chicago, IL 60610 | | | 07/31/2009 | | | X | 3,833.33 | 3,833.33 | $0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  $ 54,883.33  $ 54,883.33  $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )  $  $

B6E (Official Form 6E) (12/07) – Cont.

In re   **Arena Football League, LLC**                                       Case No.   **09-29024**
                                                                                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Soraya Diaz-DeLaCruz**<br>**73-11 68th Road, 2nd Floor**<br>**Middle Village, NY  11379** | | | 05/15/2009<br>Wages | | | X | 1,479.17 | 1,479.17 | $0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $  **1,479.17** | $  **1,479.17** | $  **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **56,362.50** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **56,362.50** | $  **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Arena Football League, LLC** _____    Case No.  <u>09-29024</u>  _____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 11/13/2008 | | | | 1,160.89 |
| A.A. Thornton & Co. 235 High Holburn<br><br>London, WCIV 7LE England | | | | | | | |
| ACCOUNT NO. | | | | | | | 312,431.39 |
| **AECOM** 7870 Villa Park Drive<br><br>Richmond, VA. 23228 | | | | | | | |
| ACCOUNT NO. | | | Player Licensing per Guidry Settlement | | | | 200,000.00 |
| **AFLPA** 1133 20th Street, NW Washington, DC. 20036 | | | | | | | |
| ACCOUNT NO. | | | Deferred AFLPA Expansion Distribution | | | | 33,075.00 |
| **AFLPA** 1133 20th Street, NW Washington, DC. 20036 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,038.88 |
| **AICCO, Inc** Box 9045<br><br>New York, NY. 10087-9045 | | | | | | | |

<u>24</u>   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ➤ | $ | 549,706.16 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Arena Football League, LLC** _____ Case No. **09-29024** _____

Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ajilon Professional Staffing, LLC<br>Dept CH 10431<br><br>Palatine, IL.<br>60055-4031 | | | 12/31/2008 | | | | 3,042.38 |
| ACCOUNT NO.<br><br>Altura Communication Solution<br>PO Box 73452<br><br>Chicago, IL.<br>60673-7452 | | | 07/15/2009 | | | | 764.08 |
| ACCOUNT NO.<br><br>AMC Mechanical Services, Inc.<br>42-71 Hunter Street<br><br>Long Island City, NY.<br>11101 | | | 11/19/2008 | | | | 2,229.08 |
| ACCOUNT NO.<br><br>American Arbitration Association<br>1633 Broadway<br>10th Floor<br>New York, NY.<br>10019 | | | 03/23/2009 | | | | 2,550.00 |
| ACCOUNT NO.<br><br>American Express<br>PO Box 0001<br><br>Los Angeles, CA.<br>90096-0001 | | | 01/14/2009 | | | | 34,469.33 |

Sheet no. 1 of 24 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 43,054.87

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Arena Football League, LLC _____   Case No.  09-29024 _____
                    Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **American Express/BTA** <br> **Travel Related Services Co.** <br> **PO Box 360001** <br> **Ft. Lauderdale, FL.** <br> **33336-0001** | | | 06/22/2009 | | | | 150.00 |
| ACCOUNT NO. <br><br> **American Speciality Insurance** <br> **142 North Main Street** <br> **PO Box 309** <br> **Roanoke, IN.** <br> **46783** | | | 01/14/2009 | | | | 5,000.00 |
| ACCOUNT NO. <br><br> **arenafootball2** <br> **200 S. Michigan Avenue** <br> **#1200** <br> **Chicago, IL.** <br> **60606** | | | | | | | 166,000.00 |
| ACCOUNT NO. <br><br> **Arrow Transportation** <br> **4225 27 Street** <br><br> **Long Island, NY.** <br> **11101** | | | 05/01/2009 | | | | 1,091.13 |
| ACCOUNT NO. <br><br> **AT&T** <br> **PO Box 5019** <br><br> **Carol Stream, IL.** <br> **60197-5019** | | | | | | | 4,178.12 |

