**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Arena Football League, LLC

Case No. 09-29024

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| AFL Philadelphia, LLC<br>7 Penn Center-17th Floor<br>1635 Market<br>Philadelphia, PA 19103 | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **James Renacci**, **Acting Chief Executive Officer** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _____

_____
James Renacci, Acting Chief Executive Officer
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.