William J. Factor   6205675
The Law Office of William J. Factor, Ltd
1363 Shermer Road
Suite 224
Northbrook, IL  60062

847-239-7248
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor: **Arena Football League, LLC**
Social Security Number:  **36-4270778**

Case No:  **09-29024**

Chapter  **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. Team Marketing<br>2101 Corporate Blvd<br>#317<br>Boca Raton, FL.<br>33431 | Unsecured Claims | $ 124,375.00 |
| 2. Johnson & Bell Ltd<br>33 W. Monroe Street<br>#2700<br>Chicago, IL.<br>60603-5404 | Unsecured Claims | $ 11,036.80 |
| 3. DP Fox Football Holdings, LLC<br>130 Fulton Street W.<br><br>Grand Rapids, MI.<br>49503-2601 | Unsecured Claims | $ 99,000.00 |
| 4. New Orleans VooDoo<br>5800 Airline Drive<br><br>Metairie, LA.<br>70003 | Unsecured Claims | $ 20,500.00 |
| 5. BlueCross BlueShield of Illinois<br>300 East Randolph<br><br>Chicago, IL.<br>60601-5099 | Unsecured Claims | $ 58,084.29 |

Numbered Listing of Creditors - Page 1

In re: Arena Football League, LLC — Case No. 09-29024

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 6. | Skadden, Arps, Slate, Meagher & Flom<br>PO Box 1764<br>White Plains, NY.<br>10602-1811 | Unsecured Claims | $ 31,048.00 |
| 7. | Corporate Edge<br>PO Box 330881<br>New York, NY.<br>10087-0881 | Unsecured Claims | $ 10,472.17 |
| 8. | DirecTV<br>PO Box 60036<br>Los Angeles, CA.<br>90060-0036 | Unsecured Claims | $ 204.00 |
| 9. | Exact Target<br>Dept CH 17808<br>Palatine, IL.<br>60055-7808 | Unsecured Claims | $ 3,251.25 |
| 10. | Game Plan, LLC<br>Four Copley Place<br>Suite 105<br>Boston, MA.<br>02116 | Unsecured Claims | $ 20,868.15 |
| 11. | Fifth Third Bank<br>222 S. Riverside Plaza<br>33rd Floor<br>Chicago, IL.<br>60606 | Unsecured Claims | $7,725,000.00 |
| 12. | Philadelphia Soul<br>7 Penn Center-17th Floor<br>1635 Market Street<br>Philadelphia, PA.<br>19103 | Unsecured Claims | $ 219,250.00 |
| 13. | The Phoenix Communications Group, Inc.<br>3 Empire Blvd<br>South Hackensack, NJ.<br>07606 | Unsecured Claims | $ 215,008.84 |
| 14. | arenafootball2<br>200 S. Michigan Avenue<br>#1200<br>Chicago, IL.<br>60606 | Unsecured Claims | $ 166,000.00 |

In re:　Arena Football League, LLC　　　　　　　　　　　　　　　　　　　　Case No. **09-29024**

| | | | |
|---|---|---|---|
| 15. | KC Arena Sports & Entertainment<br>5366 W. 95th Street<br><br>Prairie Village, KS.<br>66207 | Unsecured Claims | $ 31,500.00 |
| 16. | Control Dynamics<br>960 Louis Drive<br><br>Warminster, PA.<br>15074 | Unsecured Claims | $ 1,676.80 |
| 17. | AMC Mechanical Services, Inc.<br>42-71 Hunter Street<br><br>Long Island City, NY.<br>11101 | Unsecured Claims | $ 2,229.08 |
| 18. | Columbus Destroyers<br>Nationwide Arena<br>200 W. Nationwide Blvd.<br>Columbus, OH.<br>43215 | Unsecured Claims | $ 20,500.00 |
| 19. | New York Dragons (old)<br>1535 Old Country Road<br><br>Plainview, NY.<br>11803 | Unsecured Claims | $ 65,500.00 |
| 20. | GlenStart Properties<br>8600 W. Bryn Mawr<br>#400N<br>Chicago, IL.<br>60631 | Unsecured Claims | $ 55,263.10 |
| 21. | David Baker<br>468 N. Equestrian Drive<br><br>Orange, CA.<br>92869-4423 | Unsecured Claims | $ 985,000.00 |
| 22. | Champs Sports<br>311 Manatee Avenue W.<br><br>Bradenton, FL.<br>34205 | Unsecured Claims | $ 131,109.50 |
| 23. | AECOM<br>7870 Villa Park Drive<br><br>Richmond, VA.<br>23228 | Unsecured Claims | $ 312,431.39 |

