**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-29024 |
| | ) | Chapter 11 |
| ARENA FOOTBALL LEAGUE, LLC, | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | |

## NOTICE REGARDING THE LIST OF EQUITY SECURITY HOLDERS

**PLEASE TAKE NOTICE** that the List of Equity Security Holders was drafted by the Debtor. Alex Moglia, the Chapter 11 Trustee, does not make any representations as to its accuracy or its completeness.

ALEX D. MOGLIA, solely as chapter 11 Trustee,

/s/     John Collen
John Collen
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois  60606
Tel: (312) 627-4193
Fax:(312) 627-1717
E-mail: jcollen@tresslerllp.com
Counsel for the Trustee