476896

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-29024 |
| | ) | |
| ARENA FOOTBALL LEAGUE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

## TRUSTEE'S NOTICE OF HIGHEST AND BEST BID AT AUCTION

**PLEASE TAKE NOTICE that** on Wednesday, November 25, 2009, pursuant to the Bidding Procedures approved by the Court on October 21, 2009 ("Bidding Procedures"), an auction took place in the above referenced matter at the offices of Tressler LLP, 233 S. Wacker Dr., 22nd Floor, Chicago, Illinois.

**PLEASE TAKE FURTHER NOTICE that** the highest and best Qualified Bid ("Successful Bid"), as defined in the Bidding Procedures, was made by Arena Football One, LLC in the amount of $6,100,000.

**PLEASE TAKE FURTHER NOTICE that** the second highest Qualified Bid ("Back-Up Bid"), as defined in the Bidding Procedures, was made by Acquisition Holdings, LLC in the amount of $6,000,000.

**PLEASE TAKE FURTHER NOTICE that** the Trustee will seek approval of the Successful Bid and the Back-Up Bid at the Sale Hearing, which is scheduled for **Monday, December 7, 2009** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Susan Pierson Sonderby (or any judge who may be sitting in her stead), Courtroom 642, United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois.

Dated: November 25, 2009　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ALEX D. MOGLIA, solely as Chapter 11 Trustee

　　　　　　　　　　　　　　　　By: /s/ John Collen
　　　　　　　　　　　　　　　　　　John Collen
　　　　　　　　　　　　　　　　　　TRESSLER LLP
　　　　　　　　　　　　　　　　　　233 S. Wacker Dr., 22nd Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　(312) 627-4193 (phone)
　　　　　　　　　　　　　　　　　　(312) 627-1717 (facsimile)
　　　　　　　　　　　　　　　　　　jcollen@tresslerllp.com

　　　　　　　　　　　　　　　　　　*Counsel for the Trustee*

## CERTIFICATE OF SERVICE

    I, John Collen, an attorney, state that on November 25, 2009, to the best of my knowledge, I caused the above-referenced **Notice of Highest and Best Bid at Auction**, to be served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, via electronic mail, facsimile, or first class mail to the addresses indicated on the attached Service List.

/s/ John Collen

476906

# SERVICE LIST

*In re: Arena Football League, LLC*, Case No. 09-B-29024

**Registrants in the Case:**
**(Service Through ECF)**

| **Counsel For Trustee**<br>John Collen<br>Si-Yong Yi<br>Tressler LLP<br>233 S. Wacker Drive, 22nd Floor<br>Chicago, Illinois 60606<br>Tel: (312) 627-4193<br>Fax: (312) 627-1717<br>E-mail: jcollen@tresslerllp.com<br>          syi@tresslerllp.com | |
|---|---|
| **Counsel For Arena Football League, LLC**<br>William J. Factor<br>The Law Office of William J. Factor, Ltd.<br>1363 Shermer Road, Suite 224<br>Northbrook, IL 60062<br>Tel: (847) 239-7248<br>Fax: (847) 574-8233<br>E-mail: wfactor@wfactorlaw.com<br><br>Sara E. Lorber<br>The Law Office of William J. Factor, Ltd.<br>105 W. Madison, Suite 400<br>Chicago, IL 60602<br>Tel: (312) 502-5807<br>Fax: (312) 502-5807<br>E-mail: slorber@wfactorlaw.com<br><br>Jessica Tovrov<br>Tovrov Law Offices<br>105 West Madison Street<br>Suite 400<br>Chicago, IL 60602<br>Tel: (312) 252-7362<br>Fax: (312) 264-2535<br>E-mail: jessica@tovrovlaw.com | **Counsel For Fifth Third Bank**<br>J. Mark Fisher<br>Jason M. Torf<br>Schiff Hardin & Waite<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5700<br>E-mail: mfisher@schiffhardin.com<br>          jtorf@schiffhardin.com |

