UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ARENA FOOTBALL LEAGUE, LLC, | ) Case No. 09-B-29024 |
| | ) |
| | ) Honorable Susan Pierson Sonderby |
| DEBTOR. | ) |

**TRUSTEE'S STATEMENT CONCERNING**
**CONFORMATION OF THE BUDGET TO THE FINAL FINANCING ORDER**

Alex D. Moglia, not individually, but solely in his capacity as chapter 11 trustee (the "Trustee") of the bankruptcy estate of Arena Football League, LLC respectfully submits this statement concerning the conformation of the budget to the final financing order. In support hereof, the Trustee respectfully represents as follows:

1.      On November 17, 2009, the Court entered the Final Order (I) Authorizing the Trustee to Obtain Post-Petition Secured Financing, (II) Granting Certain Liens, (III) Granting Adequate Protection, (IV) Funding Segregated Account with Cash Collateral, and (V) Modifying the Automatic Stay ("Final Financing Order"). (Dkt. No. 95).

2.      Section 3 of the Final Financing Order specifically allows that the budget "may be otherwise modified with the agreement of the Trustee, the Lender and the Committee consistent with the terms of the Trustee Financing Agreements…" (Dkt No. 95, p. 21).

3.      On December 7, 2009, the Court entered the Order Amending the Final Financing Order, which included a copy of the budget attached as Exhibit 1 ("Order Amending Final Financing Order"). (Dkt. No. 111).

4.      The Order Amending the Final Financing Order amended and restated Section 8 of the Final Financing Order dealing with Carve-Out, and indicated, among others, the

1

following:

"Notwithstanding anything to the contrary contained in the Trustee Financing Agreements, if any, or this Final Order, proceeds of the Excluded Claims and Collateral equal to: . . .

(f) allowed fees and expenses for financial advisors retained by the Trustee (not to exceed $15,000 in expenses plus 5% of the gross proceeds of the sale of the Collateral, less any retainer or interim compensation paid to the Trustee or such Professionals),

(g) allowed fees and expenses for counsel to the debtor in possession relating to adversary proceeding captioned Arena Football League, LLC v. Arena Football One LLC, et al., case no 09-29024 (not to exceed $18,000) and

(h) allowed fees and expenses for counsel to the Committee and expenses (other than attorneys' fees and expenses) of Committee members (not to exceed $50,000) shall not be subject to any lien or security interest including any administrative or superpriority claim granted to the Lender under sections 364(c)(1), 503(b) and 507(b) (collectively, the "Carve-Out").

5. The budget, attached as Exhibit 1 to the Order Amending Final Financing Order, despite review by all parties, inadvertently did not reflect the correct amounts as indicated in the actual order. The attached budget correctly reflects the amounts in the Order Amending Final Financing Order as follows: (1) Moglia Advisors (Advertising, copies, postage, storage, moving), $15,000; (2) Law Offices of William Factor, Counsel to Debtor in Possession, $18,000; (3) Freeborn & Peters LLP, Committee Counsel, $50,000. Therefore, the Trustee is submitting a revised Exhibit 1, as attached to this statement, to replace the original exhibit to the Order Amending Final Financing Order. The revised Exhibit 1 shows the amount of total expense funded by the Carve-Out to be $655,500, in accordance with the amounts actually authorized in the face of the Order Amending Final Financing Order.

6. The counsel for the Trustee, the Lender, and the Committee all have agreed to the revised budget attached hereto as Exhibit 1.

Dated: December 21, 2009

Respectfully submitted,

ALEX D. MOGLIA, solely as chapter 11 Trustee,

/s/    Si-Yong Yi

John Collen
Si-Yong Yi
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4000
Fax: (312) 627-1717
E-mail: jcollen@tresslerllp.com
        syi@tresslerllp.com
Counsel for the Trustee

## CERTIFICATE OF SERVICE

I, Si-Yong Yi, an attorney, state that on December 21, 2009 pursuant to Local Rule 9013-3(D), that I caused the above-referenced **STATEMENT** to be filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, via electronic mail, facsimile or First Class U.S. Mail to the address(es) as indicated on the attached service list.

