UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ARENA FOOTBALL LEAGUE, LLC, | ) Case No. 09-B-29024 |
| | ) |
| | ) Honorable Susan Pierson Sonderby |
| DEBTOR. | ) |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO ACT CONCERNING 401(k) DISTRIBUTIONS AND RELATED MATTERS

THIS MATTER having come before this Court upon Trustee's Application For Authority To Act Concerning 401(k) Distributions And Related Matters (the "Application") by Alex D. Moglia, Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") in this chapter 11 case (the "Case"), seeking the entry of an order pursuant to § 105 of the Bankruptcy Code authorizing him to act as the Plan Administrator and the Plan Sponsor in accordance with ERISA, the Plan instruments, and the actions recommended in the Application; the Court having considered the Application; and due notice having been given; there being no objection to the relief requested; and good cause having been shown for the relief herein granted; and it appearing that this matter is a core proceeding,

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. Alex D. Moglia, the Chapter 11 Trustee for the Debtor in the above referenced Case, is authorized to act as the Plan Administrator and the Plan Sponsor of the Arena Football League 401(k) Plan in accordance with ERISA, the Plan instruments, and the actions recommended in the Trustee's Application.

2. The Court retains jurisdiction to construe and enforce this order.

Dated: December 30, 2009            Enter: _____
                                          Susan Pierson Sonderby
                                          United States Bankruptcy Judge