# Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ARENA FOOTBALL LEAGUE, LLC, | ) Case No. 09-B-29024 |
| | ) |
| | ) Honorable Susan Pierson Sonderby |
| DEBTOR. | ) |

## NOTICE OF LAST DATE AND PROCEDURES
## FOR SUBMISSION OF "GAP CLAIMS" OR ADMINISTRATIVE CLAIMS

**TO ALL PERSONS OR ENTITIES ASSERTING "GAP CLAIMS" OR ADMINISTRATIVE CLAIMS AGAINST THE ABOVE ENTITY:**

**PLEASE TAKE NOTICE** that on January 13, 2010, the United States Bankruptcy Court for the Northern District of Illinois (the "Court") entered an order fixing **February 12, 2010** as the deadline for filing and assertion of "gap claims" and of administrative claims. A claim means any right to payment or right to equitable performance, whether or not that claim has matured, liquidated or is contingent.

You have a "gap claim" if you have a claim against the above Debtor that arose on or after August 7, 2009 and on or prior to August 25, 2009.

You have an administrative claim if your claim against the above Debtor arose on or after August 26, 2009.

**If you have either of these claims, you must file a claim by February 12, 2010.**

1. **WHO MUST SUBMIT A CLAIM**. YOU <u>MUST</u> SUBMIT A CLAIM if you have a "gap claim" or an administrative claim as defined above.

2. **WHEN AND WHERE TO SUBMIT**. To be timely submitted, the "gap claim" or the administrative claim must be **RECEIVED in electronic or hard copy form no later than 4:30 p.m. (Central Standard Time) on February 12, 2010**, at the following address:

1

The United States Bankruptcy Court
for the Northern District of Illinois
Clerk's Office, Room 710
219 South Dearborn Street
Chicago, IL 60604

**With a copy to the following address:**

Si-Yong Yi
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

Submissions by hand delivery or courier service must be delivered to the above-referenced address between the hours of 9:00 a.m. and 4:30 p.m. on regular business days.

SUBMISSIONS CANNOT BE MADE BY FACSIMILE TRANSMISSION OR TELECOPY.

Additional information may be obtained via the internet from the website for the U.S. Bankruptcy Court for the Northern District of Illinois at the following address: http://www.ilnb.uscourts.gov/.

   4.  ANY PERSON OR ENTITY FAILING TO SUBMIT A CLAIM BY THE DEADLINE MAYBE FOREVER PREVENTED FROM ASSERTING OR COLLECTING ON THE CLAIM AGAINST ARENA FOOTBALL LEAGUE, LLC.

Chicago, Illinois           By Order of the Court

Dated: January _____, 2010

John Collen
Si-Yong Yi
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4000
Fax: (312) 627-1717
E-mail: jcollen@tresslerllp.com
   syi@tresslerllp.com
Counsel for the Trustee

#480103