## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INDOOR FOOTBALL ESTATE | ) | Case No. 09-29024 |
| (f/k/a ARENA FOOTBALL LEAGUE, LLC), | ) | |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Hearing Date:  March 2, 2010 |
| | ) | Hearing Time:  10:30 a.m. |

## NOTICE OF FIRST AND FINAL FEE APPLICATION OF
## FREEBORN & PETERS LLP AS COUNSEL TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

To:    Service List

PLEASE TAKE NOTICE that on February 8, 2010, Freeborn & Peters LLP ("*F&P*") filed the *First and Final Fee Application of Freeborn & Peters LLP as Counsel to Official Committee of Unsecured Creditors* (the "*Application*") with the United States Bankruptcy Court for the Northern District of Illinois.  Through the Application, F&P seeks (a) allowance and approval of $66,866.40 in compensation for legal services rendered by F&P to the Official Committee of Unsecured Creditors (the "*Committee*") of the Arena Football League, LLC (the "*Debtor*") for the period of September 30, 2009 through January 31, 2010, (b) approval of $1,162.08 as reimbursement for expenses incurred during that same time, and (c) the Court's authorization and direction to the Debtor to pay F&P compensation and reimbursement of expenses in the aggregate amount of $68,028.48.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Application will take place before the Honorable Susan Pierson Sonderby of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or whomever may be sitting in her place and stead, at 219 South Dearborn Street, Courtroom 642, Chicago, Illinois on March 2, 2010 at 10:30 a.m.

Objections, if any, to the relief requested in the Application must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois prior to the hearing on the Application.

At the same time, you should also serve a copy of the objection upon the following so as to be received prior to the hearing on the Application: Freeborn & Peters LLP, 311 S. Wacker Dr., Ste. 3000, Chicago, Illinois 60606 (Attn: Richard S. Lauter).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 8, 2010                    FREEBORN & PETERS LLP


                                           By:      /s/ Richard S. Lauter
                                                  Richard S. Lauter (No. 6182859)
                                                  Devon J. Eggert (No. 6289425)
                                                  FREEBORN & PETERS LLP
                                                  311 South Wacker Drive, Suite 3000
                                                  Chicago, Illinois 60606
                                                  Telephone:  312.360.6000
                                                  Facsimile:   312.360.6520

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Indoor Football Estate LLC (f/k/a Arena Football League, LLC), | ) ) | Case No. 09-29024 |
| | ) | Honorable Susan Pierson Sonderby |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Richard S. Lauter, an attorney, do hereby certify that on February 8, 2010, I caused the attached *Notice of Application and First and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be served on parties electronically via the CM/ECF system and via U.S. Mail postage prepaid as noted below.

_____/s/ Richard S. Lauter___

## SERVICE LIST

**Service Through ECF**

J Mark Fisher mfisher@schiffhardin.com, edocket@schiffhardin.com, sricciardi@schiffhardin.com
Patricia J. Fokuo pfokuo@schiffhardin.com, edocket@schiffhardin.com
Joshua A. Gad-Harf joshua.gad-harf@kattenlaw.com
Jennfer A. Kimball jkimball@btlaw.com, jriazi@btlaw.com
Frank J. Kokoszka fkokoszka@k-jlaw.com, admin@k-jlaw.com
Richard S. Lauter rlauter@freebornpeters.com, bkdocketing@freebornpeters.com, pscott@freebornpeters.com
Patrick C. Maxcy pmaxcy@sonnenschein.com
Alex D. Moglia amoglia@mogliaadvisors.com, IL31@ecfcbis.com
William T. Neary USTPRegion11.ES.ECF@usdoj.gov
Kenneth J. Ottaviano kenneth.ottaviano@kmzr.com
Pia N. Thompson pthompson@ksnlaw.com
Jason M. Torf jtorf@schiffhardin.com, edocket@schiffhardin.com
Grayson T. Walter gwalter@proskauer.com
Si Yong Yi syi@tresslerllp.com, tresslerdocket@tresslerllp.com

**Service By U.S. Mail**

Office of the U.S. Trustee, Region 11
Attn: Steve Wolfe
219 S Dearborn St
Room 873
Chicago, IL 60604

