B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Arena Football League, LLC ,  Case No. 09-29024
       *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: Final Report through April 12, 2010        Date filed: 05/06/2010

Line of Business: Entertainment        NAISC Code: 711300

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY: _[signature]_

Original Signature of Responsible Party

Alex D. Moglia

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☐     ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 1.99 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 84,970.59 |
| Cash on Hand at End of Month | $ | 0.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 0.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 84,972.58 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 1.99 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 84,972.58 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -84,970.59 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 40,762.50

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 531,992.14

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 47,868.15

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 616,912.57

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ \_\_\_\_\_

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC     CASE NO. 09-29024

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April 13, 2010

BEGINNING BALANCE IN ALL ACCOUNTS     $ 84,970.57

RECEIPTS:
    1. Receipts from operations     $ _____
    2. Other Receipts     $ 1.99

DISBURSEMENTS:
    3. Net payroll:
        a. Officers     $ _____
        b. Others     $ _____

    4. Taxes
        a. Federal Income Taxes     $ _____
        b. FICA withholdings     $ _____
        c. Employee's withholdings     $ _____
        d. Employer's FICA     $ _____
        e. Federal Unemployment Taxes     $ _____
        f. State Income Tax     $ _____
        g. State Employee withholdings     $ _____
        h. All other state taxes     $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)     $ _____
        b. Utilities     $ _____
        c. Insurance     $ _____
        d. Merchandise bought for
            manufacture or sale     $ _____
        e. Other necessary expenses
            (specify)
    Trustee and Professional Fees and Expenses     $ 47,868.15
    US Trustee Fees and Misc. Expenses     $ 975.00
    Secured Claim and Administrative Claims     36,129.43

TOTAL DISBURSEMENTS     $ 84,972.58

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD     $ 84,970.57

ENDING BALANCE IN _____     $ _____
        (Name of Bank)
ENDING BALANCE IN _____     $ _____
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS     $ -0-

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League, LLC     CASE NO.: 09-29024

## RECEIPTS LISTING

FOR MONTH ENDING April 12, 2010

Bank: Bank of New York Mellon

Location: Pittsburgh, PA

Account Name: Arena Football League LLC

Account No.: 9200-0216 7458-67

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-07-10 | Interest | 0.07 |

TOTAL: 0.07

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC          CASE NO.: 09-29024

RECEIPTS LISTING

FOR MONTH ENDING April 2, 2010

Bank: Bank of New York Mellon

Location: Pittsburgh, PA

Account Name: Arena Football League LLC

Account No.: 9200-0216745-02

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-07-10 | Interest | 0.23 |

TOTAL: 0.23

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC     CASE NO.: 09-29024

## RECEIPTS LISTING

FOR MONTH ENDING April 12, 2010

Bank: JP Morgan Chase Bank NA

Location: New York, New York

Account Name: Arena Football League

Account No.: 312-2167458-67

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-06-10 | Interest | 0.50 |

TOTAL: 0.50

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC    CASE NO.: 09-29024

## RECEIPTS LISTING

FOR MONTH ENDING April 12, 2010

Bank: JPMorgan Chase Bank NA

Location: New York, New York

Account Name: Arena Football League

Account No.: 312-2167458-68

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-06-10 | Interest | 1.19 |

TOTAL: 1.19

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC     CASE NO.: 09-29024

## DISBURSEMENT LISTING

FOR MONTH ENDING April 12, 2010

Bank: Bank of New York Mellon

Location: Pittsburgh, PA

Account Name: Arena Football League LLC

Account No.: 1200-0316745-66

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| See Attached | | | |

TOTAL: $76,127.58

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

Page: 1

# Ledger Report

| | |
|---|---|
| **Case Number:** | ARENA |
| **Case Name:** | Arena Football League, LLC |
| **Taxpayer ID #:** | 36-4270778 |
| **Period:** | 04/01/10 - 04/12/10 |

