**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: INDOOR FOOTBALL ESTATE LLC       § Case No. 09-29024-BAT
                                        §
                                        §
Debtor(s)                               §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 12, 2010.  The undersigned trustee was appointed on April 12, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          4,244.72

   Funds were disbursed in the following amounts:

   Payments made under an
      interim distribution                                         25.00
   Administrative expenses                                        131.30
   Bank service fees                                              182.80
   Other payments to creditors                                      0.00
   Non-estate funds paid to 3rd Parties                             0.00
   Exemptions paid to the debtor                                    0.00
   Other payments to the debtor                                     0.00

   Leaving a balance on hand of [1]         $          3,905.62

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was  / /  and the deadline for filing governmental claims was  / /  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2012          By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/12/10 (c)  
**§341(a) Meeting Date:**

**Period Ending:** 11/06/12  

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | American Arbitration Assoc. Refund (u) | 0.00 | 0.00 | | 625.00 | FA |
| 2 | AT&T Refund (u) | 0.00 | 0.00 | | 2,563.55 | FA |
| 3 | National Un Fire Insurance Refund (u) | 0.00 | 0.00 | | 1,000.00 | FA |
| 4 | Preference recovery (u) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.78 | Unknown |
| 5 | Assets   Totals (Excluding unknown values) | $0.00 | $0.00 | | $4,189.33 | $0.00 |

**Major Activities Affecting Case Closing:**

PREPARATION AND FILING OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** October 31, 2012   **Current Projected Date Of Final Report (TFR):** October 31, 2012

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Checking Account  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 11/06/12  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/29/10 | {1} | American Arbitration Association | Refund of claim dispute | 1229-000 | 625.00 | | 625.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.08 | | 625.08 |
| 06/22/10 | 1001 | NYS | Employer Identification # 36-4270778 - NYS Dept. of Taxation & Finance  2009 Tax return Form IT-204-LL - ending December 31, 2009 | 4800-000 | | 25.00 | 600.08 |
| 06/28/10 | | United States Treasury | Interest refund | 1124-000 | 55.39 | | 655.47 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.07 | | 655.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.09 | | 655.63 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.08 | | 655.71 |
| 10/06/10 | {2} | AT&T | Refund for overpayment on terminated AT&T (SBC) internet account | 1229-000 | 2,563.55 | | 3,219.26 |
| 10/13/10 | {3} | National Un Fire Insurance | Returned disbursement | 1229-000 | 1,000.00 | | 4,219.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,219.28 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,219.30 |
| 12/03/10 | {4} | Associated Publications, Inc. | PREFERENCE RECOVERY | 1241-000 | ! 3,750.00 | | 7,969.30 |
| 12/13/10 | {4} | Associated Publications, Inc. | Reversed Deposit 100004 1 PREFERENCE RECOVERY | 1241-000 | -3,750.00 | | 4,219.30 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,219.33 |
| 01/28/11 | | To Account #9200******8366 | Funds to pay Jack B. Fishman & Associates | 9999-000 | | 150.00 | 4,069.33 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.39 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.80 | 4,061.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,061.77 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,036.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,036.80 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,011.80 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,011.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,986.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,986.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,961.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,961.89 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,936.89 |

Subtotals :   $4,244.69   $307.80

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/06/2012 03:52 PM   V.13.04

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Checking Account

**Taxpayer ID #:** **-***0778  
**Period Ending:** 11/06/12

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,936.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,911.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,886.92 |
| | | | ACCOUNT TOTALS | | 4,244.72 | 357.80 | $3,886.92 |
| | | | Less: Bank Transfers | | 0.00 | 150.00 | |
| | | | Subtotal | | 4,244.72 | 207.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,244.72 | $207.80 | |

{} Asset reference(s)

Printed: 11/06/2012 03:52 PM V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-29024-BAT
**Case Name:** INDOOR FOOTBALL ESTATE LLC

**Taxpayer ID #:** **-***0778
**Period Ending:** 11/06/12

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/11 | | From Account #9200******8365 | Funds to pay Jack B. Fishman & Associates | 9999-000 | 150.00 | | 150.00 |
| 01/28/11 | 101 | Jack B. Fishman & Associates, P.C. | Dec 1 2010 professional fees | 3210-000 | | 100.00 | 50.00 |
| 02/18/11 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2011 FOR CASE #09-29024 | 2300-000 | | 4.57 | 45.43 |
| 12/20/11 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-29024, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 7.41 | 38.02 |
| 01/01/12 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-29024, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -7.41 | 45.43 |
| 02/21/12 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #09-29024, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 26.73 | 18.70 |
| | | | **ACCOUNT TOTALS** | | 150.00 | 131.30 | **$18.70** |
| | | | Less: Bank Transfers | | 150.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 131.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$131.30** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******83-65** | 4,244.72 | 207.80 | 3,886.92 |
| **Checking # 9200-******83-66** | 0.00 | 131.30 | 18.70 |
| | $4,244.72 | $339.10 | $3,905.62 |

# Claims Register

### Case:  09-29024-BAT    INDOOR FOOTBALL ESTATE LLC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | TRESSLER LLP<br>233 SOUTH WACKER DRIVE<br>22ND FLOOR<br>CHICAGO, IL 60606<br><3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>04/12/10 | | $0.00<br>$21,700.21 | $0.00 | $21,700.21 |
| | TRESSLER LLP<br>233 SOUTH WACKER DRIVE<br>22ND FLOOR<br>CHICAGO, IL 60606<br><3220-00   Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>04/12/10 | | $0.00<br>$58.50 | $0.00 | $58.50 |
| | | | **Case Total:** | | **$0.00** | **$21,758.71** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-29024-BAT
Case Name: INDOOR FOOTBALL ESTATE LLC
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 3,905.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,905.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - TRESSLER LLP | 21,700.21 | 0.00 | 3,895.12 |
| Attorney for Trustee, Expenses - TRESSLER LLP | 58.50 | 0.00 | 10.50 |

Total to be paid for chapter 7 administration expenses: $ 3,905.62
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**