## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| INDOOR FOOTBALL ESTATE, LLC | ) |
| (f/k/a ARENA FOOTBALL LEAGUE, LLC), | ) Case No. 09-B-29024 |
| | ) |
| DEBTOR. | ) Honorable Timothy A. Barnes |

### COVER SHEET FOR THIRD AND FINAL APPLICATION
### OF TRESSLER LLP FOR ALLOWANCE OF COMPENSATION AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE CHAPTER 11 TRUSTEE
### (FOR PERIOD FROM JANUARY 23, 2010 THROUGH AUGUST 19, 2011)

Name of Applicant: Tressler LLP

Authorized to Provide Professional Services to: Alex D. Moglia as the Chapter 11 Trustee to Debtor, Indoor Football Estate, LLC (f/k/a Arena Football League, LLC)

Date of Order Authorizing Employment: October 27, 2009 (employment authorized retroactively effective from October 15, 2009)

Period for Which Compensation is Sought: January 23, 2010 through August 19, 2011

Amount of Fees Sought: $21,700.71

Amount of Expense Reimbursement Sought: $58.50

**This is a(n)** _____**interim** _____**X**_____**final application.**

| Date Filed | Period Covered | Total Requested (Fees) | Total Requested (Expenses) | Total Allowed |
|---|---|---|---|---|
| | 1/23/10 – 8/19/11 | $21,700.71 | $58.50 | Pending |

#528053

Dated: 10/5/2012

Applicant:  Tressler LLP

By: _/s/ John Collen_____
    John Collen

TRESSLER LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois  60606
Tel: (312) 627-4000
Fax: (312) 627-1717
E-mail: jcollen@tresslerllp.com

Counsel for the Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| INDOOR FOOTBALL ESTATE, LLC | ) |
| (f/k/a ARENA FOOTBALL LEAGUE, LLC), | ) Case No. 09-B-29024 |
| | ) |
| DEBTOR. | ) Honorable Timothy A. Barnes |

### THIRD AND FINAL APPLICATION OF TRESSLER LLP
### FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
### AS COUNSEL FOR THE CHAPTER 11 TRUSTEE
### (FOR PERIOD FROM JANUARY 23, 2010 THROUGH AUGUST 19, 2011)

Tressler LLP ("Tressler"), counsel to Alex D. Moglia, not individually, but solely in his capacity as chapter 11 trustee (the "Trustee") of the bankruptcy estate of Indoor Football Estate, LLC (f/k/a Arena Football League, LLC) ("AFL" or "Debtor"), respectfully submits this Third and Final Application of Tressler LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee (the "Fee Application") seeking an allowance of $21,700.71 in fees and $58.50 in expenses.

This case has been fully administered through a successful 363 sale whereby the sale satisfied in large part the secured claim of Fifth Third Bank. The Trustee has since discovered it has $3,905.62 left in the estate, which is not subject to Fifth Third Bank's lien. If the fee application is granted, the remaining assets of the estate will be used to satisfy Tressler's fee application after which the Trustee intends to close the case. This Fee Application covers services rendered from January 23, 2010 to August 19, 2011 ("Application Period") and in support hereof, Tressler respectfully states as follows:

1

#528053

# I.
# SUMMARY

1.      On March 2, 2010, the Court granted Tressler's First Interim Application for compensation of fees and reimbursement of expenses in the amount of $185,615.21.  Of that amount, $50,000.00 was paid by offsetting Tressler's post-petition retainer in its entirety.  The balance of $135,615.21 was transferred from carve-out amounts held by the Trustee.

2.      On March 9, 2010, Tressler filed its Second and Final Application for compensation seeking $37,704.65 in fees and $58.50 in expenses.

3.      On April 7, 2010, the Court granted Tressler's Second and Final Application for compensation of fees in the amount of $14,384.79.  This Court granted Tressler's fees in the amount of $14,384.79 as at that time that brought Tressler's fees to the total of the $200,000 carve out from Fifth Third Bank's collateral allocated pursuant to the Post-Petition Financing Order.  Pursuant to the April 7, 2010, order, Tressler may apply for additional fees should they be available.  The Trustee has since discovered it has $3,905.62 left in the estate, which is not subject to Fifth Third Bank's lien, and Tressler is seeking to be paid the $3,905.62.

4.      By this Fee Application, Tressler seeks the allowance of $21,700.71 in fees and $58.50 in expenses incurred during the Application Period, which includes $4,047.65 for services described in the Second Application related to Debtor's 401(k) plan, which services have not been compensated from the 401(k) plan itself.  Tressler has been informed the 401(k) plan has been closed.

#528053                                          2

## II.
## JURISDICTION AND VENUE

5.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157(a).   This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).   Venue for this matter and this Fee Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.
## BACKGROUND

6.    Tressler hereby adopts and incorporates by reference its First Interim Application of Tressler LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Chapter 11 Trustee filed on February 10, 2010 ("Tressler's First Fee Application").

## IV.
## NATURE OF SERVICES RENDERED

7.    Tressler has rendered valuable and beneficial professional services to the Trustee in connection with the Debtor's estate that were necessary for the preservation and protection of the assets of the Debtor's estate.   Tressler has expended 146.9  hours of professional time having a value of $36,085.50 in discharging its duties from January 23, 2010 to August 19, 2011.

8.    Among other tasks, Tressler provided the following services to the Trustee during the Application Period including: (a) Case Administration; (b) Leases and Contracts; (c) Professional Retentions; (d) Labor Matters; (e) Sale of Assets; (f) 401(k) Matters; (g) Claims; and (h) Fee Applications.

(a)    **Case Administration (38 professional service hours; $9,830.00)**

9.    Among the necessary tasks of case administration performed by Tressler were the preparation and presentment of motion to change the name of the Debtor from Arena Football League, LLC to Indoor Football Estate, LLC pursuant to the asset purchase agreement with Arena Football One, LLC, investigation and discussions with relevant parties related to chapter 5

causes of action, meetings and discussions with the Trustee concerning the future of the case and general administration, and attending the lengthy hearing on March 2, 2010 during which nine motions and applications were heard. The following attorneys and Tressler professional performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 10.0 | $5,250.00 |
| Si-Yong Yi | Associate | $195.00 | 9.2 | $1,794.00 |
| Si-Yong Yi | Associate | $225.00 | 4.8 | $1,080.00 |
| Mark Conzelmann | Associate | $275.00 | 0.6 | $165.00 |
| Bakker, Raynae | Paralegal | $115.00 | 13.4 | $1,541.00 |
| | | Total | 38 | $9,830.00 |

**(b)    Leases and Contracts (5.0 professional service hours; $1,140.00)**

10.    Tressler negotiated and successfully resolved a lease dispute concerning the lease with Pickens Kane involving approximately $6,000.00 in disputed storage fees for $3,250.00. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 0.5 | $262.50 |
| Si-Yong Yi | Associate | $195.00 | 4.5 | $877.50 |
| | | Total | 5.0 | $1,140.00 |

**(c)    Professional Retentions and Compensation**
**(10.9 professional service hours; $2,849.50)**

11.    Because of the size, complexity and number of creditors in this case, the investigation and preparation of supplement to Tressler's Rule 2014 affidavit was time-consuming, even though it was done efficiently. The supplemental Rule 2014 affidavit involved investigation into Tressler's potential conflicts with approximately 200 interested parties. Tressler also successfully negotiated with the Committee Counsel and the Debtor's Counsel to

limit disbursement of their allowed fees solely to the extent of carve-out amounts specifically dedicated to those respective counsel. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 2.8 | $1,470.00 |
| Si-Yong Yi | Associate | $195.00 | 5.6 | $1092.00 |
| Raynae Bakker | Paralegal | $115.00 | 2.5 | $287.50 |
| | | **Total** | **10.9** | **$2,849.50** |