Sheet no. 2 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $           176,419.25

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____   Case No. __09-29024__
_____
Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7734441010<br><br>**AT&T**<br>PO Box 8100<br><br>Aurora, IL.<br>60507-8100 | | | 05/14/2009 | | | | 92.88 |
| ACCOUNT NO.<br><br>**Blue Media**<br>1725 W 3rd St<br><br>Tempe, AZ.<br>85281 | | | 08/25/2008 | | | | 1,430.00 |
| ACCOUNT NO.<br><br>**BlueCross BlueShield of Illinois**<br>300 East Randolph<br><br>Chicago, IL.<br>60601-5099 | | | | | | | 58,084.29 |
| ACCOUNT NO.<br><br>**CDW Computer Centers, Inc.**<br>PO BOX 75723<br><br>Chicago, IL.<br>60675-5723 | | | 11/18/2008 | | | | 237.44 |
| ACCOUNT NO.<br><br>**Champs Sports**<br>311 Manatee Avenue W.<br><br>Bradenton, FL.<br>34205 | | | | | | | 131,109.50 |

Sheet no. 3 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 190,954.11

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____   Case No. __09-29024_____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Chen Nelson Roberts Ltd. <br> 203 N. Lasalle Street <br> 15th Floor <br> Chicago, IL. <br> 60601 | | | 04/23/2009 | | | | 953.07 |
| ACCOUNT NO. <br><br> Chicago Office Technology Group <br> PO Box 5940 <br> Lock Box 20-COE001 <br> Carol Stream, IL. <br> 60197-5940 | | | 08/31/2009 | | | | 18.80 |
| ACCOUNT NO. <br><br> Chicago Rush <br> 1011 E. Touhy <br> #400 <br> Des Plaines, IL. <br> 60018-5805 | | | | | | | 108,332.50 |
| ACCOUNT NO. <br><br> Cleveland Gladiators <br> 631 Huron Road <br><br> Cleveland, OH. <br> 44115-1116 | | | | | | | 88,500.00 |
| ACCOUNT NO. <br><br> Colorado Crush <br> 1000 Chopper Circle <br><br> Denver, CO. <br> 80204 | | | | | | | 65,500.00 |

Sheet no. _4_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 263,304.37

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Arena Football League, LLC                              Case No.   09-29024
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 20,500.00 |
| Columbus Destroyers Nationwide Arena 200 W. Nationwide Blvd. Columbus, OH. 43215 | | | | | | | |
| ACCOUNT NO. | | | 08/29/2008 | | | | 3,791.30 |
| Comcast/Charter Sports Southeast 2995 Courtyards Drive Norcross, GA. 30071 | | | | | | | |
| ACCOUNT NO. | | | 08/01/2009 | | | | 533.83 |
| Commonwealth Edison Bill Payment Center Chicago, IL. 60668-0002 | | | | | | | |
| ACCOUNT NO. | | | 12/09/2008 | | | | 1,676.80 |
| Control Dynamics 960 Louis Drive Warminster, PA. 15074 | | | | | | | |
| ACCOUNT NO. | | | 09/19/2008 | | | | 10,472.17 |
| Corporate Edge PO Box 330881 New York, NY. 10087-0881 | | | | | | | |

Sheet no. _5_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                           36,974.10

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Arena Football League, LLC _____    Case No.  09-29024 _____
                              Debtor                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Crystal Clear Imaging**<br>**1401 Edwards Avenue**<br><br>**Jefferson, LA.**<br>**70123** | | | 12/11/2008 | | | | 4,003.80 |
| ACCOUNT NO.<br><br>**CSC Corporate Domains, Inc**<br>**PO BOX 13397**<br><br>**Philadelphia, PA.**<br>**19101-3397** | | | 11/10/2008 | | | | 5,245.00 |
| ACCOUNT NO.<br><br>**Dallas Desperados**<br>**Cowboys Center**<br>**One Cowboys Parkway**<br>**Irving, TX.**<br>**75063** | | | | | | | 43,000.00 |
| ACCOUNT NO.<br><br>**Dan Klores Communications**<br>**386 Park Avenue South**<br>**10th Floor**<br>**New York, NY.**<br>**10016** | | | 10/17/2008 | | | | 2,420.75 |
| ACCOUNT NO.<br><br>**David Baker**<br>**468 N. Equestrian Drive**<br><br>**Orange, CA.**<br>**92869-4423** | | | | | | | 985,000.00 |