In re:　Arena Football League, LLC　　　　　　　　　　　　　　　　　　　　Case No. **09-29024**

In re: Arena Football League, LLC      Case No. 09-29024

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 24. | Edwin H. Benn<br>PO Box 291<br><br>Glencoe, IL.<br>60022-0291 | Unsecured Claims | $ 650.00 |
| 25. | ESPN<br>545 Middle Street<br><br>Bristol, CT.<br>06010 | Unsecured Claims | $ 540,000.00 |
| 26. | National Broadcasting Company (NBC)<br>CFS Room 971 E - 30 Rockefeller Center<br><br>New York, NY.<br>10112 | Unsecured Claims | $1,597,320.00 |
| 27. | Georgia Force<br>4400 Falcon Parkway<br><br>Flowery Branch, GA.<br>30542 | Unsecured Claims | $ 76,750.00 |
| 28. | Chicago Rush<br>1011 E. Touhy<br>#400<br>Des Plaines, IL.<br>60018-5805 | Unsecured Claims | $ 108,332.50 |
| 29. | San Jose SaberCats<br>600 East Brokaw Road<br><br>San Jose, CA.<br>95112 | Unsecured Claims | $ 123,750.00 |
| 30. | Pickens Kane<br>3165 Eagle Way<br><br>Chicago, IL.<br>60678-1031 | Unsecured Claims | $ 15,609.40 |
| 31. | Proskauer Rose LLP<br>1585 Broadway<br><br>New York, NY.<br>10036-8299 | Unsecured Claims | $ 89,074.90 |
| 32. | ThemeNaps, LLC<br>2920 Toll Road<br><br>Ashland, WI.<br>54806 | Unsecured Claims | $ 3,958.64 |

In re: Arena Football League, LLC      Case No. 09-29024

In re: Arena Football League, LLC  Case No. 09-29024

| | | | |
|---|---|---|---|
| 33. | Pigskin, Inc.<br>St. Pete Times Forum<br>401 Channelside Drive<br>Tampa, FL.<br>33602 | Unsecured Claims | $ 20,500.00 |
| 34. | Wincraft Incorporated<br>SDS 12-1806<br>PO Box 86<br>Minneapolis, MN.<br>55486-1806 | Unsecured Claims | $ 2,217.72 |
| 35. | Verizon Online<br>PO Box 12045<br><br>Trenton, NJ.<br>08650-2045 | Unsecured Claims | $ 5,292.76 |
| 36. | George Togliatti<br>68 Kris Kringle Street<br><br>Las Vegas, NV.<br>89124 | Unsecured Claims | $ 2,000.00 |
| 37. | TNS Custom Research<br>PO Box 2218<br><br>Carol Stream, IL.<br>60132-2218 | Unsecured Claims | $ 20,000.00 |
| 38. | Verizon<br>P.O. Box 15124<br><br>Albany, NY.<br>12212-5124 | Unsecured Claims | $ 4,805.34 |
| 39. | Willis of Illinois, Inc.<br>39302 Treasury Center<br><br>Chicago, IL.<br>60694-9300 | Unsecured Claims | $ 6,298.00 |
| 40. | Verizon Teleproducts, Corp.<br>PO BOX 8538-635<br><br>Philadelphia, PA.<br>19171-0000 | Unsecured Claims | $ 568.97 |
| 41. | Image Impact<br>2310 W. 75th Street<br><br>Prairie Village, KS.<br>66208 | Unsecured Claims | $ 31,500.00 |