1

| | |
|---|---|
| **Counsel For Steve Woltmann**<br>Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 S Dearborn #1610<br>Chicago, IL 60603<br>Tel: (312) 443-9600<br>Fax: (312) 443-5704<br>E-mail: fkokoszka@k-jlaw.com | **Counsel For Gridiron Enterprises, Inc., Johnson & Bell, Ltd., Sheraton New Orleans Hotel and Members of The Unsecured Creditors Committee**<br>Richard S. Lauter<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6641<br>Fax: (312) 360-6570<br>E-mail: rlauter@freebornpeters.com |
| **Counsel For PR II Presidents Plaza JV, LLC**<br>Patrick C. Maxcy<br>Stephanie L. Wowchuk<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>Chicago, IL 60606<br>Tel: (312) 876-2810<br>Fax: (312) 876-7934<br>E-mail: pmaxcy@sonnenschein.com | **Counsel For Gridiron Enterprises, Inc.**<br>Pia N. Thompson<br>Kovitz Shifrin Nesbit<br>750 W. Lake Cook Rd., Suite 350<br>Buffalo Grove, IL 60089<br>Tel: (847) 777-7258<br>Fax: (847) 537-0550<br>E-mail: pthompson@ksnlaw.com |
| **Counsel For DP Fox Football Holdings, LLC d/b/a Grand Rapids Rampage**<br>Peter A. Clark<br>Jennifer A. Kimball<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel: (312) 357-1313<br>Fax: (312) 759-5646<br>Email: pclark@btlaw.com<br>       jkimball@btlaw.com | **Counsel For Proskauer Rose LLP**<br>Grayson T. Walter<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 West Madison – Suite 3800<br>Chicago, IL 60602<br>Tel: (312) 926-3550<br>Fax: (312) 962-3551<br>Email: gwalter@proskauer.com |
| | **Counsel For United States Trustee**<br>Stephen G. Wolfe<br>Office of the U.S. Trustee<br>219 S. Dearborn, Room 873<br>Chicago, IL 60604<br>Tel: (312) 886-7480<br>E-mail: USTPRegion11.ES.ECF@usdoj.gov<br>       Steve.G.Wolfe@usdoj.gov |

2

**Additional Parties**
**(Service by Electronic Mail)**

| | |
|---|---|
| Laura Bandini<br>National Labor Relations Board<br>Special Litigation Branch<br>1099 14th St. NW<br>Washington, DC 20570<br>Tel: (202) 273-3784 / Fax: (202) 273-1799<br>E-mail: Laura.Bandini@nlrb.gov | Michael C. Arnold, Esq.<br>Attorney for AFOA<br>1125 Grand Boulevard<br>Suite 1600<br>Kansas City, MO 64106<br>Tel: (816) 421-5788<br>Fax: (816) 471-5574<br>E-mail: mcarnold@anwjj.com |
| **Counsel For Arena Football One, LLC**<br>Pia N. Thompson<br>Kovitz Shifrin Nesbit<br>750 W. Lake Cook Rd., Suite 350<br>Buffalo Grove, IL 60089<br>Tel: (847) 777-7258<br>Fax: (847) 537-0550<br>E-mail: pthompson@ksnlaw.com | **Counsel for Acquisition Holdings, LLC**<br>Peter A. Clark<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833<br>Fax: (312) 759-5646<br>pclark@btlaw.com |
| Graham M. Hill<br>Poltrock & Poltrock<br>123 W. Madison Street, 13th Floor<br>Chicago, IL 60602<br>Tel: (312) 236-0606<br>Fax: (312) 236-9264<br>grahammhill@aol.com | |

**(Service by Facsimile)**

| |
|---|
| Paul Engelberts<br>President<br>Arena Football Officials Assoc.<br>3124 Ferris Avenue<br>Royal Oak, MI 48073<br>Fax: (248) 588-0105 |

**(Service by First Class U.S. Mail)**

| |
|---|
| Arena Football League Players' Assoc.<br>Todd Flanagan<br>1133 20th St NW, Suite 700<br>Washington DC 20036 |

3