/s/    Si-Yong Yi

#478713

4778725                                                                                          9143-1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 09-B-29024 |
| ) | |
| ARENA FOOTBALL LEAGUE, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Susan Pierson Sonderby |

## NOTICE OF FILING

To:   See Attached Service List

   **PLEASE TAKE NOTICE** that on Monday, December 21, 2009 Alex D. Moglia, solely as chapter 11 Trustee in the above referenced matter, filed the **TRUSTEE'S STATEMENT CONCERNING CONFORMATION OF BUDGET TO THE FINAL FINANCING ORDER**, a copy of which is attached hereto and served upon you:

ALEX D. MOGLIA, solely as chapter 11 Trustee,

/s/     Si-Yong Yi

John Collen
Si-Yong Yi
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois  60606
Tel: (312) 627-4193 / Fax: (312) 627-1717
E-mail: jcollen@tresslerllp.com; syi@tresslerllp.com
Counsel For The Trustee

## CERTIFICATE OF SERVICE

   I, Si-Yong Yi, an attorney, state that on December 21, 2009 pursuant to Local Rule 9013-3(D), that I caused the above-referenced **NOTICE OF FILING AND TRUSTEE'S STATEMENT** to be filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, via electronic mail, facsimile or First Class U.S. Mail to the address(es) as indicated on the attached service list.

/s/     Si-Yong Yi

474575

# SERVICE LIST

*In re: Arena Football League, LLC*, Case No. 09-B-29024

**Registrants in the Case:**
**(Service Through ECF)**

| | |
|---|---|
| **Counsel For Trustee**<br>John Collen<br>Si-Yong Yi<br>Tressler LLP<br>233 S. Wacker Drive, 22nd Floor<br>Chicago, Illinois 60606<br>Tel: (312) 627-4193<br>Fax: (312) 627-1717<br>E-mail: jcollen@tresslerllp.com<br>          syi@tresslerllp.com | |
| **Counsel For Arena Football League, LLC**<br>William J. Factor<br>The Law Office of William J. Factor, Ltd.<br>1363 Shermer Road, Suite 224<br>Northbrook, IL 60062<br>Tel: (847) 239-7248<br>Fax: (847) 574-8233<br>E-mail: wfactor@wfactorlaw.com<br><br>Sara E. Lorber<br>The Law Office of William J. Factor, Ltd.<br>105 W. Madison, Suite 400<br>Chicago, IL 60602<br>Tel: (312) 502-5807<br>Fax: (312) 502-5807<br>E-mail: slorber@wfactorlaw.com<br><br>Jessica Tovrov<br>Tovrov Law Offices<br>105 West Madison Street<br>Suite 400<br>Chicago, IL 60602<br>Tel: (312) 252-7362<br>Fax: (312) 264-2535<br>E-mail: jessica@tovrovlaw.com | **Counsel For Fifth Third Bank**<br>J. Mark Fisher<br>Jason M. Torf<br>Schiff Hardin & Waite<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5700<br>E-mail: mfisher@schiffhardin.com<br>          jtorf@schiffhardin.com |

| | |
|---|---|
| **Counsel For Steve Woltmann**<br>Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 S Dearborn #1610<br>Chicago, IL 60603<br>Tel: (312) 443-9600<br>Fax: (312) 443-5704<br>E-mail: fkokoszka@k-jlaw.com | **Counsel For Gridiron Enterprises, Inc., Johnson & Bell, Ltd., Sheraton New Orleans Hotel and Members of The Unsecured Creditors Committee**<br>Richard S. Lauter<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6641<br>Fax: (312) 360-6570<br>E-mail: rlauter@freebornpeters.com |
| **Counsel For PR II Presidents Plaza JV, LLC**<br>Patrick C. Maxcy<br>Stephanie L. Wowchuk<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>Chicago, IL 60606<br>Tel: (312) 876-2810<br>Fax: (312) 876-7934<br>E-mail: pmaxcy@sonnenschein.com | **Counsel For Gridiron Enterprises, Inc.**<br>Pia N. Thompson<br>Kovitz Shifrin Nesbit<br>750 W. Lake Cook Rd., Suite 350<br>Buffalo Grove, IL 60089<br>Tel: (847) 777-7258<br>Fax: (847) 537-0550<br>E-mail: pthompson@ksnlaw.com |
| **Counsel For DP Fox Football Holdings, LLC d/b/a Grand Rapids Rampage and Acquisition Holdings, LLC**<br>Peter A. Clark<br>Jennifer A. Kimball<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel: (312) 357-1313<br>Fax: (312) 759-5646<br>Email: pclark@btlaw.com<br>       jkimball@btlaw.com | **Counsel For Proskauer Rose LLP**<br>Grayson T. Walter<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 West Madison – Suite 3800<br>Chicago, IL 60602<br>Tel: (312) 926-3550<br>Fax: (312) 962-3551<br>Email: gwalter@proskauer.com |
| | **Counsel For United States Trustee**<br>Stephen G. Wolfe<br>Office of the U.S. Trustee<br>219 S. Dearborn, Room 873<br>Chicago, IL 60604<br>Tel: (312) 886-7480<br>E-mail: USTPRegion11.ES.ECF@usdoj.gov |