John Collen
Tressler LLP
233 S. Wacker Dr., 22nd Floor
Chicago, Illinois 60606

Alex D. Moglia
1325 Remington Rd., Ste. H
Schaumburg, Illinois 60173

J. Mark Fisher
Schiff Hardin & Waite
233 S. Wacker Dr., Ste. 6600
Chicago, Illinois 60606

William J. Factor
The Law Office of William J. Factor, Ltd.
1363 Shermer Rd., Ste. 224
Northbrook, Illinois 60062

Jessica Tovrov
Tovrov Law Offices
105 West Madison St., Ste. 400
Chicago, Illinois 60602

**Via First Class Mail (Notice Only)**

A.A. Thornton & Co.
235 High Holburn
London, WCIV 7LE
England

AECOM
c/o Robert Orlin
605 Third Ave
New York, NY 10158

AECOM
Rebecca Griffin
7870 Villa Park Drive
Richmond, VA 23228

AICCO, Inc
Box 9045
New York, NY 10087-9045

Ajilon Professional Staffing LLC
175 Broadhollow Road
Melville, NY 11747

AMC Mechanical Services, Inc.
42-71 Hunter Street
Long Island City, NY 11101

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T
PO Box 8100
Aurora, IL 60507-8100

AF2
Jerry Kurz
200 S. Michigan Ave #1200
Chicago, IL 60606

Ajilon Professional Staffing, LLC
Dept CH 10431
Palatine, IL 60055-4031

Altura Communication Solutions LLC
Attn: Linda Pittman
1335 S. Acacia Ave
Fullerton, CA 92831

American Arbitration Association
1633 Broadway
10th Floor
New York, NY 10019

American Express
PO Box 0001
Los Angeles, CA 90096-0001

American Express Travel Related Services
Co, Inc Corp Card
P.O. Box 3001
Malvern, PA 19355-0701

American Express/BTA
Travel Related Services Co.
PO Box 360001
Ft. Lauderdale, FL 33336-0001

American Speciality Insurance
142 North Main Street
PO Box 309
Roanoke, IN 46783

Arena Football League Players' Assoc
Todd Flanagan
1133 20th St NW Suite 700
Washington DC 20036

Arrow Transportation
4225 27 Street
Long Island, NY 11101

Bluecross Blueshield Of Illinois
300 East Randolph St.
Chicago, IL 60601-5099
Attn: Kenneth Kolanowski

Blue Media
1725 W. 3rd St
Tempe, AZ 85281

2

BlueCross BlueShield of Illinois
300 East Randolph
Chicago, IL.
60601-5099

CDW Computer Centers, Inc.
PO Box 75723
Chicago, IL 60675-5723

Champs Sports
Attn: Scott Gurka
311 Manatee Avenue W.
Bradenton, FL 34205

Chicago Rush
Attn: Alan Levin
1011 E Touhy #400
Des Plaines, IL 60018-5805

Cleveland Gladiators
631 Huron Road
Cleveland, OH 44115-1116
Attn: Jim Ferraro

Colorado Crush
1000 Chopper Circle
Denver, CO 80204
Attn: Jerry Girkin

CSC Corporate Domains, Inc
PO Box 13397
Philadelphia, PA 19101-3397

Champs Sports
311 Manatee Avenue W.
Bradenton, FL 34205

Chen Nelson Roberts, Ltd.
203 N. LaSalle Street, 15th Floor
Chicago, IL 60601

Chicago Office Technology Group
PO Box 5940
Lock Box 20-COE001
Carol Stream, IL 60197-5940

Chicago Rush
1011 E. Touhy #400
Des Plaines, IL 60018-5805

Cleveland Gladiators
631 Huron Road
Cleveland, OH 44115-1116

Columbus Destroyers
Nationwide Arena
200 W. Nationwide Blvd.
Columbus, OH 43215

Comcast/Charter Sports Southeast
2995 Courtyards Drive
Norcross, GA 30071

Commonwealth Edison
Attn Bankruptcy Sec/Rev Mmgt
2100 Swift Drive
Oak Brook, IL 60523

Control Dynamics
960 Louis Drive
Warminster, PA. 18974-2841
Corporate Edge
PO Box 330881
New York, NY 10087-0881

Crystal Clear Imaging
1401 Edwards Avenue
Jefferson, LA 70123
David Baker
468 N. Equestrian Drive
Orange, CA 92869-4423

DP Fox Football Holdings, LLC
130 Fulton Street W.
Grand Rapids, MI 49503-2601

Dallas Desperados
Cowboys Center
One Cowboys Parkway
Irving, TX 75063

3

Dan Flores Communications
386 Park Avenue South
10th Floor
New York, NY 10016

David Baker
468 N. Equestrian Drive
Orange, CA 92869-4423
DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

ESPN
545 Middle Street
Bristol, CT 06010

ESPN
David Pahl Esq.