| | |
|---|---|
| **Trustee:** | Alex D Moglia (330220) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-02167458-66 - Checking Account |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | | Balance Forward | | | | 0.00 |
| 04/06/10 | | | Wire in from JPMorgan Chase Bank, N.A. account 31221674586 | 9999-00 | 60.58 | | 60.58 |
| 04/07/10 | | | From Account #92000216745867 | 9999-00 | 17,803.24 | | 17,863.82 |
| 04/07/10 | | | From Account #92000216745868 | 9999-00 | 58,263.60 | | 76,127.42 |
| 04/07/10 | 10157 | Moglia Advisors | Per court order allowing final expense reimbursement | 6007-014 | | 726.59 | 75,400.83 |
| 04/07/10 | 10158 | Alex D. Moglia Chapter 11 Trustee | Per court order allowance for compensation | 6002-001 | | 14,236.77 | 61,164.06 |
| 04/07/10 | 10159 | Office of the United States Trustee | Arena Football - Cause #09B29024 - EIN# 36-4270778 - additio | 7002-000 | | 650.00 | 60,514.06 |
| 04/07/10 | WIRE | JP Morgan Chase Bank, N.A. | Fee payment to Tressler LLP | 6007-001 | | 14,384.79 | 46,129.27 |
| 04/07/10 | WIRE | Bank of America | Payment for tax preparation by Popowcer Katten | 6007-003 | | 10,000.00 | 36,129.27 |
| 04/07/10 | WIRE | Chase Manhattan Bank | Att: Michelle A. Levitt - | 2100-001 | | 1,000.00 | 35,129.27 |
| 04/08/10 | WIRE | Fifth Third Bank | Arena Football remaining account balances | 2200-001 | | 35,129.43 | -0.16 |

**TOTAL - ACCOUNT  9200-02167458-66**

ACCOUNT TOTALS      76,127.42       76,127.58

|  | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 3 | Checks | 15,613.36 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 60,514.22 |
| | Subtotal | $0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 60.58 | | | |
| 2 | Transfers In | 76,066.84 | | | |
| | Total | $76,127.42 | | Total | $76,127.58 |

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Arena Football League LLC        CASE NO.: 09-29024

DISBURSEMENT LISTING

FOR MONTH ENDING April 12, 2010

Bank: JPMorgan Chase Bank NA

Location: New York, New York

Account Name: Arena Football League LLC

Account No.: 312-2167458-66

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

SEE ATTACHED

TOTAL: $8,845.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

# Ledger Report

Page: 5

| | | | | |
|---|---|---|---|---|
| **Case Number:** | | | **Trustee:** | Alex D Moglia (330220) |
| **Case Name:** | Arena Football League, LLC | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | 312-2167458-66 - Checking Account |
| **Taxpayer ID #:** | 36-4270778 | | **Blanket Bond:** | $0.00  (per case limit) |
| **Period:** | 04/01/10 - 04/12/10 | | **Separate Bond:** | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/10 | | From Account #312216745867 | Funds to pay William Factor Law Office | 9999-00 | 8,400.00 | | 8,580.58 |
| 04/02/10 | | From Account #312216745868 | 2nd quarter 2010 U.S. Trustee fees | 9999-00 | 325.00 | | 8,905.58 |
| 04/02/10 | 155 | Law Office of William Factor | Court order approving additional fee payment | 6007-001 | | 8,520.00 | 385.58 |
| 04/02/10 | 156 | Office of the United States Trustee | Arena Football case 36-4270778 - 2nd quarter U.S. Trustee Fe | 7002-000 | | 325.00 | 60.58 |
| 04/06/10 | | Wire out to BNYM account 00021674586 | Wire out to BNYM account 00021674586 | 9999-00 | -60.58 | | 0.00 |

### TOTAL - ACCOUNT   312-2167458-66

| | | | ACCOUNT TOTALS | | 769,936.99 | 769,936.99 | $0.00 |

| | Balance Forward | 180.58 | | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 2 | Checks | 8,845.00 | |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 60.58 | |
| | Subtotal | $180.58 | 0 | Transfers Out | 0.00 | |
| 0 | Adjustments In | 0.00 | | | | |
| 2 | Transfers In | 8,725.00 | | Total | $8,905.58 | |
| | Total | $8,905.58 | | | | |

{} Asset reference(s)