### (d)    Labor Matters (0.4 professional service hours; $202.50)

12.    Tressler successfully obtained a dismissal order related to the National Labor Relations Board administrative/enforcement proceedings against the Debtor that had been pending in Kansas when the bankruptcy case was filed. As a result, considerable time and estate resources were saved. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 0.2 | $105.00 |
| Si-Yong Yi | Associate | $195.00 | 0.2 | $97.50 |
| | | **Total** | **0.4** | **$202.50** |

### (e)    Sale of Assets (18.9 professional service hours; $5,198.50)

13.    Tressler efficiently and successfully negotiated and sold the Debtor's 50.1% membership interest in Arena Football Personnel. This sale allowed for a gain in the value of the Debtor's estate in the amount of $8,600.00, allowed for an expedited administration of the estate, and allowed for the removal of any liabilities associated with the Trustee's interest in the asset. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 2.8 | $1,470.00 |
| Harry Bartosiak | Partner | $290.00 | 6.2 | $1,798.00 |
| Si-Yong Yi | Associate | $195.00 | 9.9 | $1,930.50 |
| | | Total | 18.9 | $5,198.50 |

**(f)     401k Plan (3.8 professional service hours; $1,830.00)**

14.     Tressler rendered valuable services to the Trustee in connection with advising him on bankruptcy administration of the Plan.  Tressler also obtained the approval of this Court for the Trustee to administer the Plan. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 3.3 | $1,732.50 |
| Si-Yong Yi | Associate | $195.00 | 0.5 | $92.50 |
| | | Total | 3.8 | $1,830.00 |

15.     The Plan Trustee, Third-Party Administrator and Plan Counsel have agreed to pay Tressler $22,559.85 of the total amount of $26,607.50 for Tressler's services related to the 401(k) plan up to January 22, 2010, leaving a balance of $4,047.65.  Accordingly, at this time, Tressler seeks an allowance of $4,047.65 in addition to its fees incurred since January 23, 2010.

**(g)     Claims (19.5 professional service hours; $4,231.50)**

16.     In order to determine potential gap and administrative claims that may be claimed, Tressler efficiently worked on preparing and presenting a motion to set bar dates for gap and administrative claims and further expended efforts to analyze the one administrative claim that was filed by Chartis.   The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

#528053                                              6

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 1.3 | $682.50 |
| Si-Yong Yi | Associate | $195.00 | 18.2 | $3,549.00 |
| | | **Total** | **19.5** | **$4,231.50** |

(h)     **Fee Applications (50.1 professional service hours; $10,803.50)**

17.     Tressler expended significant time and effort in preparing the first interim applications for the Trustee, as the Trustee's counsel, for Moglia Advisors (the Trustee's financial and operational advisor), for Popwcer Katten firm (the Trustee's accountant), and for Tressler. During the Application Period, Tressler also worked on final fee applications for the Trustee, for Moglia Advisors, and for Tressler. The following attorneys performed such tasks, and the amount of time devoted by each is summarized as follows:

| Name | Position | Hourly Rate | Hours | Total Value |
|------|----------|-------------|-------|-------------|
| John Collen | Partner | $525.00 | 4.2 | $2,205.00 |
| Si-Yong Yi | Associate | $195.00 | 41.5 | $8,092.50 |
| Raynae Bakker | Associate | $115.00 | 4.4 | $506.00 |
| | | **Total** | **50.1** | **$10,803.50** |

(i)     **Non-Recorded Time**

18.     John Collen represents that he has invested not less than 50 hours of valuable partner time which he has elected to not record as billable time, either because the work was primarily pedagogical as to associates, or supervisory and administrative in nature, or not warranting partner billing rates. Tressler respectfully submits that such activities did at least indirectly benefit the estate, and certainly represent an investment by Tressler in this case.

19.     Between August 19, 2011, the date of the last time entry covered in this Application, and the scheduled hearing on this fee application, Tressler expects to incur several thousand dollars of further fees and expenses, principally in connection with this application and

closing the case. Tressler does not intend to seek allowance of such fees, as its carve-out has already been exhausted.

## V.
## NATURE OF EXPENSES INCURRED BY TRESSLER

20.     In connection with providing the foregoing services to the Trustee, during the Fee Application period, Tressler incurred actual and necessary expenses of $58.50. In support hereof, Tressler attaches, as **Exhibit A**, a statement of the costs incurred by Tressler. Photocopies are charged at $0.10 per page. A summary of the expenses incurred is as follows:

| Expense Item | Cost |
|---|---|
| In-House Photocopies | $58.50 |
| **Total** | **$58.50** |

## VI.
## FURTHER BASES FOR RELIEF

21.     Along with this Fee Application, Tressler respectfully submits a detailed schedule of services rendered and expenses incurred by Tressler during the Fee Application Period, which is attached hereto as **Exhibit B**, which is a schedule of services organized chronologically.

22.     All services performed for which compensation is requested were required for the proper representation of the Trustee, were actually performed or incurred by Tressler as authorized by the Court, and were performed at the direction of, or incurred for and on behalf of, the Trustee and not for the benefit of any other person or entity. Tressler further represents that the disbursements made by it, and the expenses actually incurred by it, in connection with its services to the Trustee, were reasonable and necessary.

#528053                                              8

23.     The fees and expenses sought in this Fee Application have been reviewed and approved by the Trustee and are reasonable and necessary expenses for the Trustee's administration of the Debtor's estate.

24.     No agreement exists between Tressler and any other person for the sharing of compensation received by Tressler in this case, except as allowed by the exception set forth in Code §504 and Rule 2016 with respect to sharing of compensation among Tressler members.  No promises concerning such compensation have been made to Tressler by any person, firm or entity.

25.     Tressler reserves the right to correct, amend, or supplement this Fee Application to seek payment for compensation of its fees and for reimbursement of expenses in the event this Fee Application is not approved in its entirety.

## VII.
## APPLICABLE LEGAL STANDARDS AND CRITERIA

26.     Tressler hereby adopts and incorporates by reference Tressler's First and Second Fee Application.

## VIII.
## PRIOR APPLICATION

27.     This is the Third and Final Application for Compensation and Reimbursement of Expenses filed by Tressler.   On March 2, 2010, the Court granted Tressler's First Fee Application, and Tressler was awarded $185,651.50 in fees and expenses.  On April 7, 2010, the Court granted Tressler's Second Fee Application, and Tressler was awarded $14,384.79 in fees.

## IX.
## NOTICE

28.     Notice of hearing on this Fee Application has been provided electronically or via facsimile to: (a) the Office of the United States Trustee; (b) counsel to the Official Committee of

#528053                                        9

Unsecured Creditors pursuant to Rule 2002(i) of Federal Rules of Bankruptcy Procedure; and

(c) any and all parties that have appeared in the cases or otherwise requested notice of pleadings.

Tressler submits that under the circumstances no further notice of this Fee Application is

necessary.