Sheet no. 6 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         1,039,669.55

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____   Case No. **09-29024** _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **DirecTV** <br> PO Box 60036 <br><br> **Los Angeles, CA.** <br> **90060-0036** | | | | | | | 204.00 |
| ACCOUNT NO. <br><br> **DP Fox Football Holdings, LLC** <br> 130 Fulton Street W. <br><br> **Grand Rapids, MI.** <br> **49503-2601** | | | | | | | 99,000.00 |
| ACCOUNT NO. <br><br> **Edwin H. Benn** <br> PO Box 291 <br><br> **Glencoe, IL.** <br> **60022-0291** | | | 01/13/2009 | | | | 650.00 |
| ACCOUNT NO. <br><br> **Elias Sports Bureau** <br> 500 Fifth Ave <br><br> **New York, NY.** <br> **10016** | | | 08/25/2008 | | | | 51,000.00 |
| ACCOUNT NO. <br><br> **ESPN** <br> 545 Middle Street <br><br> **Bristol, CT.** <br> **06010** | | | | | | | 540,000.00 |

Sheet no. _7_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $    690,854.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____   Case No. __09-29024_____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Exact Target**<br>Dept CH 17808<br><br>Palatine, IL.<br>60055-7808 | | | 09/30/2008 | | | | 3,251.25 |
| ACCOUNT NO.   **1808-8327-4**<br><br>**Federal Express**<br>PO Box 94515<br><br>Palatine, IL.<br>60094-4515 | | | 05/29/2009 | | | | 1,831.66 |
| ACCOUNT NO<br><br>**Fifth Third Bank**<br>222 S. Riverside Plaza<br>33rd Floor<br>Chicago, IL.<br>60606 | | | | | | | 7,725,000.00 |
| ACCOUNT NO.<br><br>**Game Plan, LLC**<br>**Four Copley Place**<br>**Suite 105**<br>**Boston, MA.**<br>**02116** | | | 08/19/2008 | | | | 20,868.15 |
| ACCOUNT NO.<br><br>**GE Capital**<br>PO Box 740423<br><br>Atlanta, GA.<br>30374-0423 | | | 04/23/2009 | | | | 4,713.19 |

Sheet no. _8_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   **7,755,664.25**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Arena Football League, LLC _____   Case No.  09-29024 _____
           Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>George Togliatti<br>68 Kris Kringle Street<br><br>Las Vegas, NV.<br>89124 | | | 11/01/2008 | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Georgia Force<br>4400 Falcon Parkway<br><br>Flowery Branch, GA.<br>30542 | | | | | | | 76,750.00 |
| ACCOUNT NO.<br><br>Getty Images<br>PO Box 953604<br><br>St. Louis, MO.<br>63195-3604 | | | 09/17/2008 | | | | 3,306.00 |
| ACCOUNT NO.<br><br>GlenStart Properties<br>8600 W. Bryn Mawr<br>#400N<br>Chicago, IL.<br>60631 | | | | | | | 55,263.10 |
| ACCOUNT NO.<br><br>Grant Thornton<br>33562 Treasury Center<br><br>Chicago, IL.<br>60694-3500 | | | 07/08/2009 | | | | 5,302.50 |

Sheet no.  9 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          142,621.60