Numbered Listing of Creditors - Page 5

In re:  Arena Football League, LLC                                                                  Case No. **09-29024**

| | | | |
|---|---|---|---|
| 42. | Merrill Communications, LLC<br>CM-9638<br><br>St. Paul, MN.<br>55170-9638 | Unsecured Claims | $ 21,000.00 |
| 43. | Marc Mellon<br>61 Pheasant Ridge Road<br><br>Redding, CT.<br>06896 | Unsecured Claims | $ 5,965.00 |
| 44. | CDW Computer Centers, Inc.<br>PO BOX 75723<br><br>Chicago, IL.<br>60675-5723 | Unsecured Claims | $ 237.44 |
| 45. | American Express<br>PO Box 0001<br><br>Los Angeles, CA.<br>90096-0001 | Unsecured Claims | $ 34,469.33 |
| 46. | American Speciality Insurance<br>142 North Main Street<br>PO Box 309<br>Roanoke, IN.<br>46783 | Unsecured Claims | $ 5,000.00 |
| 47. | The Times-Picayune<br>3800 Howard Avenue<br><br>New Orleans, LA.<br>70140-1097 | Unsecured Claims | $ 10,013.80 |
| 48. | Getty Images<br>PO Box 953604<br><br>St. Louis, MO.<br>63195-3604 | Unsecured Claims | $ 3,306.00 |
| 49. | LA Arena Football, LLC<br>12100 W. Olympic Blvd.<br>#400<br>Los Angeles, CA.<br>90064 | Unsecured Claims | $ 20,500.00 |
| 50. | J. Patton<br>3450 Rivergreen Court<br><br>Duluth, GA.<br>30096 | Unsecured Claims | $ 5,000.00 |

In re: Arena Football League, LLC                                             Case No. 09-29024

| | | | |
|---|---|---|---|
| 51. | Patriot Communications<br>P.O. Box 92899<br><br>Los Angeles, CA.<br>90009 | Unsecured Claims | $ 1,214.55 |
| 52. | O'Hare Record Retention Center<br>5000 W. Roosevelt Road<br><br>Chicago, IL.<br>60644 | Unsecured Claims | $ 194.27 |
| 53. | Nolmar Coporation<br>3615 D'Hemecourt Street<br>PO BOX 850275<br>New Orleans, LA.<br>70185-0275 | Unsecured Claims | $ 1,325.00 |
| 54. | USA Wireless Satellite TV<br>1360 Old Skokie Road<br>Suite 100<br>Highland Park, IL.<br>60035 | Unsecured Claims | $ 75.00 |
| 55. | The Hertz Corporation<br>Commercial Billing Dept 1124<br>PO Box 121124<br>Dallas, TX.<br>75312-1124 | Unsecured Claims | $ 860.02 |
| 56. | Pitney Bowes Credit Corp.<br>P.O. Box 856460<br><br>Louisville, KY.<br>40285-6460 | Unsecured Claims | $ 115.91 |
| 57. | Niro, Scavone, Haller & Niro<br>181 W. Madison Street<br>#4600<br>Chicago, IL.<br>60602-4515 | Unsecured Claims | $ 1,575.00 |
| 58. | Moritt Hock Hamroff & Horowitz<br>400 Garden City Plaza<br><br>Garden City, NJ.<br>11530 | Unsecured Claims | $ 1,936.00 |
| 59. | Optimal Planning Solutions<br>1026 Mt. Atkinson Court<br><br>Vernon, BC, Canada<br>V1B 3Z2 | Unsecured Claims | $ 12,200.00 |

Numbered Listing of Creditors - Page 7

In re: Arena Football League, LLC                                                      Case No. 09-29024

| | | | |
|---|---|---|---|
| 60. | National Communications Group, Inc.<br>381 Park Avenue South<br><br>New York, NY.<br>10016 | Unsecured Claims | $ 4,500.00 |
| 61. | Mitchell's-Newsday Delivery Service<br>PO Box 2431<br><br>New York, NY.<br>10116-2431 | Unsecured Claims | $ 1,133.65 |
| 62. | WLW Entertainment, Inc.<br>Attn: Bill Waite<br>36 Avignon<br>Newport Coast, CA.<br>92657 | Unsecured Claims | $ 2,598.06 |
| 63. | Nielsen Sports Marketing Service<br>Nielsen Media Research, INC.<br>PO Box 88961<br>Chicago, IL.<br>60695-8961 | Unsecured Claims | $ 22,815.64 |
| 64. | Penske Truck Leasing Co., LP<br>PO Box 802577<br><br>Chicago, IL.<br>60680-2577 | Unsecured Claims | $ 754.31 |
| 65. | Elias Sports Bureau<br>500 Fifth Ave<br><br>New York, NY.<br>10016 | Unsecured Claims | $ 51,000.00 |
| 66. | GE Capital<br>PO Box 740423<br><br>Atlanta, GA.<br>30374-0423 | Unsecured Claims | $ 4,713.19 |
| 67. | Orlando Predators Football Team, LLC<br>302 S. Graham Avenue<br><br>Orlando, FL.<br>32803 | Unsecured Claims | $ 54,000.00 |
| 68. | Hinckley Springs<br>PO Box 660579<br><br>Dallas, TX.<br>75266-0579 | Unsecured Claims | $ 48.76 |