**Members of the Committee**
(Service by U.S. Mail or by fax if fax number is indicated)

| | |
|---|---|
| NBC Universal<br>Attn: Daniel M. Kummer<br>30 Rockefeller Plaza, Rm. 1091E<br>New York, NY 10112 | The Phoenix Communications Group, Inc.<br>Attn: John M. Podesta<br>3 Empire Blvd.<br>South Hackensack, NJ 07606 |
| David Baker<br>468 N. Equestrian Drive<br>Orange, CA 92869 | San Jose SaberCats<br>Attn: Alex Curotto<br>600 East Brokaw Road<br>San Jose, CA 95112 |
| American Express Travel Related Servs. Co., Inc. Corp. Card<br>Attn: Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | ESPN<br>Attn: Leah LaPlaca<br>545 Middle Street<br>Bristol, CT 06010 |
| AECOM<br>Attn: Rebecca Griffin<br>7870 Villa Park Drive<br>Richmond, VA 23228 | Philadelphia Soul<br>Attn: Craig Spencer<br>7 Penn Center-17th Floor<br>1635 Market Street<br>Philadelphia, PA 19103 |
| af2<br>Attn: Jerry Kurz<br>200 S. Michigan Avenue, #1200<br>Chicago, IL 60606 | Champs Sports<br>Attn: Scott Gurka<br>311 Manatee Avenue W<br>Bradenton, FL 34205 |
| Team Marketing<br>Attn: Scott Gurka<br>2101 Corporate Blvd., #317<br>Boca Raton, FL 33431 | Chicago Rush<br>Attn: Alan Levin<br>1011 E. Touhy # 400<br>Des Plaines, IL 60018-5805 |
| Proskauer Rose LLP<br>Attn: Joe Leccese<br>1585 Broadway<br>New York, NY 10036-8299 | Cleveland Gladiators<br>Attn: Jim Ferraro<br>631 Huron Road<br>Cleveland, OH 44115-1116 |

| | |
|---|---|
| Georgia Force<br>Attn: Rob Geoofroy<br>4400 Falcon Parkway<br>Flowery Branch, GA 30542 | Colorado Crush<br>Attn: Jerry Girkin<br>1000 Chopper Circle<br>Denver, CO 80204 |
| New York AFL LP f/k/a New York Dragons<br>Attn: Jaimie Wolf<br>1600 Old Country Rd.<br>Plainview NY 11803-5042<br>Fax: (516) 622-7510 | BlueCross Blueshield of Illinois<br>Attn: Kenneth Kolanowski<br>300 East Randolph Street<br>Chicago, IL 60601-5099 |
| Daniel L. Hubbel<br>Regional Director<br>National Labor Relations Board<br>Seventeenth Region<br>8600 Farley Street - Suite 100<br>Overland Park, Kansas 66212-4677<br>Fax: (913) 967-3010 | Michael Werner<br>National Labor Relations Board<br>224 S. Bouylder Ave., Suite 318<br>Tulsa, OK 74103<br>Fax: (918) 581-7970 |
| Jeanette C Schrand<br>National Labor Relations Board<br>209 S. LaSalle St. - Suite 900<br>Chicago, IL 60604<br>Tel: (312)353-7614<br>Email: jeanette.schrand@gmail.com | Paul Engelberts<br>President<br>Arena Football Officials Assoc.<br>3124 Ferris Avenue<br>Royal Oak, MI 48073<br>Fax: (248) 588-0105 |
| Arena Football League Players' Assoc.<br>Todd Flanagan<br>1133 20th St NW, Suite 700<br>Washington DC 20036<br>Tel: (202) 756-9130 | |

## Additional Parties
### (Service by Electronic Mail)

| | |
|---|---|
| Laura Bandini<br>National Labor Relations Board<br>Special Litigation Branch<br>1099 14th St. NW<br>Washington, DC 20570<br>Tel: (202) 273-3784 / Fax: (202) 273-1799<br>E-mail: Laura.Bandini@nlrb.gov | Michael C. Arnold, Esq.<br>Attorney for AFOA<br>1125 Grand Boulevard<br>Suite 1600<br>Kansas City, MO 64106<br>Tel: (816) 421-5788<br>Fax: (816) 471-5574<br>E-mail: mcarnold@anwjj.com |