ESPN - Legal Dept.
ESPN Plaza
545 Middle St
Bristol, CT 06010

ESPN
Attn: Leah LaPlaca
ESPN Plaza
545 Middle St
Bristol, CT 06010

Edwin H. Benn
P.O. Box 291
Glencoe, IL 60022-0291

Elias Sports Bureau
500 Fifth Ave.
New York, NY 10016

Exact Target
Dept CH 17808
Palatine, IL 60055-7808

FedEx Customer Information Service
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd.
Module G 3rd Fl

Memphis, TN 38116
Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

Fifth Third Bank
Attn: Scott Kilgore
222 S. Riverside Plaza
33rd Floor
Chicago, IL 60606

Georgia Force
4400 Falcon Parkway
Flowery Branch, GA 30542
Attn: Rob Geoffrey

Glenstar Properties
8600 W. Bryn Mawr #400 N.
Chicago, IL 60631
Attn: Steven Smith

DP Fox Football Holdings, LLC d/b/a Grand
Rapids Rampage
130 Fulton Street W.

Grand Rapids, MI 49503-2601
Attn: Scott Gorsline
Game Plan, LLC
Four Copley Place
Suite 105
Boston, MA 02116

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Genesys Conferences of MA, Inc.
c/o McMahan & Sigunick, Ltd.
412 S. Wells St., 6th Fl.
Chicago, IL 60607

George Togliatti
68 Kris Kringle Street
Las Vegas, NV 89124

Getty Images
P.O. Box 953604
St. Louis, MO 63195-3604

GlenStar Properties
8600 W. Bryn Mawr #400N
Chicago, IL 60631

Grant Thornton
33562 Treasury Center
Chicago, IL 60694-3500

Gridiron Enterprises, Inc.
181 W. Madison St.
Ste. 4600
Chicago, IL 60602

Hand, Baldachine & Amburgey LLP
317 Madison Avenue, 4th Floor
New York, NY 10017

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

IESI - NY Corporation
PO Box 660654
Dallas, TX 75266-0654
Image Impact
2310 W. 75th Street

Prairie Village, KS 66208
Image Impact, Inc.
c/o David E. Shay
Seigfreid, Bingham, Levy,
Selzer & Gee, P.C.
911 Main Street, Suite 2800
Kansas City, MO 64105

InnerWorkings
Accounts Receivable
27011 Network Place
Chicago, IL 60673

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

J. Patton
3450 Rivergreen Court
Duluth, GA 30096

JAMS, Inc.
PO Box 512850
Los Angeles, CA 90051-0850

Jack Clarke
1600 Hilwood Drive
Montgomery, AL 36106

Johnson & Bell Ltd
33 W. Monroe St. #2700
Chicago, IL 60603-5404

Johnson & Bell, Ltd.
33 W. Monroe St.
Ste. 2700
Chicago, IL 60603

JumpTV USA Holdco, Inc.
PO Box 919231
Orlando, FL 32891-9231

KC Arena Sports & Entertainment
5366 W. 95th Street
Prairie Village, KS 66207

Ken Garff Sports & Entertainment, LLC
405 S. Main Street, #1200
Salt Lake City, UT 84111

LA Arena Football, LLC
12100 W. Olympic Blvd.
#400
Los Angeles, CA 90064

Level 3 Communications, LLC
Dept. 1782
Denver, CO 80291-1782

LimoRes.net
PO Box 768 Midtown Station
New York, NY 10018

MacRae & Co.
PO Box 806
Station B
Ottawa, ON
Canada K1P 5T4

Majik Cleaning Services, Inc.
299 Broadway
Suite 1610
New York, NY 10007

Marc Mellon
61 Pheasant Ridge Road
Redding, CT 06896

Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza #720
Chicago, IL 60606

Merrill Communications, LLC
One Merrill Circle
St. Paul, MN 55108

Miller, Johnson, Snell & Cummiskey
PO Box 306
Grand Rapids, MI 49501-0306

Mitchell's-Newsday Delivery Service
PO Box 2431
New York, NY 10116-2431

Moritt Hock Hamroff & Horowitz
400 Garden City Plaza
Garden City, NJ 11530

NBC
Attn: Daniel Kummer
CFS Room 971 E
30 Rockefeller Center
New York, NY 10112

New York AFL LP
F/K/A New York Dragons
1600 Old Country Road
Plainview, NY 11803-5042