**X.**
**PRAYER FOR RELIEF**

For all the foregoing reasons, the Applicant respectfully requests the entry of an order

substantially in the form of the proposed order attached hereto, granting the relief requested

herein:

(a)    Allowing Tressler LLP's Third and Final Application for Compensation in the amount of $21,700.71 and for Reimbursement of Expenses of in the amount of $58.50;

(b)    Directing the Trustee to pay $3,905.62 to Tressler; and

(c)    Granting such other and further relief as the Court deems just under the circumstances.

Dated this 5th day of October, 2012

Respectfully submitted,

Applicant:  TRESSLER LLP

By: /s/ *John Collen*
      John Collen

TRESSLER LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois  60606
Tel: (312) 627-4000
Fax: (312) 627-1717
E-mail: jcollen@tresslerllp.com

Counsel for the Trustee

#528053                                      10

# EXHIBIT A

# Tressler LLP

233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
312/627-4000
Fax 312/627-1717
www.tresslerllp.com

**Fed I.D. No. 36-3447958**

March 5, 2010
009143

Alex Moglia , Soley As Chapter 11 Trustee of Arena Football League, LLC
US Bankruptcy Court
Chicago, IL 60606

Alex Moglia, Soley As Chapter 11 Trustee

FILE #: 009143

FOR PROFESSIONAL SERVICES RENDERED THROUGH March 5, 2010 IN          58.50
CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

---

DISBURSEMENTS
In-House Photocopies                                            58.50

DISBURSEMENTS                                                  58.50
TOTAL                                                                    $58.50

DISBURSEMENTS

| 01/07/10 | In-House Photocopies | 6.30 |
| 02/11/10 | In-House Photocopies | 22.60 |
| 02/12/10 | In-House Photocopies | 28.60 |
| 02/25/10 | In-House Photocopies | 1.00 |

Disbursements Charges:    $58.50

# EXHIBIT B

# Tressler LLP

233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
312/627-4000
Fax 312/627-1717
www.tresslerllp.com

Fed I.D. No. 36-3447958

March 5, 2010
009143

Alex Moglia , Soley As Chapter 11 Trustee of Arena Football League, LLC
US Bankruptcy Court
Chicago, IL 60606

Alex Moglia, Soley As Chapter 11 Trustee

FILE #: 009143

FOR PROFESSIONAL SERVICES RENDERED THROUGH March 5, 2010 IN
CONNECTION WITH THE ABOVE-CAPTIONED MATTER.                    $33,657.00

| TASK CODE | NAME | HOURS | FEE AMOUNT |
|---|---|---|---|
| 00001 | MISCELLANEOUS ESTATE ADMINISTRATION | 27.3 | $7,401.50 |
| 00003 | LEASES AND CONTRACTS | 5.0 | $1,140.00 |
| 00004 | PROFESSIONAL RETENTIONS AND COMPENSATION | 10.9 | $2,849.50 |
| 00005 | LABOR MATTERS | 18.9 | $5,198.50 |
| 00007 | SALE OF ASSETS | 0.7 | $202.50 |
| 00008 | 401(K) Matters | 3.8 | $1,830.00 |
| 00009 | CLAIMS | 19.5 | $4,231.50 |
| 00010 | FEE APPLICATION | 50.1 | $10,803.50 |
| | Total Fees: | 136.2 | $33,657.00 |

DISBURSEMENTS
In-House Photocopies                                          58.50

DISBURSEMENTS
TOTAL                                                         58.50

                                                                     $33,715.50

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Collen , John, (Partner) | 23.70 | 525.00 | $12,442.50 |
| Bartosiak, Harry E. (Partner) | 6.20 | 290.00 | $1,798.00 |
| Yi, Si-Yong (Associate) | 89.90 | 195.00 | $17,530.50 |
| Bakker, Raynae, C. (Paralegal) | 16.40 | 115.00 | $1,886.00 |

| DATE | TIMEKEEPER | TASK CODE | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|---|
| 01/15/10 | J Collen | 00010 | Draft portions of Tressler Fee application (1.5) | 1.50 | 525.00 | 787.50 |
| 01/25/10 | J Collen | 00003 | E-mail and voice mail from J. Doerer and e-mail to Trustee re settlement of Kane-Pickens lease (0.1); reply from Trustee and e-mail to J. Doerer confirming settlement terms (0.1) | 0.20 | 525.00 | 105.00 |
| 01/25/10 | J Collen | 00007 | E-mail exchange with Trustee re AFP bank account(0.1); e-mail P. Clark re possible purchase and call from him, re same (0.1); e-mail to A. Levin re same (0.1) | 0.30 | 525.00 | 157.50 |
| 01/25/10 | J Collen | 00008 | E-mail exchanges re termination of plan and disbursements (0.2) | 0.20 | 525.00 | 105.00 |
| 01/25/10 | J Collen | 00001 | Work on memo of open items (0.2) | 0.20 | 525.00 | 105.00 |
| 01/25/10 | S Yi | 00003 | Email from J Collen re status of Pickens Kane claim and potential settlement of all claims against the estate (0.1);Email from A Moglia approving settlement of Pickens Kane claims against the estate (0.1); | 0.20 | 195.00 | 39.00 |
| 01/25/10 | S Yi | 00008 | Email from and to L Martin re AFL's 401k plan amendment to comply with the PPA (0.1); Email to Email S Tountas re AFL's 401k plan amendment to comply with the PPA (0.1); Telephone calls from and to Moglia Advisors re Amendment to Comply with the PPA and Terminate the Plan and emails re same (0.2) | 0.40 | 195.00 | 78.00 |
| 01/25/10 | S Yi | 00007 | Study the status of potential buyout of Trustee's interest in Arena Football Personnel by minority owners (0.1); | 0.10 | 195.00 | 19.50 |
| 01/25/10 | S Yi | 00001 | Study AFL's December 2009 Operating Report and prepare same for filing (0.3) | 0.30 | 195.00 | 58.50 |
| 01/25/10 | S Yi | 00004 | Further review and analyze results of conflict check for approximately 200 creditors and further prepare supplemental 2014 affidavit re same  (2.2); | 2.20 | 195.00 | 429.00 |
| 01/25/10 | S Yi | 00010 | Prepare fee application for Tressler (0.8) | 0.80 | 195.00 | 156.00 |
| 01/26/10 | J Collen | 00004 | E-mail exchange with client re status of fee applications (0.1); confer with Si-Yong re preparation of same (0.1) | 0.20 | 525.00 | 105.00 |
| 01/26/10 | J Collen | 00007 | Confer with A. Levin re sale of AFP 0.2); e-mail to client and  affected parties re same (0.3) | 0.50 | 525.00 | 262.50 |
| 01/26/10 | S Yi | 00001 | Emails to and from P Thompson and R Lauter re motion to change name of AFL (0.1) | 0.10 | 195.00 | 19.50 |
| 01/26/10 | S Yi | 00007 | Confer with J Collen re Motion to approve sale of stock of AP2 to Buyer (0.2); | 0.20 | 195.00 | 39.00 |
| 01/26/10 | S Yi | 00004 | Further review and analyze results of conflict check for approximately 200 creditors and further prepare supplemental 2014 affidavit re same (2.2); | 2.20 | 195.00 | 429.00 |
| 01/26/10 | S Yi | 00010 | Prepare fee application for Tressler firm (1.3) | 1.30 | 195.00 | 253.50 |
| 01/27/10 | S Yi | 00001 | Prepare correspondence to Trustee, M Arnold and L Bandini re motion to change name of debtor to Indoor Football Estate (0.1) | 0.10 | 195.00 | 19.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 3