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____    Case No. **09-29024** _____
Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hand, Baldachine & Amburgey LLP**<br>**317 Madison Avenue**<br>**4th Floor**<br>**New York, NY.**<br>**10017** | | | 06/09/2008 | | | | **2,847.50** |
| ACCOUNT NO.<br><br>**Hand, Baldachine & Amburgey LLP**<br>**317 Madison Avenue**<br>**4th Floor**<br>**New Yo**<br>**NY** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Hinckley Springs**<br>**PO Box 660579**<br><br>**Dallas, TX.**<br>**75266-0579** | | | 01/30/2009 | | | | **48.76** |
| ACCOUNT NO.<br><br>**IESI - NY Corporation**<br>**PO Box 660654**<br><br>**Dallas, TX.**<br>**75266-0654** | | | 01/21/2009 | | | | **1,209.60** |
| ACCOUNT NO.<br><br>**Image Impact**<br>**2310 W. 75th Street**<br><br>**Prairie Village, KS.**<br>**66208** | | | 09/29/2008 | | | | **31,500.00** |

Sheet no. _10_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 35,605.86

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____        Case No. __09-29024_____
                                    Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**InnerWorkings**<br>Accounts Receivable<br>27011 Network Place<br>Chicago, IL.<br>60673 | | | 08/06/2008 | | | | 625.84 |
| ACCOUNT NO.<br><br>**J. Patton**<br>3450 Rivergreen Court<br><br>Duluth, GA.<br>30096 | | | 08/25/2008 | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**Jack Clarke**<br>1600 Hilwood Drive<br><br>Montgomery, AL.<br>36106 | | | 06/10/2009 | | | | 931.47 |
| ACCOUNT NO.<br><br>**JAMS, Inc.**<br>PO Box 512850<br><br>Los Angeles, CA.<br>90051-0850 | | | 12/31/2008 | | | | 2,700.00 |
| ACCOUNT NO.<br><br>**Johnson & Bell Ltd**<br>33 W. Monroe Street<br>#2700<br>Chicago, IL.<br>60603-5404 | | | 09/11/2008 | | | | 11,036.80 |

Sheet no. __11__ of __24__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **20,294.11**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Arena Football League, LLC _____   Case No. __09-29024_____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Jones Star Sports**<br>**#1 Cowboys Parkway**<br>**Irving, TX  75063** | | | Deposit for markets | | | | 100,000.00 |
| ACCOUNT NO.<br><br>**JumpTV USA Holdco, Inc.**<br>**PO Box 919231**<br><br>**Orlando, FL.**<br>**32891-9231** | | | 02/27/2009 | | | | 10,000.00 |
| ACCOUNT NO.<br><br>**KC Arena Sports & Entertainment**<br>**5366 W. 95th Street**<br><br>**Prairie Village, KS.**<br>**66207** | | | | | | | 31,500.00 |
| ACCOUNT NO.<br><br>**Ken Garff Sports & Entertainment, LLC**<br>**405 S. Main Street**<br>**#1200**<br>**Salt Lake City, UT.**<br>**84111** | | | | | | | 43,000.00 |
| ACCOUNT NO.<br><br>**LA Arena Football, LLC**<br>**12100 W. Olympic Blvd.**<br>**#400**<br>**Los Angeles, CA.**<br>**90064** | | | | | | | 20,500.00 |

Sheet no. _12_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            205,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Arena Football League, LLC _____  Case No.  09-29024 _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 09/19/2008 | | | | 17,391.02 |
| Level 3 Communications, LLC Dept. 1782 Denver, CO. 80291-1782 | | | | | | | |
| ACCOUNT NO. | | | 03/19/2009 | | | | 1,934.61 |
| LimoRes.net PO Box 768 Midtown Station New York, NY. 10018 | | | | | | | |
| ACCOUNT NO. | | | 03/19/2009 | | | | 852.39 |
| MacRae & Co. PO Box 806 Station B Ottawa, ON. Canada K1P 5T4 | | | | | | | |
| ACCOUNT NO. | | | 03/19/2009 | | | | 2,804.20 |
| Majik Cleaning Services, Inc. 299 Broadway Suite 1610 New York, NY. 10007 | | | | | | | |
| ACCOUNT NO. | | | 06/19/2008 | | | | 5,965.00 |
| Marc Mellon 61 Pheasant Ridge Road Redding, CT. 06896 | | | | | | | |