In re: Arena Football League, LLC                                                   Case No. 09-29024

| | | | |
|---|---|---|---|
| 69. | Dallas Desperados<br>Cowboys Center<br>One Cowboys Parkway<br>Irving, TX.<br>75063 | Unsecured Claims | $ 43,000.00 |
| 70. | InnerWorkings<br>Accounts Receivable<br>27011 Network Place<br>Chicago, IL.<br>60673 | Unsecured Claims | $ 625.84 |
| 71. | JumpTV USA Holdco, Inc.<br>PO Box 919231<br><br>Orlando, FL.<br>32891-9231 | Unsecured Claims | $ 10,000.00 |
| 72. | Level 3 Communications, LLC<br>Dept. 1782<br><br>Denver, CO.<br>80291-1782 | Unsecured Claims | $ 17,391.02 |
| 73. | LimoRes.net<br>PO Box 768 Midtown Station<br><br>New York, NY.<br>10018 | Unsecured Claims | $ 1,934.61 |
| 74. | Majik Cleaning Services, Inc.<br>299 Broadway<br>Suite 1610<br>New York, NY.<br>10007 | Unsecured Claims | $ 2,804.20 |
| 75. | Reed Smith LLP<br>Dept 33489<br>PO Box 39000<br>San Francisco, CA.<br>94139 | Unsecured Claims | $ 4,929.50 |
| 76. | Dan Klores Communications<br>386 Park Avenue South<br>10th Floor<br>New York, NY.<br>10016 | Unsecured Claims | $ 2,420.75 |
| 77. | Federal Express<br>PO Box 94515<br><br>Palatine, IL.<br>60094-4515 | Unsecured Claims | $ 1,831.66 |

In re: Arena Football League, LLC                                              Case No. 09-29024

| #  | Creditor | Claim Type | Amount |
|----|----------|------------|--------|
| 78. | The Harty Press, Inc.<br>PO BOX 392<br><br>Brattleboro, VT.<br>05302-0392 | Unsecured Claims | $ 727.34 |
| 79. | Pitney Bowes Purchase Power<br>P.O. Box 856042<br><br>Louisville, KY.<br>40285-6042 | Unsecured Claims | $ 358.83 |
| 80. | Regional Management<br>File # 55652<br><br>Los Angeles, CA.<br>90074 | Unsecured Claims | $ 33,000.00 |
| 81. | Russell Fin. Ser. / Spalding<br>PO Box 116847<br><br>Atlanta, GA.<br>30368-6847 | Unsecured Claims | $ 3,669.75 |
| 82. | Scarborough Research<br>P.O. Box 88990<br><br>Chicago, IL.<br>60695-1990 | Unsecured Claims | $ 17,231.64 |
| 83. | Scherba Industries, Inc.<br>2880 Interstate Parkway<br><br>Brunswick, OH.<br>44212 | Unsecured Claims | $ 5,074.27 |
| 84. | Schutt Sports<br>Accounts Receivable<br>710 Industrial Drive<br>Litchfield, IL.<br>62056 | Unsecured Claims | $ 3,666.68 |
| 85. | Simplified Solutions<br>150 North Michigan Ave<br>Suite 2800<br>Chicago, IL.<br>60601 | Unsecured Claims | $ 2,600.00 |
| 86. | Staples Business Advantage<br>Dept Det<br>PO BOX 83689<br>Chicago, IL.<br>60696-3689 | Unsecured Claims | $ 1,023.35 |