Attn: Jaimie Wolf
National Communications Group, Inc.
381 Park Avenue South
New York, NY 10016

New Orleans Hockey, Inc., d/b/a New
Orleans Voodoo Football, Inc.
5800 Airline Drive
Metairie, LA 70003

New York Dragons
1535 Old Country Road
Plainview, NY 11803

Nielsen Sports Marketing Service
Nielsen Media Research, Inc.
PO Box 88961
Chicago, IL 60695-8961

Niro, Scavone, Haller & Niro
181 W. Madison St. #4600
Chicago, IL 60602-4515

Nolmar Coporation
3615 D'Hemecourt Street
P.O. Box 850275
New Orleans, LA 70185-0275

O'Hare Record Retention Center
5000 W. Roosevelt Road
Chicago, IL 60644

Optimal Planning Solutions
1026 Mt. Atkinson Court
Vernon, BC, Canada
V1B 3Z2

Orlando Predators Football Team, LLC
302 S. Graham Avenue
Orlando, FL 32803

Philadelphia Soul
Attn: Craig Spencer
7 Penn Center 17th Floor
1635 Market St.

Philadelphia, PA 19103
PR II Presidents Plaza JV, LLC
c/o Steven Smith
8600 W Bryn Mawr Ave, Ste. 400N
Chicago, IL 60631

Patriot Communications
P.O. Box 92899
Los Angeles, CA 90009

Penske Truck Leasing Co., LP
PO Box 802577
Chicago, IL 60680-2577

Philadelphia Soul
7 Penn Center-17th Floor
1635 Market Street
Philadelphia, PA 19103

Pickens Kane
3165 Eagle Way
Chicago, IL 60678-1031

Pigskin, Inc.
St. Pete Times Forum
401 Channelside Drive
Tampa, FL 33602

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Popowcer Katten Ltd
35 E Wacker Dr, Ste 902
Chicago, IL 60601

Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602

Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Attn: Joe Leccese

Reed Smith LLP
Dept 33489
PO Box 39000
San Francisco, CA 94139

Regional Management
File # 55652
Los Angeles, CA 90074

Russell Fin. Ser. / Spalding
PO Box 116847
Atlanta, GA 30368-6847

San Jose SaberCats
600 East Brokaw Road
San Jose, CA 95112
Attn: Ramune Ambrozaitis

Scarborough Research
P.O. Box 88990
Chicago, IL 60695-1990

Scherba Industries, Inc.
2880 Interstate Parkway
Brunswick, OH 44212

Schutt Sports
Accounts Receivable
710 Industrial Drive
Litchfield, IL 62056

Shefsky & Froelich, Ltd.
111 E. Wacker Drive, #2800
Chicago, IL 60601

Sheraton New Orleans Hotel
500 Canal St.
New Orleans, LA 70130

GE Capital
P.O. Box 740423
Atlanta, GA 30374-0423

Simplified Solutions
150 North Michigan Ave
Suite 2800
Chicago, IL 60601

Skadden, Arps, Slate, Meagher & Flom
PO Box 1764
White Plains, NY 10602-1811

Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689

Street & Smith's Sports Group
120 W. Morehead Street
Suite 320
Charlotte, NC 28202

Street & Smith's Sports Group
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Team Marketing
Re Scott Gurka
2101 Corporate Blvd. #317
Boca Raton, FL 33431

The Phoenix Communications Group, Inc.
Attn: Jeanmarie Cap
3 Empire Blvd.
South Hackensack, NJ 07606

TNS Custom Research
PO Box 2218
Carol Stream, IL 60132-2218

Team Wearhouse
960 E. Hazelwood Avenue
Rahway, NJ 07065

The Arden Group, LLC
Seven Penn Center
1635 Market Street, 17th Floor
Philadelphia, PA 19103