| 01/28/10 | J Collen | 00005 | Receive NLRB dismissal order and e-mail to client re same (0.2); | 0.20 | 525.00 | 105.00 |
|----------|----------|-------|------------------------------------------------------------------|------|--------|--------|
| 01/28/10 | J Collen | 00007 | Confer with H. Bartosiak re structure of sale of 50.1% of the equity interest in AF Personnel (0.1); e-mail exchange with Committee counsel re same (0.2) | 0.30 | 525.00 | 157.50 |
| 01/28/10 | H Bartosiak | 00007 | Prepare closing binder form Asset Sale Transaction. (1.1); | 1.10 | 290.00 | 319.00 |
| 01/28/10 | S Yi | 00005 | Email from J Collen detailing dismissal of NLRB administrative/enforcement proceedings ("Labor Proceedings") that had been pending against AFL (0.1); | 0.10 | 195.00 | 19.50 |
| 01/28/10 | S Yi | 00010 | Continue to prepare fee application for Tressler firm (1.5) | 1.50 | 195.00 | 292.50 |
| 01/29/10 | J Collen | 00008 | E-mails from Sara Tountas and trustee re(0.2) and call her re Voluntary correction program issue(0.2) | 0.40 | 525.00 | 210.00 |
| 01/29/10 | J Collen | 00001 | E-mail exchange with R. Lauter re investigation of chap. 5 causes of action (0.2); e-mail from, and call trustee re Lauter request for meeting (0.3) | 0.50 | 525.00 | 262.50 |
| 01/29/10 | J Collen | 00010 | E-mail exchange with S. Yong and confer with her re supplemental 2014 affidavit (0.1); confer with S. Yong re Moglia, Tressler and West fee applications(0.1) | 0.20 | 525.00 | 105.00 |
| 01/29/10 | H Bartosiak | 00007 | Drafting Membership Interest Purchase Agreement; conference with Allan Levin; notes to file (1.4); | 1.40 | 290.00 | 406.00 |
| 01/29/10 | S Yi | 00009 | Review notice of proof of claim by D Baker (0.1); | 0.10 | 195.00 | 19.50 |
| 01/30/10 | S Yi | 00010 | Continue to prepare fee application for Tressler firm (2.1) | 2.10 | 195.00 | 409.50 |
| 01/31/10 | H Bartosiak | 00007 | Analysis of organizational documents of AFP (0.5); complete Membership Interest Purchase agreement (1.0); notes re: same (0.2). | 1.70 | 290.00 | 493.00 |
| 02/01/10 | J Collen | 00007 | Confer with H. Bartosiak re sale of AFP (0.2); | 0.20 | 525.00 | 105.00 |
| 02/01/10 | J Collen | 00001 | Review status of all pending matters (0.5) | 0.50 | 525.00 | 262.50 |
| 02/01/10 | S Yi | 00010 | Study documents related to Moglia Advisors' expenses and compensation in preparation for Moglia Advisors' application for compensation and reimbursement of fees (0.6); Prepare proposed order for Moglia Advisors' fee application (0.7); Prepare Moglia Advisors' application for compensation and reimbursement of fees (3.3); | 4.60 | 195.00 | 897.00 |
| 02/01/10 | S Yi | 00010 | Study J Collen suggested changes to Moglia Advisors' fee application and make changes re same (0.4) | 0.90 | 195.00 | 175.50 |
| 02/01/10 | S Yi | 00004 | Email to L Bandini, M Arnold re filing of Tressler's supplemental 2014 affidavit (0.1); | 0.10 | 195.00 | 19.50 |
| 02/01/10 | R Bakker | 00001 | Prepare draft letter to P.L. Dorsey (0.1) | 0.10 | 115.00 | 11.50 |
| 02/01/10 | R Bakker | 00004 | Revise, finalize and file Supplemental 2014 Affidavit of John Collen (0.5); | 0.50 | 115.00 | 57.50 |
| 02/02/10 | H Bartosiak | 00007 | Modifications to AFP Sale Agreement (0.6); | 0.60 | 290.00 | 174.00 |
| 02/02/10 | S Yi | 00001 | Email to A Moglia, P Thompson, and R Lauter re result of hearing on motion to change the name of AFL (0.1); Study Dorsey's request for notice and claim forms for gap/administrative claims and prepare response to same (0.1); Attend hearing on Trustee's motion to change the name of AFL (0.80) | 1.00 | 195.00 | 195.00 |
| 02/02/10 | R Bakker | 00001 | Finalize and mail letter to P.L. Dorsey with attachments (0.2) | 0.20 | 115.00 | 23.00 |
| 02/03/10 | J Collen | 00009 | E-mail exchange with Lara Martin re claim before state of California labor appeals board (0.1); receive/study proof of claim of David Baker for $955k (0.1) | 0.20 | 525.00 | 105.00 |
| 02/03/10 | J Collen | 00008 | E-mail exchange with S. Tountas and client re execution of plan amendment documents (0.2) | 0.20 | 525.00 | 105.00 |
| 02/03/10 | S Yi | 00005 | Emails to and from L Martin re Workers Compensation appeals board and communication to same (0.1); | 0.10 | 195.00 | 19.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 4

| Date | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/10 | J Collen | 00001 | Prepare for meeting with Creditors' Committee (0.4); call from R. Lauter res issues to be discussed (0.3); confer with A. Moglia re same in preparation (0.2); participate in conference call on such topics as pursuit of chap. 5 causes of action, case conversion to chap 7 (1.0) | 1.90 | 525.00 | 997.50 |
| 02/04/10 | S Yi | 00009 | Email from and to A Moglia re notices of gap/administrative claims to former football player on service list (0.1); Prepare correspondence to former football player re Arena Football League bankruptcy and notice of bar date for gap/administrative claims (0.2); | 0.30 | 195.00 | 58.50 |
| 02/04/10 | S Yi | 00005 | Prepare correspondence to California Workers' Comp Appeals Board re Arena Football League bankruptcy and notice of bar date for gap/administrative claims (0.2); | 0.20 | 195.00 | 39.00 |
| 02/04/10 | S Yi | 00003 | Email to J Doerrer re updated Pickens Kane settlement order (0.1); | 0.10 | 195.00 | 19.50 |
| 02/05/10 | J Collen | 00008 | E-mails from/to M. Evans and A Moglia re Plan payment of Ellis's bills and bankruptcy trustee's review of invoices. (0.4) | 0.40 | 525.00 | 210.00 |
| 02/05/10 | S Yi | 00003 | Prepare agreed order re settlement between Pickens Kane and the Trustee related to storage of Debtor's estate at Pickens Kane (0.4); | 0.40 | 195.00 | 78.00 |
| 02/05/10 | S Yi | 00010 | Prepare Tressler's application for fees and administrative expenses (1.8) | 1.80 | 195.00 | 351.00 |
| 02/08/10 | S Yi | 00010 | Email to Moglia Advisors re changes to fee application of Moglia Advisors (0.1); Prepare fee application for Popower firm (1.0) | 1.10 | 195.00 | 214.50 |
| 02/08/10 | S Yi | 00003 | Email from A Moglia approving Pickens Kane settlement order (0.1); Email from J Doerrer re Pickens Kane settlement (0.1); | 0.20 | 195.00 | 39.00 |
| 02/08/10 | R Bakker | 00010 | Print and organize exhibits for Fee Application of Moglia Advisors (0.2); Make revisions to Tressler LLP Fee Application; print and organize exhibits for same (1.0) | 1.20 | 115.00 | 138.00 |
| 02/09/10 | J Collen | 00010 | Edit Moglia Advisors, Fee Application and proposed draft order(0.5); receive/analyze Cred. Comm. Counsel fee application (0.5) | 1.00 | 525.00 | 525.00 |
| 02/09/10 | S Yi | 00010 | Telephone call to Moglia Advisors re changes to Moglia Advisors' fee application (0.1); Study suggested changes to Fee Application of Moglia Advisors by Moglia Advisors and incorporate same (0.8); | 0.90 | 195.00 | 175.50 |
| 02/09/10 | S Yi | 00005 | Emails from and to D Casas re communication to Workers compensation appeals board (0.1); | 0.10 | 195.00 | 19.50 |
| 02/09/10 | S Yi | 00004 | Email from P Thompson re Arena One's position on Woltmann's motion for relief from stay (0.1); Study and analyze fee application of Committee counsel, R Lauter (0.5); | 0.10 | 195.00 | 19.50 |
| 02/10/10 | J Collen | 00007 | E-mail exchanges with D. Casas and H. Bartosiak re AFP sale (0.2); Call from Marty Zohn representing LA team re its intent to sell certain of its assets and verifying no impact on the estate (0.2); | 0.40 | 525.00 | 210.00 |
| 02/10/10 | J Collen | 00010 | Edit Tressler fee application (0.7) | 0.70 | 525.00 | 367.50 |
| 02/10/10 | S Yi | 00007 | Study status of sale of AFL's membership interest in AFL Personnel (0.1); | 0.10 | 195.00 | 19.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 5