Sheet no. 13 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  28,947.22

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Arena Football League, LLC</u>                     Case No.  <u>09-29024</u>
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marwedel, Minichello & Reeb, P.C.**<br>**10 S. Riverside Plaza**<br>**#720**<br>**Chicago, IL.**<br>**60606** | | | 03/11/2009 | | | | 1,493.50 |
| ACCOUNT NO.<br><br>**Merrill Communications, LLC**<br>**CM-9638**<br><br>**St. Paul, MN.**<br>**55170-9638** | | | 02/27/2009 | | | | 21,000.00 |
| ACCOUNT NO.<br><br>**Miller, Johnson, Snell & Cummiskey**<br>**PO Box 306**<br><br>**Grand Rapids, MI.**<br>**49501-0306** | | | 05/29/2009 | | | | 1,049.88 |
| ACCOUNT NO.   **899-552:0**<br>**Mitchell's-Newsday Delivery Service**<br>**PO Box 2431**<br><br>**New York, NY.**<br>**10116-2431** | | | 01/30/2009 | | | | 1,133.65 |
| ACCOUNT NO.<br><br>**Moritt Hock Hamroff & Horowitz**<br>**400 Garden City Plaza**<br><br>**Garden City, NJ.**<br>**11530** | | | 12/31/2008 | | | | 1,936.00 |

Sheet no. <u>14</u> of <u>24</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $         26,613.03

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Arena Football League, LLC _____      Case No.  09-29024 _____
                              Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **National Broadcasting Company (NBC)** <br> **CFS Room 971 E - 30 Rockefeller Center** <br><br> **New York, NY.** <br> **10112** | | | | | | | 1,597,320.00 |
| ACCOUNT NO. <br><br> **National Communications Group, Inc.** <br> **381 Park Avenue South** <br><br> **New York, NY.** <br> **10016** | | | 09/15/2008 | | | | 4,500.00 |
| ACCOUNT NO. <br><br> **New Orleans VooDoo** <br> **5800 Airline Drive** <br><br> **Metairie, LA.** <br> **70003** | | | | | | | 20,500.00 |
| ACCOUNT NO. <br><br> **New York Dragons (old)** <br> **1535 Old Country Road** <br><br> **Plainview, NY.** <br> **11803** | | | | | | | 65,500.00 |
| ACCOUNT NO. <br><br> **Nielsen Sports Marketing Service** <br> **Nielsen Media Research, INC.** <br> **PO Box 88961** <br> **Chicago, IL.** <br> **60695-8961** | | | 09/17/2008 | | | | 22,815.64 |

Sheet no. _15_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $      1,710,635.64

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Arena Football League, LLC                              Case No.  09-29024
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Niro, Scavone, Haller & Niro <br>181 W. Madison Street <br>#4600 <br>Chicago, IL. <br>60602-4515 | | | 05/01/2009 | | | | 1,575.00 |
| ACCOUNT NO. <br><br>Nolmar Coporation <br>3615 D'Hemecourt Street <br>PO BOX 850275 <br>New Orleans, LA. <br>70185-0275 | | | 07/31/2008 | | | | 1,325.00 |
| ACCOUNT NO. <br><br>O'Hare Record Retention Center <br>5000 W. Roosevelt Road <br><br>Chicago, IL. <br>60644 | | | 08/03/2009 | | | | 194.27 |
| ACCOUNT NO. <br><br>Optimal Planning Solutions <br>1026 Mt. Atkinson Court <br><br>Vernon, BC, Canada <br>V1B 3Z2 | | | 12/31/2008 | | | | 12,200.00 |
| ACCOUNT NO. <br><br>Orlando Predators Football Team, LLC <br>302 S. Graham Avenue <br><br>Orlando, FL. <br>32803 | | | | | | | 54,000.00 |

Sheet no.  16  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $           69,294.27