In re:  Arena Football League, LLC                                                  Case No. 09-29024

| 87. | Street & Smith | Unsecured Claims | $ 0.00 |
| --- | --- | --- | --- |
| 88. | Street & Smith's Sports Group<br>120 W. Morehead Street<br>Suite 320<br>Charlotte, NC.<br>28202 | Unsecured Claims | $ 6,250.00 |
| 89. | Team Wearhouse<br>960 E. Hazelwood Avenue<br><br>Rahway, NJ.<br>07065 | Unsecured Claims | $ 363.19 |
| 90. | Grant Thornton<br>33562 Treasury Center<br><br>Chicago, IL.<br>60694-3500 | Unsecured Claims | $ 5,302.50 |
| 91. | Shefsky & Froelich LTD.<br>111 E. Wacker Drive<br>#2800<br>Chicago, IL.<br>60601 | Unsecured Claims | $ 1,125.74 |
| 92. | American Arbitration Association<br>1633 Broadway<br>10th Floor<br>New York, NY.<br>10019 | Unsecured Claims | $ 2,550.00 |
| 93. | Ken Garff Sports & Entertainment, LLC<br>405 S. Main Street<br>#1200<br>Salt Lake City, UT.<br>84111 | Unsecured Claims | $ 43,000.00 |
| 94. | MacRae & Co.<br>PO Box 806<br>Station B<br>Ottawa, ON. Canada<br>K1P 5T4 | Unsecured Claims | $ 852.39 |
| 95. | Marwedel, Minichello & Reeb, P.C.<br>10 S. Riverside Plaza<br>#720<br>Chicago, IL.<br>60606 | Unsecured Claims | $ 1,493.50 |

Numbered Listing of Creditors - Page 11

In re: Arena Football League, LLC　　　　　　　　　　　　　　　　Case No. 09-29024

| # | Creditor | Type | Amount |
|---|---|---|---|
| 96. | Miller, Johnson, Snell & Cummiskey<br>PO Box 306<br>Grand Rapids, MI.<br>49501-0306 | Unsecured Claims | $ 1,049.88 |
| 97. | A.A. Thornton & Co.<br>235 High Holburn<br>London, WCIV 7LE<br>England | Unsecured Claims | $ 1,160.89 |
| 98. | AICCO, Inc<br>Box 9045<br>New York, NY.<br>10087-9045 | Unsecured Claims | $ 3,038.88 |
| 99. | IESI - NY Corporation<br>PO Box 660654<br>Dallas, TX.<br>75266-0654 | Unsecured Claims | $ 1,209.60 |
| 100. | American Express/BTA<br>Travel Related Services Co.<br>PO Box 360001<br>Ft. Lauderdale, FL.<br>33336-0001 | Unsecured Claims | $ 150.00 |
| 101. | CSC Corporate Domains, Inc<br>PO BOX 13397<br>Philadelphia, PA.<br>19101-3397 | Unsecured Claims | $ 5,245.00 |
| 102. | The Arden Group, LLC<br>Seven Penn Center<br>1635 Market Street, 17th Floor<br>Philadelphia, PA.<br>19103 | Unsecured Claims | $ 10,100.40 |
| 103. | Arrow Transportation<br>4225 27 Street<br>Long Island, NY.<br>11101 | Unsecured Claims | $ 1,091.13 |
| 104. | AT&T<br>PO Box 5019<br>Carol Stream, IL.<br>60197-5019 | Unsecured Claims | $ 4,178.12 |

In re:　Arena Football League, LLC　　　　　　　　　　　　　　　　Case No. 09-29024

| | | | |
|---|---|---|---|
| 105. | JAMS, Inc.<br>PO Box 512850<br><br>Los Angeles, CA.<br>90051-0850 | Unsecured Claims | $ 2,700.00 |
| 106. | Altura Communication Solution<br>PO Box 73452<br><br>Chicago, IL.<br>60673-7452 | Unsecured Claims | $ 764.08 |
| 107. | Ajilon Professional Staffing, LLC<br>Dept CH 10431<br><br>Palatine, IL.<br>60055-4031 | Unsecured Claims | $ 3,042.38 |
| 108. | Hand, Baldachine & Amburgey LLP<br>317 Madison Avenue<br>4th Floor<br>New York, NY.<br>10017 | Unsecured Claims | $ 2,847.50 |
| 109. | Hand, Baldachine & Amburgey LLP<br>317 Madison Avenue<br>4th Floor<br>New Yo<br>NY | Unsecured Claims | $ 0.00 |
| 110. | Jack Clarke<br>1600 Hilwood Drive<br><br>Montgomery, AL.<br>36106 | Unsecured Claims | $ 931.47 |
| 111. | Chen Nelson Roberts Ltd.<br>203 N. Lasalle Street<br>15th Floor<br>Chicago, IL.<br>60601 | Unsecured Claims | $ 953.07 |
| 112. | Chicago Office Technology Group<br>PO Box 5940<br>Lock Box 20-COE001<br>Carol Stream, IL.<br>60197-5940 | Unsecured Claims | $ 18.80 |
| 113. | Commonwealth Edison<br>Bill Payment Center<br><br>Chicago, IL.<br>60668-0002 | Unsecured Claims | $ 533.83 |