The Harty Press, Inc.
P.O. Box 392
Brattleboro, VT 05302-0392

The Hertz Corporation
Commercial Billing Dept 1124
P.O. Box 121124
Dallas, TX 75312-1124

The Times-Picayune
3800 Howard Avenue
New Orleans, LA 70140-1097

ThemeNaps, LLC
2920 Toll Road
Ashland, WI 54806

USA Wireless Satellite TV
1360 Old Skokie Road
Suite 100
Highland Park, IL 60035

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Verizon Online
PO Box 12045
Trenton, NJ 08650-2045

Verizon Teleproducts, Corp.
P.O. Box 8538-635
Philadelphia, PA 19171-0000

8

WLW Entertainment, Inc.
Attn: Bill Waite
36 Avignon
Newport Coast, CA 92657

WWL Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Willis of Illinois, Inc.
39302 Treasury Center
Chicago, IL 60694-9300

Wincraft, Inc.
SDS 12-1806
PO Box 86
Minneapolis, MN 55486-1806

Steve Woltmann
c/o Kokoszka & Janczur, P.C.
140 South Dearborn, Suite 1610
Chicago, IL 60603

arenafootball2
200 S. Michigan Avenue
#1200
Chicago, IL 60606

James Renacci
Smokerise Center
150 Smokerise Drive
P.O. Box 240
Wadsworth, OH 44282

Chris Likens
2300 Main Street, 9th Floor
Kansas City, MO 64108

Alan Levin
235 21st Street
Santa Monica, California 90402

Craig Spencer
7 Penn Center
1635 Market Street
17th Floor
Philadelphia, PA 19103

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Indoor Football Estate LLC (f/k/a Arena Football League, LLC), | ) ) | Case No. 09-29024 |
| | ) | Honorable Susan Pierson Sonderby |
| Debtor. | ) | |
| | ) | Hearing Date:  March 2, 2010 |
| | ) | Hearing Time:  10:30 a.m. |

### FIRST AND FINAL FEE APPLICATION OF
### FREEBORN & PETERS LLP AS COUNSEL TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Freeborn & Peters LLP ("*F&P*"), counsel to the Official Committee of Unsecured Creditors (the "*Committee*") of Arena Football League, LLC (the "*Debtor*"), hereby submits the *First and Final Fee Application of Freeborn & Peters LLP as Counsel to Official Committee of Unsecured Creditors* (the "*Application*"), for services rendered and expenses incurred from September 30, 2009 through January 31, 2010, and in support thereof, states as follows:

### JURISDICTION AND VENUE

1.　　The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.　　The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of the title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1

of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

3.     On August 7, 2009 (the "*Petition Date*"), several creditors (the "*Petitioning Creditors*") of the Debtor, commenced this case (the "*Bankruptcy Case*") by filing an involuntary petition (the "*Petition*") against the Debtor under chapter 7 of the Bankruptcy Code.

4.     On August 24, 2009, the Debtor filed a Motion to convert the case from to chapter 11 (the "*Conversion Motion*").  This Court granted the Conversion Motion on August 26, 2009 (the "*Conversion Date*").

5.     On September 30, 2009, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code.

6.     On October 6, 2009, the Debtor filed a motion to appoint a chapter 11 trustee (the "*Chapter 11 Trustee Motion*"), and this Court granted such motion on October 13, 2009.  Alex D. Moglia (the "*Trustee*") was subsequently appointed as the chapter 11 trustee.

7.     On October 27, 2009 this Court entered an order authorizing the Committee to employ and retain F&P as its bankruptcy counsel, retroactive to September 30, 2009 (the "*Retention Order*").

## RELIEF REQUESTED

8.     F&P seeks approval of compensation for the period of September 30, 2009 through January 21, 2010 (the "*Fee Application Period*") in the amount of $67,767.40 and reimbursable expenses in the amount of $1,162.08, for a total of $68,028.48.

9.      A detailed schedule of services rendered and expenses incurred (broken down by project category) by F&P during the Fee Application Period is attached hereto and incorporated herein as *Exhibit A*.

10.     As of the date of this First and Final Fee Application, F&P has received no compensation on account of services rendered and expenses incurred with respect to the representation of the Committee during the Fee Application Period.

11.     By this First and Final Fee Application, F&P seeks an order: (1) allowing F&P $66,866.40 in compensation and $1,162.08 in reimbursable expenses for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and (2) authorizing and directing the Debtor to pay $68,028.48 to F&P, representing amounts owing to F&P on account of the First and Final Fee Application in rendering such professional services during the Application Period.