| Date | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/10 | S Yi | 00010 | Emails to A Moglia re fee applications of Tressler, Moglia Advisors, and Popowcer firm filed with the court (0.1); Emails to L Bandini, M Arnold, T Flanagan re fee applications of Tressler, Moglia Advisors, Popowcer firm (0.1); Telephone calls to and from L West re Popowcer firm's fee application (0.2); Prepare proposed order approving Tressler fee application (0.5); Prepare proposed order approving Moglia Advisors' fee application (0.5); Prepare proposed order approving Popowcer firm fee application (0.5); Study and prepare exhibits for fee applications for Tressler, Moglia Advisors and Popowcer firm (1.0); Prepare notices for fee applications for Tressler, Popowcer firm, and Moglia Advisors (1.0); Further prepare fee application for Popowcer firm (1.2); Further prepare fee application for Moglia Advisors with J Collen suggested changes and finalize for filing (1.9); Further prepare fee application for Tressler with J Collen suggested changes and finalize for filing (3.2); | 10.20 | 195.00 | 1989.00 |
| 02/10/10 | R Bakker | 00010 | Redact and finalize exhibits for Moglia Advisors, Popowcer and Tressler LLP Fee Applications; prepare Notice and Service List for same (2.0) | 2.00 | 115.00 | 230.00 |
| 02/11/10 | J Collen | 00010 | Edit Trustee's fee application (0.7), and e-mail exchange and confer with S. Yi re final changes, filing and service requirements (0.1); | 0.80 | 525.00 | 420.00 |
| 02/11/10 | J Collen | 00001 | Met with S. Yi re status of all pending matters, including fee applications, AF Personel sale; Pickens-Kane settlement; and fee objections (0.5) | 0.50 | 525.00 | 262.50 |
| 02/11/10 | S Yi | 00009 | Email from D Casas re Woltmann's motion for relief from stay and property related to same (0.1); | 0.10 | 195.00 | 19.50 |
| 02/11/10 | S Yi | 00010 | Emails to A Moglia, L Bandini, M Arnold, and T Flanagan re Trustee's fee application (0.1); File Trustee's fee application and related documents (0.2); Telephone conference with A Moglia re fee application of the Trustee (0.2); Study statute relating to fees of the Trustee and analyze the amount of compensation actually sought by the Trustee and the amount allowed by statute (0.2); Prepare notice of hearing on fee application of the trustee (0.2); Prepare exhibits supporting Trustee's fee application for filing (0.3); Prepare proposed order approving fee application of the trustee (0.6); Prepare fee application of the Trustee (2.3); | 4.10 | 195.00 | 799.50 |
| 02/11/10 | R Bakker | 00010 | Print filed Fee Applications of Tressler LLP, Moglia Advisors and Popowcer; draft and fax letter to P. Engelberts re inability to serve filed documents on him by fax (0.8) | 0.80 | 115.00 | 92.00 |
| 02/12/10 | J Collen | 00008 | Confer with A. Moglia re plan administration (0.2) | 0.20 | 525.00 | 105.00 |
| 02/12/10 | H Bartosiak | 00007 | Phone conference with Alan Levin re: AFP Purchase Agreement; coordinate signatures re: same; phone call to Arthur Price of Chicago Football, LLC re: same (0.5); | 0.50 | 290.00 | 145.00 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 6

| Date | Timekeeper | Code | Description | Hours | Rate | Amount |
|------|-----------|------|-------------|------:|-----:|-------:|
| 02/12/10 | S Yi | 00009 | Telephone call from counsel for Chartis re filing of administrative claim (0.1); Emails to and from D Cases re Woltmann's motion for relief from stay (0.2); Telephone calls to Woltmann's counsel re Trustee's position on Woltmann's motion to stay (0.2); Numerous telephone calls to and from Debtor's counsel re Trustee's position on Woltmann's motion to stay (0.3); Telephone call and emails to and from Arena One's counsel re Trustee's position on Woltmann's motion to stay (0.2); Confer with J Collen re Chartis' administrative claim (0.1); Email to A Moglia re Chartis' administrative claim (0.1); Telephone call to Chartis counsel re Chartis administrative claim (0.1); | 1.30 | 195.00 | 253.50 |
| 02/12/10 | S Yi | 00003 | Telephone call to J Doerrer re Pickens Kane settlement (0.1); | 0.10 | 195.00 | 19.50 |
| 02/12/10 | R Bakker | 00010 | Draft and mail letter to P. Engelberts transmitting service copies of filed fee applications (0.4) | 0.40 | 115.00 | 46.00 |
| 02/12/10 | R Bakker | 00001 | Create files and prepare pending sheet (2.2) | 2.20 | 115.00 | 253.00 |
| 02/14/10 | S Yi | 00009 | Prepare limited objection to Woltmann's motion for relief from stay.(1.5); Prepare proposed order to limited objection to Woltmann's motion for relief from stay and motion for abandonment (0.3); Prepare correspondence to D Casas re Trustee's limited objection and abandonment motion (0.1); | 1.90 | 195.00 | 370.50 |
| 02/15/10 | H Bartosiak | 00007 | Telephone call to attorney to Roy Reischbach re: New York franchise re: AFP agreement; telephone call to Jaimie Wolf re; same; e-mail form A. Levin; e-mail to Evan Frayman of Tampa franchise re: same (0.5); | 0.50 | 290.00 | 145.00 |
| 02/15/10 | S Yi | 00009 | Telephone call to Woltmann's counsel re continuing his motion for relief from the stay (0.1); Email from and to D Casas re Chartis' administrative claim (0.2); Prepare Trustee's request for continuance of Woltmann's motion for relief from stay and file same (0.8); | 1.10 | 195.00 | 214.50 |
| 02/15/10 | S Yi | 00003 | Prepare application for authorization to enter into settlement agreement related to Pickens Kane Lease (1.2); | 1.20 | 195.00 | 234.00 |
| 02/15/10 | S Yi | 00001 | Email to L Bandini, M Arnold, and T Flanagan re Trustee's request for a continuance of Woltmann's motion for relief from stay (0.1) | 0.10 | 195.00 | 19.50 |
| 02/16/10 | J Collen | 00003 | Edit Pickens Kane settlement application (0.2); | 0.20 | 525.00 | 105.00 |
| 02/16/10 | J Collen | 00001 | Call from D. Casas and A. Moglia re all pending matters. (0.2) | 0.20 | 525.00 | 105.00 |
| 02/16/10 | J Collen | 00004 | Confer with Trustee re objections to fee applications of debtor and committee counsel (0.2); | 0.20 | 525.00 | 105.00 |
| 02/16/10 | S Yi | 00008 | Telephone calls to and from Woltmann's counsel, F Kokoska, and email to same re status of hearing on Woltmann's motion for relief from automatic stay (0.1) | 0.10 | 195.00 | 19.50 |
| 02/16/10 | S Yi | 00003 | Confer with J Collen re Trustee's application for authorization to enter into settlement with Pickens Kane (0.1) | 0.10 | 195.00 | 19.50 |
| 02/16/10 | S Yi | 00003 | Emails to J Doerrer re Pickens Kane settlement (0.1); Further prepare Trustee's application for authorization to enter into settlement with Pickens Kane with J Collen suggestions (0.3); | 0.40 | 195.00 | 78.00 |
| 02/16/10 | S Yi | 00007 | Emails from H Bartosiak re sale of AFL's membership interests in AFL Personnel and execution of agreement re same (0.1); | 0.10 | 195.00 | 19.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 7