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____   Case No. **09-29024** _____
Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Patriot Communications**<br>P.O. Box 92899<br><br>Los Angeles, CA.<br>90009 | | | 10/01/2008 | | | | 1,214.55 |
| ACCOUNT NO.<br><br>**Penske Truck Leasing Co., LP**<br>PO Box 802577<br><br>Chicago, IL.<br>60680-2577 | | | 01/21/2009 | | | | 754.31 |
| ACCOUNT NO.<br><br>**Philadelphia Soul**<br>7 Penn Center-17th Floor<br>1635 Market Street<br>Philadelphia, PA.<br>19103 | | | | | | | 219,250.00 |
| ACCOUNT NO.<br><br>**Pickens Kane**<br>3165 Eagle Way<br><br>Chicago, IL.<br>60678-1031 | | | 12/18/2008 | | | | 15,609.40 |
| ACCOUNT NO.<br><br>**Pigskin, Inc.**<br>St. Pete Times Forum<br>401 Channelside Drive<br>Tampa, FL.<br>33602 | | | | | | | 20,500.00 |

Sheet no. _17_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 257,328.26

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Arena Football League, LLC_____    Case No. __09-29024_____
                           Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6540299**<br><br>**Pitney Bowes Credit Corp.**<br>P.O. Box 856460<br><br>Louisville, KY.<br>40285-6460 | | | 08/03/2009 | | | | 115.91 |
| ACCOUNT NO.<br><br>**Pitney Bowes Purchase Power**<br>P.O. Box 856042<br><br>Louisville, KY.<br>40285-6042 | | | 06/11/2009 | | | | 358.83 |
| ACCOUNT NO.<br><br>**Proskauer Rose LLP**<br>1585 Broadway<br><br>New York, NY.<br>10036-8299 | | | | | | | 89,074.90 |
| ACCOUNT NO.<br><br>**Reed Smith LLP**<br>Dept 33489<br>PO Box 39000<br>San Francisco, CA.<br>94139 | | | 09/16/2008 | | | | 4,929.50 |
| ACCOUNT NO.<br><br>**Regional Management**<br>File # 55652<br><br>Los Angeles, CA.<br>90074 | | | 08/15/2008 | | | | 33,000.00 |

Sheet no. _18_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 127,479.14

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Arena Football League, LLC                                    Case No.    09-29024
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Russell Fin. Ser. / Spalding** PO Box 116847 Atlanta, GA. 30368-6847 | | | 09/16/2008 | | | | 3,669.75 |
| ACCOUNT NO. **San Jose SaberCats** 600 East Brokaw Road San Jose, CA. 95112 | | | | | | | 123,750.00 |
| ACCOUNT NO. **Scarborough Research** P.O. Box 88990 Chicago, IL. 60695-1990 | | | 09/19/2008 | | | | 17,231.64 |
| ACCOUNT NO. **Scherba Industries, Inc.** 2880 Interstate Parkway Brunswick, OH. 44212 | | | 09/17/2008 | | | | 5,074.27 |
| ACCOUNT NO. **Schutt Sports** Accounts Receivable 710 Industrial Drive Litchfield, IL. 62056 | | | 07/31/2008 | | | | 3,666.68 |

Sheet no. 19 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $    153,392.34

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arena Football League, LLC** _____      Case No. __09-29024_____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Shefsky & Froelich LTD.**<br>**111 E. Wacker Drive**<br>**#2800**<br>**Chicago, IL.**<br>**60601** | | | 05/29/2009 | | | | 1,125.74 |
| ACCOUNT NO.<br><br>**Simplified Solutions**<br>**150 North Michigan Ave**<br>**Suite 2800**<br>**Chicago, IL.**<br>**60601** | | | 11/06/2008 | | | | 2,600.00 |
| ACCOUNT NO.<br><br>**Skadden, Arps, Slate, Meagher & Flom**<br>**PO Box 1764**<br><br>**White Plains, NY.**<br>**10602-1811** | | | 08/06/2008 | | | | 31,048.00 |
| ACCOUNT NO.<br><br>**Staples Business Advantage**<br>**Dept Det**<br>**PO BOX 83689**<br>**Chicago, IL.**<br>**60696-3689** | | | 06/01/2009 | | | | 1,023.35 |
| ACCOUNT NO.<br><br>**Street & Smith** | | | | | | | 0.00 |