In re:　Arena Football League, LLC　　　　　　　　　　　　　　　　Case No. 09-29024

In re: Arena Football League, LLC                                          Case No. 09-29024

| | | | |
|---|---|---|---|
| 114. | Comcast/Charter Sports Southeast<br>2995 Courtyards Drive<br><br>Norcross, GA.<br>30071 | Unsecured Claims | $ 3,791.30 |
| 115. | Blue Media<br>1725 W 3rd St<br><br>Tempe, AZ.<br>85281 | Unsecured Claims | $ 1,430.00 |
| 116. | AT&T<br>PO Box 8100<br><br>Aurora, IL.<br>60507-8100 | Unsecured Claims | $ 92.88 |
| 117. | Crystal Clear Imaging<br>1401 Edwards Avenue<br><br>Jefferson, LA.<br>70123 | Unsecured Claims | $ 4,003.80 |
| 118. | Colorado Crush<br>1000 Chopper Circle<br><br>Denver, CO.<br>80204 | Unsecured Claims | $ 65,500.00 |
| 119. | Cleveland Gladiators<br>631 Huron Road<br><br>Cleveland, OH.<br>44115-1116 | Unsecured Claims | $ 88,500.00 |
| 120. | AFLPA<br>1133 20th Street, NW<br>Washington, DC. 20036 | Unsecured Claims | $ 200,000.00 |
| 121. | AFLPA<br>1133 20th Street, NW<br>Washington, DC. 20036 | Unsecured Claims | $ 33,075.00 |
| 122. | Craig Bornemeir<br>140 S. Loomis<br>Naperville, IL 60540 | Priority Claims | $ 7,350.00 |

In re: Arena Football League, LLC                                          Case No. 09-29024

Numbered Listing of Creditors - Page 14

In re:    Arena Football League, LLC                                           Case No. **09-29024**

| | | |
|---|---|---|
| 123. | Ed Policy<br>40 W. 67th Street, 2D<br>New York, NY  10023 | Priority Claims | $ 10,925.00 |
| 124. | Fifth Third Bank<br>222 S. Riverside Plaza<br>33rd Floor<br>Chicago, IL  60606 | Secured Claims | $7,725,000.00 |
| 125. | Jennifer O'Sullivan<br>620 Pelhamdale Avenue, #51<br>Pelham Manor, NY  10803 | Priority Claims | $ 10,925.00 |
| 126. | John Master<br>116 W. Redman Avenue<br>Haddonfield, NJ  08033 | Priority Claims | $ 10,925.00 |
| 127. | Jones Star Sports<br>#1 Cowboys Parkway<br>Irving, TX  75063 | Unsecured Claims | $ 100,000.00 |
| 128. | Laura Skarnulis<br>4043 Western Road<br>Downers Grove, IL  60515 | Priority Claims | $ 10,925.00 |
| 129. | Matthew Brash<br>1133 N. Dearborn Street #2009<br>Chicago, IL  60610 | Priority Claims | $ 3,833.33 |
| 130. | Soraya Diaz-DeLaCruz<br>73-11 68th Road, 2nd Floor<br>Middle Village, NY  11379 | Priority Claims | $ 1,479.17 |

Numbered Listing of Creditors - Page 15

In re: **Arena Football League, LLC**    Case No. **09-29024**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Arena Football League, LLC**, named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **15 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature: *Alex D. Moglia, Trustee*

~~Arena Football League, LLC~~

Dated: 10/28/09

→ AS PREPARED BY WILLIAM FACTOR, COUNSEL FOR ARENA FOOTBALL LEAGUE, LLC. I MAKE NO REPRESENTATIONS AS TO ACCURACY OR COMPLETENESS.