## **DISCUSSION**

12.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . .  In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including − (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

13.     The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to

account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986). Additionally, other courts of appeal have recognized that:

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

14. In reviewing the First and Final Fee Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.").

15. In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference

4

time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

16.     The Court should also consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by F&P's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

17.     F&P's hourly rates of compensation for those attorneys and para-professionals during the Fee Application Period range from $40.00 to $620.00 (however, no professional with an hourly rate in excess of $531.00 has performed services herein).  Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction.  F&P consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

18.     A summary of the compensation requested herein regarding each of F&P's professionals and para-professionals is set forth below:

| Timekeeper | Title | Illinois Bar Admission | Hourly Rate | Total Hours | Compensation Requested |
|---|---|---|---|---|---|

| Timekeeper | Title | Illinois Bar Admission | Hourly Rate | Total Hours | Compensation Requested |
|---|---|---|---|---|---|
| Eggert, Devon J. | Associate | 2006 | $265.50 | 17.6 | $4,672.80 |
| Hammer, Aaron L. | Partner | 1997 | $531.00 | 3.5 | $1,858.50 |
| Jackiw, Brian J. | Associate | 2008 | $247.50 | 0.6 | $148.50 |
| Lauter, Richard S. | Partner | 1982 | $495.00 | 104.9 | $51,925.50 |
| Morris Wendy | Associate | 2003 | $283.50 | 14.1 | $3,997.35 |
| Pieper, Laura C. | Associate | 2001 | $283.50 | 3.7 | $1,048.95 |
| Sheldon, Kathryn C. | Paralegal | N/A | $189.00 | 16.6 | $3,137.40 |
| Weichman, Marie E. | Paralegal | N/A | $193.50 | 0.4 | $77.40 |
| | | | **TOTAL:** | **161.4** | **$66,866.40** |
| | | | **BLENDED RATE:** | | **$414.29** |

19.     No agreement or understanding exists between F&P and any other person for the sharing of compensation received or to be received in connection with this chapter 11 case, other than as disclosed or authorized pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

20.     F&P reserves the right to correct, amend, or supplement this First and Final Fee Application, including, without limitation, to seek payment in the event this First and Final Fee Application is not approved in full.

### SERVICES PERFORMED

21.     This First and Final Fee Application sets forth in detail the work performed by F&P and the time spent during the Fee Application Period.

**A.      General                                           $17,119.35**

22.     F&P spent 40.2 hours at a cost of $17,119.35 on general matters.   This encompasses the majority of F&P's time and primarily includes time spent reviewing incoming pleadings, preparing for and attending Court hearings on general case matters, corresponding with parties-in-interest concerning general case matters, drafting motions and objections when authorized by the Committee, and performing necessary administrative tasks typically associated

with a committee representation.  This category also includes matters which encompass more than one discrete category.

| | | |
|---|---|---|
| **B.** | **F&P Retention and Fee Applications** | **$4,059.00** |

23.    F&P spent 16.5 hours at a cost of $4,059.00 relating to F&P retention and fee application matters.  This time was spent preparing and filing the application to retain F&P as counsel to the Committee, and corresponding with parties-in-interest regarding the same.

| | | |
|---|---|---|
| **C.** | **Asset Sales** | **$21,961.80** |

24.    F&P spent 44.5 hours at a cost of $21,961.80 on asset sale issues.  This category includes time spent reviewing documents and other actions pertaining to the sale of substantially all of the Debtor's assets, including all intellectual property, membership interests, books and records, accounts receivable and equipment and furniture (collectively, the "*Assets*"); reviewing offers of potential bidders; approving the selection of the stalking horse bidder; attending the auction with respect to the sale of the Assets; and participating in the hearing approving the sale of the Assets.

| | | |
|---|---|---|
| **D.** | **Litigation** | **$5,078.70** |

25.    F&P spent 13.1 hours at a cost of $5,078.70 on litigation issues.  This category primarily includes time spent addressing and analyzing the Debtor's director and officer insurance policies, potential litigation based upon such policies, and the Committee's rights under such insurance policies.

| | | |
|---|---|---|
| **E.** | **Secured Creditors** | **$9,336.15** |

26.    F&P spent 27.6 hours at a cost of $9,336.15 on secured creditor issues.  This category primarily consists of time reviewing and commenting on the financing agreement between the Trustee and the Debtor's senior pre-petition secured lender, Fifth Third Bank ("*Fifth*

7

*Third*"), and analyzing the validity of Fifth Third's pre-petition secured claim on the Debtor's assets.