| Date | Name | Code | Description | | | |
|---|---|---|---|---|---|---|
| 02/16/10 | S Yi | 00004 | Further study Committee Counsel's fee application in order to prepare objection to same (0.3); Study Debtor's counsel's fee application in order to prepare objection to same (0.5); | 0.80 | 195.00 | 156.00 |
| 02/17/10 | S Yi | 00009 | Attend hearing on Woltmann's motion for relief from stay (1.7); Email to A Moglia re result of hearing on Woltmann's motion for relief from stay (0.1); Prepare objection to Fee Application of William Factor, counsel to the debtor in possession (1.6); Prepare objection to Freeborn & Peters' fee application (1.1); Research re objections to fee applications (0.5); | 5.00 | 195.00 | 975.00 |
| 02/17/10 | S Yi | 00007 | Emails from H Bartosiak re execution of documents related to AFL's sale of its membership interest in AFL Personnel (0.1); Study AFP purchase agreement in order to prepare Trustee's application to the court re same (0.5); | 0.60 | 195.00 | 117.00 |
| 02/18/10 | J Collen | 00007 | E-mail and confer with H Bartosiak re Tampa Bay refusal to sign AFP sale deal (0.1); e-mail A. Levin re same (0.1); E-mails with client and H. Bartosiak re AF One sale (0.2); | 0.40 | 525.00 | 210.00 |
| 02/18/10 | S Yi | 00007 | Telephone call from H Bartosiak re status of membership purchase agreement and execution of same (0.2); Emails from and to A Moglia re issues related to parties not agreeing to the sales price of AFL's membership interest in AFL Personnel (0.2); Prepare Trustee's application for AFP purchase agreement (1.0); | 1.40 | 195.00 | 273.00 |
| 02/18/10 | S Yi | 00001 | Prepare outline of agenda for 3/2/10 hearing on numerous motions and issues (0.2) | 0.20 | 195.00 | 39.00 |
| 02/19/10 | J Collen | 00008 | Confer with F. Berrodin re allocation of fees connected to 401(k) plan as between that plan and the estate (0.2); e-mail-exchanges with Trustee re potential fee objection (0.1); e-mail to Wm. Factor re debtor's counsel's fees(0.1); edit objections to debtor's and Committee counsel's fees (1.5) | 1.90 | 525.00 | 997.50 |
| 02/19/10 | J Collen | 00009 | E-mail to P. Thomson Trustee's position on  Woltman action to lift stay(0.1): confer with her re same (0.1)met with S. Yi and R. Bakker re status of all pending matters and deadlines re same (0.7) | 0.90 | 525.00 | 472.50 |
| 02/19/10 | S Yi | 00007 | Emails from H Bartosiak re status of the agreement on the sale of AFL's membership interest in AFL Personnel (0.1); | 0.10 | 195.00 | 19.50 |
| 02/19/10 | R Bakker | 00001 | Begin preparation of Trustee's Proposed Agenda for hearing set on March 2, 2010; begin locating document to be put in hearing binder (1.3) | 1.30 | 115.00 | 149.50 |
| 02/22/10 | J Collen | 00009 | Study Chartis claim, and e-mail to client re objection to same(0.1); confer with S. Yong re magnitude of claim, and strategy for resolution (0.1) | 0.20 | 525.00 | 105.00 |
| 02/22/10 | S Yi | 00003 | Emails to J Doerrer re his signature on agreed order related to Pickens Kane settlement (0.1); Telephone call to J Doerrer re  agreed order concerning Pickens Kane (0.1); Emails from and to A Moglia re status of J Doerrer's signature on Pickens Kane settlement (0.1); Revised agreed order concerning Pickens Kane with proper signature line for John Doerrer (0.1); Emails to and from J Doerrer re execution of the Pickens Kane settlement agreement (0.2); | 0.60 | 195.00 | 117.00 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 8