Sheet no. _20_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $   35,797.09

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arena Football League, LLC**                                   Case No.  **09-29024**
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Street & Smith's Sports Group** <br> **120 W. Morehead Street** <br> **Suite 320** <br> **Charlotte, NC.** <br> **28202** | | | 10/06/2008 | | | | 6,250.00 |
| ACCOUNT NO. <br><br> **Team Marketing** <br> **2101 Corporate Blvd** <br> **#317** <br> **Boca Raton, FL.** <br> **33431** | | | | | | | 124,375.00 |
| ACCOUNT NO. <br><br> **Team Wearhouse** <br> **960 E. Hazelwood Avenue** <br><br> **Rahway, NJ.** <br> **07065** | | | 08/07/2008 | | | | 363.19 |
| ACCOUNT NO. <br><br> **The Arden Group, LLC** <br> **Seven Penn Center** <br> **1635 Market Street, 17th Floor** <br> **Philadelphia, PA.** <br> **19103** | | | 05/14/2009 | | | | 10,100.40 |
| ACCOUNT NO. <br><br> **The Harty Press, Inc.** <br> **PO BOX 392** <br><br> **Brattleboro, VT.** <br> **05302-0392** | | | 08/25/2008 | | | | 727.34 |

Sheet no. _21_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        141,815.93

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arena Football League, LLC** _____  Case No. **09-29024** _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Hertz Corporation<br>Commercial Billing Dept 1124<br>PO Box 121124<br>Dallas, TX.<br>75312-1124 | | | 12/31/2008 | | | | 860.02 |
| ACCOUNT NO.<br><br>The Phoenix Communications Group, Inc.<br>3 Empire Blvd<br><br>South Hackensack, NJ.<br>07606 | | | | | | | 215,008.84 |
| ACCOUNT NO.<br><br>The Times-Picayune<br>3800 Howard Avenue<br><br>New Orleans, LA.<br>70140-1097 | | | 03/17/2009 | | | | 10,013.80 |
| ACCOUNT NO.<br><br>ThemeNaps, LLC<br>2920 Toll Road<br><br>Ashland, WI.<br>54806 | | | 09/17/2008 | | | | 3,958.64 |
| ACCOUNT NO.<br><br>TNS Custom Research<br>PO Box 2218<br><br>Carol Stream, IL.<br>60132-2218 | | | 10/29/2008 | | | | 20,000.00 |

Sheet no. _22_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 249,841.30

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arena Football League, LLC**                 Case No.  **09-29024**
                                Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**USA Wireless Satellite TV<br>1360 Old Skokie Road<br>Suite 100<br>Highland Park, IL.<br>60035** | | | 02/02/2009 | | | | 75.00 |
| ACCOUNT NO. **212.252.8100 707 727**<br><br>**Verizon<br>P.O. Box 15124<br><br>Albany, NY.<br>12212-5124** | | | 06/30/2009 | | | | 4,805.34 |
| ACCOUNT NO. <br><br>**Verizon Online<br>PO Box 12045<br><br>Trenton, NJ.<br>08650-2045** | | | 04/29/2009 | | | | 5,292.76 |
| ACCOUNT NO. <br><br>**Verizon Teleproducts, Corp.<br>PO BOX 8538-635<br><br>Philadelphia, PA.<br>19171-0000** | | | 04/01/2009 | | | | 568.97 |
| ACCOUNT NO. **12691-480**<br><br>**Willis of Illinois, Inc.<br>39302 Treasury Center<br><br>Chicago, IL.<br>60694-9300** | | | 07/01/2009 | | | | 6,298.00 |