**F.      Committee Meetings and Governance              $9,311.40**

27.      F&P spent 19.5 hours at a cost of $9,311.40 on issues relating Committee meetings and governance.  This category primarily consists of time spent preparing for and conducting meetings of the Committee, drafting minutes of Committee meetings and Committee governing documents, and addressing inquiries of Committee members with respect thereto.

## REASONABLE EXPENSES INCURRED

28.      Detailed itemizations of all expenses incurred are incorporated in the detailed itemization of expenses attached hereto.  Expenses during the Fee Application Period were incurred in the following general categories:

(a)      <u>Legal Research</u>:  F&P incurred expenses in the amount of $1,021.58 in connection with legal research fees.  F&P submits that such expenses were necessary in order to fully and properly analyze legal issues that arose during the Bankruptcy Case.

(b)      <u>Other Fees, Other Outside Services, Miscellaneous Expenses, and Meal and Travel Expenses</u>:  F&P incurred additional expenses in the amount of $140.50.  This category includes costs for obtaining a UCC and Tax Lien searches to evaluate the validity of Fifth Third's secured claim.

29.      All expenses incurred by F&P in connection with its representation of the Committee were ordinary and necessary expenses.  All expenses billed to the Committee were billed in the same manner as F&P bills non-bankruptcy clients.

30.      F&P does not bill its clients or seek compensation in this First and Final Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into F&P's hourly

rates.  F&P has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

## BENEFIT TO THE ESTATE

31.    F & P was integrally involved in all areas of the case from its inception and provided substantial benefits to all creditors of the estate through its efforts.  F&P actively participated in all aspects of the sale process, including: (i) contributing to the marketing of the assets by directing several potential purchasers to the Trustee and disseminating marketing materials to prospective purchasers; (ii) actively participating in the auction sale, which ultimately resulted in a purchase price of more than 100% above the original stalking horse bid; and (iii) participating in the consummation of the sale with the ultimate purchaser in order to prevent any negative impact on such sale as a result of the release of allegedly inaccurate press releases.

32.    F&P took further efforts to protect the interests of all unsecured creditors by investigating and pursuing potential areas for recovery, including the Debtor's director and officer insurance policies, and actively participating in the negotiating and drafting of all documents relating to the Trustee's post-petition financing to ensure that any and all chapter 5 causes of action were "carved-out" in order to preserve such actions for the benefit of the general unsecured creditors.

33.    F&P held weekly meetings to keep the Committee apprised of all of the aforementioned occurrences, and to allow the Committee to have an active role and substantial impact throughout this chapter 11 case.

**COMMITTEE REVIEW**

34.     The amounts sought in this Application are subject to the final approval of the members of the Committee.

**NOTICE**

35.     Pursuant to Bankruptcy Rule 2002(a)(6), twenty-one days' notice of this First and Final Fee Application has been provided to: (a) the Debtor's counsel; (b) the Office of the United States Trustee; (c) counsel for the Trustee; (d) counsel for Fifth Third; (e) all parties who have filed a request to receive notice pursuant to Bankruptcy Rule 2002; and (f) all creditors and parties-in-interest listed on the Debtor's creditor matrix.

**WHEREFORE**, F&P respectfully requests that the Court enter an order:

(a)     Allowing F&P $66,866.40 in compensation for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)     Allowing F&P $1,162.08 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)     Authorizing and directing the Debtor to submit payment to F&P of $68,028.48 representing amounts owing to F&P on account of the First and Final Fee Application; and

(d)     Granting such other and further relief as the Court deems just and proper.

10

Dated:  February 8, 2010           FREEBORN & PETERS LLP

By:        /s/ Richard S. Lauter
                 Richard S. Lauter (No. 6182859)
                 Devon J. Eggert (No. 6289425)
                 FREEBORN & PETERS LLP
                 311 South Wacker Drive, Suite 3000
                 Chicago, Illinois 60606
                 Telephone:  312.360.6000
                 Facsimile:  312.360.6520

11