| Date | Person | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/10 | S Yi | 00009 | Telephone calls to M Olin and M Levitt re Chartis administrative claim (0.5); Emails from and to A Moglia re Chartis claim and status of our investigation re same (0.3); Study insurance documents related to Chartis administrative claim in order to evaluate potential amount of claims (0.4); Email to A Moglia and D Casas re summary of discussions with Chartis counsel re Chartis claim (0.2); Emails from and to Arena One's counsel, P Thompson, re Trustee's limited objection to Woltmanns motion for relief from stay (0.1); | 1.50 | 195.00 | 292.50 |
| 02/22/10 | S Yi | 00007 | Email from H Bartosiak re completion of execution of AFL Personnel sale agreement (0.1); Further prepare motion for approval of sale of AFL Personnel membership interests (1.7); | 1.80 | 195.00 | 351.00 |
| 02/22/10 | R Bakker | 00004 | Revise draft of Trustee's Objection to the fee applications of Freeborn & Peters and William J. Factor; proof and finalize same; email Trustee's Objection to client for review (2.0); | 2.00 | 115.00 | 230.00 |
| 02/23/10 | J Collen | 00004 | Call from Factor re his willingness to confine recovery to his carve-out (0.2); | 0.20 | 525.00 | 105.00 |
| 02/23/10 | S Yi | 00003 | Telephone call to J Doerrer re Pickens Kane settlement and documents re same (0.1); Telephone call to and email to M Levitt, Chartis counsel, re details of Chartis administrative claims (0.4); | 0.50 | 195.00 | 97.50 |
| 02/23/10 | S Yi | 00007 | Further prepare Trustee's motion for approval of sale of AFL's membership interest in AFL Personnel (2.6); | 2.60 | 195.00 | 507.00 |
| 02/23/10 | S Yi | 00009 | Email to A Moglia as to status of Chartis claim (0.1); Telephone call to A Fish, Chartis paralegal, re details of employment practices liability policy (0.1); Email from and to A Moglia re objections to Lauter and Factor fee applications (0.1); | 0.30 | 195.00 | 58.50 |
| 02/23/10 | S Yi | 00001 | Telephone call from A Moglia re Chartis claim and its effect on conversion to Chapter 7 case and payment to professionals (0.2) | 0.20 | 195.00 | 39.00 |
| 02/23/10 | R Bakker | 00001 | Continue to prepare binder for 3/2/2010 hearing (0.3) | 0.30 | 115.00 | 34.50 |
| 02/24/10 | J Collen | 00004 | Revise limited objection to Debtor's and Committee counsel's fees (0.3); | 0.30 | 525.00 | 157.50 |
| 02/24/10 | J Collen | 00007 | Revise/edit application to approve sale of membership interest in Af Personnel (0.2); | 0.20 | 525.00 | 105.00 |
| 02/24/10 | S Yi | 00009 | Telephone call to W Factor, S Lorber and J OSullivan re information related to Chartis claim (0.1); Telephone call and lengthy emails to and from M Levitt and A Fish re facts related to Chartis claim (0.7); | 0.80 | 195.00 | 156.00 |
| 02/24/10 | S Yi | 00003 | Emails to and from J Doerrer re his agreement related to changes to proposed order regarding Pickens Kane settlement (0.1); | 0.10 | 195.00 | 19.50 |
| 02/24/10 | R Bakker | 00001 | Revise and proof Trustee's Limited Objection to Debtor's Counsel's and Committee Counsel's Fee Applications, to Woltmann's Motion for Relief from Automatic Stay, and Motion for Entry of Order Approving Sale; email same to A. Moglia (3.0) | 3.00 | 115.00 | 345.00 |
| 02/25/10 | J Collen | 00007 | Participate in portion of conference with Si-Yong and A. Moglia on sale of AF Personnel stock (0.2); edit final version of motion (0.1) | 0.30 | 525.00 | 157.50 |
| 02/25/10 | J Collen | 00004 | Confer with A. Moglia re finalization of objections to Debtors and Cred. Committee counsel (0.4); | 0.40 | 525.00 | 210.00 |
| 02/25/10 | J Collen | 00003 | Confer with Trustee re OPickens-Kane settlement, and with Si-Yong re filing and hearing sate (0.1); | 0.10 | 525.00 | 52.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/25/10 | S Yi | 00009 | Prepare notice of filing the Trustee's Limited Objection to Woltmann's motion for relief from stay with suggested changes from J Collen and the Trustee (0.2); Briefly study insurance policies related to Chartis administrative claims (0.4); Prepare notice of filing concerning Trustee's limited objections to Lauter and Factor fee applications (0.4); Prepare proposed order granting Trustee's Limited Objection to Woltmann's motion for relief from stay with suggested changes from J Collen and the Trustee (0.5); Prepare proposed order concerning Trustee's limited objections to Lauter and Factor fee applications (0.7); Further prepare the Trustee's Limited Objection to Woltmann's motion for relief from stay with suggested changes from J Collen and the Trustee (0.8); Telephone conference with A Moglia and J Collen re objections to Lauter and Factor fee applications, motion for hearing on sale of AFL's membership interest in Arena Football League, Trustee's objection to Woltmann's motion for relief from stay (0.8); Further prepare objections to Lauter and Factor fee applications with suggested changes from J Collen and Trustee (1.6); | 5.40 | 195.00 | 1053.00 |
| 02/25/10 | S Yi | 00007 | Telephone calls to H Bartosiak re details of sale agreement related to sale of AFL's membership interest in AFL Personnel (0.2); Prepare notice of motion re Trustee's motion for approval of sale of AFL's membership interest in AFL Personnel (0.3); Further prepare Trustee's motion for approval of sale of AFL's membership interest in AFL Personnel with suggested changes from J Collen and the Trustee (2.0); | 2.50 | 195.00 | 487.50 |
| 02/25/10 | S Yi | 00001 | Emails to L Bandini, M Arnold, and T Flanagan re filing of Trustee's objections to Lauter and Factor fee applications, Woltmann's motion, and Trustee's motion for approval of sale of AFL interest in AFL Personnel (0.2); File Trustee's limited objections to Woltmann's motion, Lauter and Factor fee applications, and Trustee's motion for approval of sale of AFL membership interest in AFL Personnel and coordinate with staff re service of same on interested parties (0.4) | 0.60 | 195.00 | 117.00 |
| 02/25/10 | S Yi | 00003 | Email to J Doerrer re filing of Trustee's application for approval of Pickens Kane settlement (0.1); Telephone call from S Lorber re Chartis claim and insurance policies related to same (0.1); Finalize the Pickens Kane settlement application and proposed order re same (0.3); | 0.50 | 195.00 | 97.50 |
| 02/25/10 | R Bakker | 00001 | Revise and finalize Trustee's Limited Objection to Debtor's Counsel's and Committee Counsel's Fee Applications, to Woltmann's Motion for Relief from Automatic Stay, and Motion for Entry of Order Approving Sale; electronic filing of Motion for Entry of Order Approving Sale (2.4) | 2.40 | 115.00 | 276.00 |
| 02/26/10 | J Collen | 00004 | Conference call with A Moglia, S. Wolfe (UST) and G. Wencel re UST's issues concerning fee applications (0.5); call from R. Lauter re Trustee's limited objection to his fees (0.1); call from M. Fisher re same (0.1); call client re same (0.1); call from A. Moglia re his discussion with R. Lauter threatening disgorgement action (0.2) | 1.00 | 525.00 | 525.00 |
| 02/26/10 | S Yi | 00009 | Email correspondence from W Factor re information related to Chartis administrative claims (0.1); | 0.10 | 195.00 | 19.50 |
| 03/01/10 | J Collen | 00004 | Call Lauter re settling fee objection (0.1); call S. Wolf re same (0.1); confer with S. Yi re her preparing draft orders on d fee allowances (0.1); edit draft orders (0.2) | 0.50 | 525.00 | 262.50 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 10

| Date | Person | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/10 | J Collen | 00001 | Edit agenda for tomorrow's hearings (0.2); e-mail exchange with Kokoska and Thomson re settlement of Woltman motion to lift stay (0.2); prepare for tomorrow's court hearings on 7 different motions (1.4) | 1.80 | 525.00 | 945.00 |
| 03/01/10 | S Yi | 00004 | Confer with J Collen re results of discussions with Debtor's counsel and Committee's counsel re compensation of attorneys related to the carve-out (0.2) | 0.20 | 195.00 | 39.00 |
| 03/01/10 | S Yi | 00010 | Prepare order granting fee application of the Trustee (0.4); Prepare proposed order allowing Committee Counsel's application for fees (0.3); Prepare order granting fee application of Tressler (0.6); Prepare proposed order allowing Debtor's Counsel's application for fees (0.3); Prepare proposed order related to Moglia Advisors' fee application (0.8); Confer with J Collen re orders related to Tressler, Moglia, Moglia Advisors, Trustee fee applications and language for same (0.5); Further changes to fee app orders for Tressler, Trustee, and Moglia Advisors' fee applications per J Collen suggested changes (1.3); Prepare correspondence to judge re proposed orders on pending fee applications (0.1); Emails to and from R Lauter, W Factor, M Fischer re correspondence to the judge related to proposed orders on fee applications (0.1); Telephone call from Judge's clerk re proposed orders on fee applications (0.1); Telephone call from A Moglia questions related to orders on fee applications (0.1); Telephone calls to and from G Wencel re draft order related to Moglia Advisors' fee application (0.3); Further prepare Proposed Order allowing Moglia Advisors' fees (0.3); Email to A Moglia and G Wencel re proposed orders on Moglia Advisors' fee application and Trustee's fee application (0.2); | 5.40 | 195.00 | 1053.00 |
| 03/01/10 | S Yi | 00001 | Prepare agenda of numerous hearings scheduled for 3/2/10 (0.2) | 0.20 | 195.00 | 39.00 |
| 03/01/10 | S Yi | 00009 | Emails from and to F Kokoszka re Woltman motion to stay and resolution with Arena One re same (0.1); Emails from and to F Kokoszka re Woltmann's motion to stay and order re same (0.1); | 0.20 | 195.00 | 39.00 |
| 03/02/10 | J Collen | 00001 | E-mail exchange re proposed order on Woltman motion to lift stay (0.2); attend court hearings on Woltmann motion to lift stay, Pickns-Kane, settlement; AF Personell sale; and Fee apps of Debtor's counsel, of committee counsel, of Moglia advisors, of Trustee. and and of Tressler(2.4) | 2.60 | 525.00 | 1365.00 |
| 03/02/10 | S Yi | 00001 | Prepare to attend hearing on numerous motions and applications including preparing nine orders related to the motions and applications for court's review (1.2); Attend lengthy hearing on nine motions and applications, including fee applications and court authorization related to sale/settlement and discuss with courtroom deputy concerning various orders and discussions with courtroom deputy re orders related to same (3.3); Study U.S. Trustee's Request for Payment of U.S. Trustee Fees (0.1); Email to A Moglia re U.S. Trustee's request for payment and recommendations re additonal fee applications (0.2); Study court notice re deadline for Debtor's counsel to file draft order on his fee application (0.1); Prepare revised Trustee's agenda for hearings set for 3/2/10 and submit to courtroom deputy (0.7) | 5.60 | 195.00 | 1092.00 |
| 03/02/10 | S Yi | 00010 | Emails to and from S Lorber re changed order re fee application of Debtor's counsel and study same | 0.40 | 195.00 | 78.00 |

March 5, 2010
File #: 009143
Alex Moglia, Soley As Chapter 11 Trustee
PAGE 11

| Date | Name | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/10 | S Yi | 00009 | Numerous emails to and from F Kokoszka re Woltman's motion for relief from stay and agreed order re same (0.1); | 0.10 | 195.00 | 19.50 |
| 03/03/10 | J Collen | 00001 | Receive/study motion to dismiss case (0.1); confer with Si-Yong Yi re response(0.2); e-mail trustee re same (0.1); | 0.40 | 525.00 | 210.00 |
| 03/03/10 | J Collen | 00007 | E-mail exchanges with P. Thompson and H. Bartosiak re execution copies of APA(0.1); e-mail exchnages re claoind of AF Persoinnell sale (0.1) | 0.20 | 525.00 | 105.00 |
| 03/03/10 | H Bartosiak | 00007 | E-mail to Allan Levin and other Buyers re: closing logistics; notes to file re:closing logistics; follow-up re: executed APA documents to Pia Thompson. | 0.40 | 290.00 | 116.00 |
| 03/03/10 | S Yi | 00001 | Emails to Moglia Advisors re orders entered by the court related to fee applications and sale order for AFL Personnel and settlement concerning Pickens Kane (0.2) | 0.20 | 195.00 | 39.00 |
| 03/03/10 | S Yi | 00010 | Study proposed orders and letter to judge sent by Debtor's counsel (0.2); Study orders entered by the court related to the fee applications for committee counsel, Tressler, Moglia Advisors, Trustee, and Popowcer firm in order to determine changes made by the judge regarding same (0.3) | 0.50 | 195.00 | 97.50 |
| 03/03/10 | S Yi | 00007 | Exmail from H Bartosiak re closing on sale of debtor's membership interest in AFP | 0.10 | 195.00 | 19.50 |
| 03/04/10 | S Yi | 00010 | Emails from and to G Wencel re order granting Tressler fee application (0.1); Numerous telephone calls to Deputy Clerk re correction of order on Tressler fee application (0.2); Study billing for Tressler for time period from Jan 23,2010 to present in order to prepare Tressler's final fee application  (0.3); Prepare Tressler's final fee application (2.5); Prepare Trustee's final fee application (1.0); Prepare Moglia Advisors' final fee application (0.7); | 4.80 | 195.00 | 936.00 |
| 03/05/10 | S Yi | 00001 | Further prepare final fee application of Tressler (0.6) | 0.60 | 195.00 | 117.00 |
| 03/05/10 | S Yi | 00010 | Numerous telephone calls to Judge's deputy clerk and chambers re revised order granting Tressler fees (0.4); Study court order granting Debtor's counsel's fee application (0.1); Study Moglia Advisors' list of expenses in order to include same in fee application (0.2); Study Debtor's counsel's motion to amend order on Debtor's counsel's fee application (0.2); Emails to Moglia Advisors re payment of Debtor's counsel's fees in light of Debtor's counsel's motion to amend order on his fee application (0.1); Emails from and to G Wencel re status of revised order related to Tressler fee application (0.1); | 1.10 | 195.00 | 214.50 |
| 03/05/10 | S Yi | 00007 | Numerous emails to and from A Moglia re execution of AFP purchase agreement (0.1); Emails to and from H Bartosiak re purchase agreement related to sale of debtor's membership interest in AFP (0.1); Emails from and to M Fisher re executed AFL asset purchase agreement (0.1); | 0.30 | 195.00 | 58.50 |
| 03/05/10 | S Yi | 00003 | Email from J Doerrer re status of Pickens Kane settlement (0.1) | 0.10 | 195.00 | 19.50 |

Total Task: 136.20    $33,657.00

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| INDOOR FOOTBALL ESTATE, LLC | ) | |
| (f/k/a ARENA FOOTBALL LEAGUE, LLC), | ) | Case No. 09-B-29024 |
| | ) | |
| DEBTOR. | ) | Honorable Timothy A. Barnes |

**ORDER ALLOWING COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO TRESSLER LLP
<u>AS COUNSEL FOR THE CHAPTER 11 TRUSTEE</u>**

This matter coming to be heard on _____ on **Third and Final Application of Tressler LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Chapter 11 Trustee** (the "Fee Application"); the Court having read and considered the Fee Application and it appearing to the Court that the fees sought by Tressler are reasonable, appropriate, and in accordance with the statutory requirements for payment of same, and it further appearing to the Court that the fees charged by Tressler as reflected in the Fee Application are in line with prevailing market rates for similar services and that the fees are comparable to rates that Tressler would charge in non-bankruptcy client work of a similar nature and complexity; and it further appearing to the Court that the disbursements made and out-of-pocket expenses actually incurred by Tressler as reflected in the Fee Application are reasonable and necessary; and there being no objection to the relief herein granted,

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. Tressler is allowed payment of compensation in the amount of $_____ and reimbursement of expenses in the amount of $_____;

2. The Trustee is authorized to distribute on account of such allowed claim $_____; and

#528057

3.      This Court retains jurisdiction to construe and enforce this order.


Dated:  _____, 2012                Enter:_____
                                                Timothy A. Barnes
                                                United States Bankruptcy Judge