Sheet no. _23_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $        **17,040.07**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Arena Football League, LLC</u>                                    Case No. <u>09-29024</u>
                                      **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wincraft Incorporated**<br>**SDS 12-1806**<br>**PO Box 86**<br>**Minneapolis, MN.**<br>**55486-1806** | | | 07/31/2008 | | | | 2,217.72 |
| ACCOUNT NO.<br><br>**WLW Entertainment, Inc.**<br>**Attn: Bill Waite**<br>**36 Avignon**<br>**Newport Coast, CA.**<br>**92657** | | | 07/26/2008 | | | | 2,598.06 |

Sheet no. <u>24</u> of <u>24</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **4,815.78**

Total  ➤  $      **13,973,122.30**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  Arena Football League, LLC              Case No.   09-29024
                      Debtor                               (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AECOM Earth Tech<br>7870 Villa Park Drive<br>Richmond, VA. 23228 | NY Lease |
| AFL Players Association<br>1133 20th Street, NW<br>Washington, DC 20036 | Collective Bargaining Agreement |
| AZ Baseball Products | license agreement - rally rattles |
| Beads by the Dozen | License agreement - beads and masks |
| Corporate Edge | License agreement - autograph pads, pull string |
| Creative Promotion Products | License agreement for banner pens, thunderstix |
| David Baker<br>468 N. Equestrian Drive<br>Orange, CA.<br>92869-4423 | employment agreement - terminated on 7/31/2009 |
| Elias Sports Bureau<br>500 Fifth Avenue<br>New York, NY. 10016 | AFL stats/records keeper/supplier |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Arena Football League, LLC**                                    Case No.  **09-29024**
_____
                          Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ESPN Agreement dated February 1, 2007 | Distributorship agreement |
| Flip Out Edge | License agreement for Flip flops |
| Future Stars | License agreement for hand flags |
| GE Capital<br>1961 Hirst Drive<br>Moberly, OH. 65270 | Lease for two (2) Ricoh Copiers; (Contract # 7441133002) |
| Getty Images<br>75 Varick Street<br>New York, NY. 10013 | AFL photography licensee |
| GlenStar Properties<br>55 East Monroe Street # 3250<br>Chicago, IL  60603 | Office Lease |
| Green Pond Group | License agreement for masks, banners, signs |
| Jennifer O'Sullivan<br>620 Pelhamdale Avenue, #51<br>Pelham Manor,  NY  10803 | Consulting Services |

B6G (Official Form 6G) (12/07) -Cont.

In re:  Arena Football League, LLC                                    Case No.   09-29024
                          Debtor                    ,                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Matthew Brash<br>1133 N. Dearborn # 2009<br>Chicago, IL. 60610 | Consulting services |
| M-Boss Inc. | License agmt for embossed plaques |
| National Gifts | License agreement for foam fingers. key tags |
| Nielsen Media Research<br>150 North Martingale Road<br>Schaumburg, IL  60173 | National reports of estimated television tuning and viewing in the United States; Local estimates of viewership and tune-in |
| Optimal Planning Solutions<br>1026 Mt. Atkinson Court<br>Vernon, BC V1B 3Z2<br>Canada | AFL Scheduling consultant (AFL games schedule) |
| Russell Athletic Agreement | Athletic Sponsorship Agreement |
| RWL Millenium | License agreement for Plush |
| Scarborough Research<br>770 Broadway<br>New York, NY. 10003 | marketing research for AFL cities |

B6G (Official Form 6G) (12/07) -Cont.

In re:  Arena Football League, LLC
                          Debtor

Case No.  09-29024
                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Schutt | Licensing Agreement - official helmet |
| Spalding | Licensing agreement for Official Football |
| Success Promotions | Licensing agreement for blankets and duffel bags |
| Wincraft | Licensing agreement for pennants, schedule |
| Zweigle | Licensing agreement for assorted novlety items |

B6H (Official Form 6H) (12/07)

In re: **Arena Football League, LLC**                                    Case No.   09-29024
                        _____                                 _____
                                    Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |