# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: INDOOR FOOTBALL ESTATE LLC | § Case No. 09-29024-BAT |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Room 873

Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/05/2012 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/06/2012          By:  /s/ALEX D. MOGLIA
                                                Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: INDOOR FOOTBALL ESTATE LLC | § | Case No. 09-29024-BAT |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,244.72 |
| *and approved disbursements of* | $ 339.10 |
| *leaving a balance on hand of* [1] | $ 3,905.62 |
| **Balance on hand:** | $ 3,905.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,905.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - TRESSLER LLP | 21,700.21 | 0.00 | 3,895.12 |
| Attorney for Trustee, Expenses - TRESSLER LLP | 58.50 | 0.00 | 10.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,905.62 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:   $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:   $       0.00

Prepared By:  /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD. STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                    Case No. 09-29024-TAB
Indoor Football Estate LLC                                                Chapter 7
      Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1         User: mrahmoun              Page 1 of 5                    Date Rcvd: Nov 07, 2012
                             Form ID: pdf006             Total Noticed: 147


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2012.
db           +Indoor Football Estate LLC,    8700 W Bryn Mawr,    Ste 120S,    Chicago, IL 60631-3577
aty          +Tressler LLP,    233 S Wacker Drive,    22nd Floor,    Chicago, IL 60606-6399
14466642      A.A. Thornton & Co.,    235 High Holburn,    London, WC1V 7LE,    England
14466643     +AECOM,    C/O ROBERT ORLIN,    605 THIRD AVE,    NEW YORK NY 10158-3199
14427688     +AJILON PROFESSIONAL STAFFING LLC,    175 BROADHOLLOW ROAD,    MELVILLE NY 11747-4902
14466654      AT&T,    PO Box 5019,    Carol Stream, IL.,    60197-5019
14466655     #AT&T,    PO Box 8100,    Aurora, IL.,    60507-8100
14422609     +AT2,    JERRY KURZ,    200 S MICHIGAN AVE #1200,    CHICAGO IL 60604-2458
14466645      Ajilon Professional Staffing, LLC,    Dept CH 10431,    Palatine, IL.,    60055-4031
14466646     +Altura Communication Solutions LLC,    attn Linda Pittman,    1335 s Acacia Ave,
               Fullerton CA 92831-5315
14466648     +American Arbitration Association,    1633 Broadway,    10th Floor,    New York, NY. 10019-6708
14466649      American Express,    PO Box 0001,    Los Angeles, CA.,    90096-0001
14539739      American Express Travel Related Services,    Co, Inc Corp Card,    POB 3001,
               Malvern, PA 19355-0701
14466650      American Express/BTA,    Travel Related Services Co.,    PO Box 360001,    Ft. Lauderdale, FL.,
               33336-0001
14466651     +American Speciality Insurance,    142 North Main Street,    PO Box 309,    Roanoke, IN. 46783-0309
14763536     +Arena Football League Players' Assoc,    Todd Flanagan,    1133 20th St NW Suite 700,
               Washington DC 20036-3498
14466653     +Arrow Transportation,    4225 27 Street,    Long Island, NY. 11101-4105
14422620      BLUECROSS BLUESHIELD OF IL,    300 EAST RANDOLPH ST,    CHICAGO IL 60601-5099,
               ATTN KENNETH KOLANOWSKI
14466657      BlueCross BlueShield of Illinois,    300 East Randolph,    Chicago, IL.,    60601-5099
14466658      CDW Computer Centers, Inc.,    PO BOX 75723,    Chicago, IL.,    60675-5723
14422610     +CHAMPS SPORTS,    RE SCOTT GURKA,    311 MANATEE AVENUE W,    BRADENTON FL 34205-8842
14422613     +CHICAGO RUSH,    RE ALAN LEVIN,    1011 E TOUHY #400,    DES PLAINES IL 60018-5808
17561670     +CIT Communications Finances Corp,    Bankruptcy Processing Solutions Inc,    1162 E Sonterra Blvd,
               San Antonio, TX 78258-4047
14422616     #CLEVELAND GLADIATORS,    631 HURON ROAD,    CLEVELAND OH 44115-1116,    ATTN JIM FERRARO
14422618     +COLORADO CRUSH,    1000 CHOPPER CIRCLE,    DENVER CO 80204-5805,    ATTN JERRY GIRKIN
14466671      CSC Corporate Domains, Inc,    PO BOX 13397,    Philadelphia, PA.,    19101-3397
15093687     +Certain affiliates of Chartis Inc.,    Attn: Michelle A. Levitt,    Chartis U.S.,
               175 Water Street, 18th Floor,    New York, NY 10038-4976
14466659     +Champs Sports,    311 Manatee Avenue W.,    Bradenton, FL. 34205-8896
14466660     +Chen Nelson Roberts Ltd.,    203 N. Lasalle Street,    15th Floor,    Chicago, IL. 60601-1228
14466661      Chicago Office Technology Group,    PO Box 5940,    Lock Box 20-COE001,    Carol Stream, IL.,
               60197-5940
14466662     +Chicago Rush,    1011 E. Touhy,    #400,    Des Plaines, IL. 60018-5808
14466663     #Cleveland Gladiators,    631 Huron Road,    Cleveland, OH.,    44115-1116
14466664     +Colorado Crush,    1000 Chopper Circle,    Denver, CO. 80204-5805
14466665     +Columbus Destroyers,    Nationwide Arena,    200 W. Nationwide Blvd.,    Columbus, OH. 43215-2563
14466666     +Comcast/Charter Sports Southeast,    2995 Courtyards Drive,    Norcross, GA. 30071-1555
14466668      Control Dynamics,    960 Louis Drive,    Warminster, PA. 18974-2841
14466669      Corporate Edge,    PO Box 330881,    New York, NY.,    10087-0881
14466670     +Crystal Clear Imaging,    1401 Edwards Avenue,    Jefferson, LA. 70123-7016
14422604      DAVID BAKER,    468 N EQUESTRIAN DRIVE,    ORANGE CA 92869-4423
14466676      DP Fox Football Holdings, LLC,    130 Fulton Street W.,    Grand Rapids, MI.,    49503-2601
14466672     +Dallas Desperados,    Cowboys Center,    One Cowboys Parkway,    Irving, TX. 75063-4924
14466673     +Dan Klores Communications,    386 Park Avenue South,    10th Floor,    New York, NY. 10016-8804
14466675      DirecTV,    PO Box 60036,    Los Angeles, CA.,    90060-0036
14466679     +ESPN,    545 Middle Street,    Bristol, CT. 06010-8413
14422605     +ESPN,    RE LEAH LAPLACA,    545 MIDDLE ST,    BRISTOL CT 06010-8413
14576040      ESPN,    DAVID PAHL ESQ,    ESPN - LEGAL DEPT,    ESPN PLAZA,    BRISTOL CT 06010
14466677      Edwin H. Benn,    PO Box 291,    Glencoe, IL.,    60022-0291
14466678     +Elias Sports Bureau,    500 Fifth Ave,    New York, NY. 10110-2140
14466680      Exact Target,    Dept CH 17808,    Palatine, IL.,    60055-7808
14630758     +FEDEX CUSTOMER INFORMATION SERVICE,    AS ASSG OF FEDEX EXP/FEDEX GROUND,
               ATTN REVENUE RECOVERY/BANKRUPTCY,    3965 AIRWAYS BLVD MODULE G 3RD FL,    MEMPHIS TN 38116-5017
14422602     +FIFTH THIRD BANK,    SCOTT KILGORE,    222 S RIVERSIDE PLAZA 33 RD FL,    CHICAGO IL 60606-6806
14466681      Federal Express,    PO Box 94515,    Palatine, IL.,    60094-4515
14466682     +Fifth Third Bank,    222 S. Riverside Plaza,    33rd Floor,    Chicago, IL. 60606-6806
14466684      GE Capital,    PO Box 740423,    Atlanta, GA.,    30374-0423
14466685   ++++GEORGE TOGLIATTI,    246 SEVEN DWARFS RD,    LAS VEGAS NV 89124-9195
              (address filed with court: George Togliatti,     68 Kris Kringle Street,    Las Vegas, NV.,   89124)
14422617     +GEORGIA FORCE,    4400 FALCON PARKWAY,    FLOWERY BRANCH GA 30542-3176,    ATTN ROB GEOFFROY
14422621     +GLENSTAR PROPERTIES,    8600 W BRYN MAWR #400 N,    CHICAGO IL 60631-3579,    ATTN STEVEN SMITH
14422614      GRAND RAPIDS RAMPAGE,    130 FULTON STREET W,    GRAND RAPIDS MI 49503-2601,    ATTN SCOTT GORSLINE
14767997     +General Electric Capital Corp,    1010 Thomas Edison Blvd Sw,    Cedar Rapids, IA 52404-8247
14874738     +Genesys Conferences of MA, Inc.,    c/o McMahan & Sigunick, Ltd.,    412 S. Wells St., 6th Fl.,
               Chicago, IL 60607-3972
14466686     +Georgia Force,    4400 Falcon Parkway,    Flowery Branch, GA. 30542-3176
14466688     +GlenStart Properties,    8600 W. Bryn Mawr,    #400N,    Chicago, IL. 60631-4600
14466689      Grant Thornton,    33562 Treasury Center,    Chicago, IL.,    60694-3500
```

```
District/off: 0752-1            User: mrahmoun              Page 2 of 5                   Date Rcvd: Nov 07, 2012
                                Form ID: pdf006             Total Noticed: 147


14466692         Hinckley Springs,    PO Box 660579,    Dallas, TX.,    75266-0579
14466693         IESI - NY Corporation,     PO Box 660654,    Dallas, TX.,    75266-0654
14466644        ++IMPERIAL A I CREDIT COMPANIES INC,     101 HUDSON STREET,    34TH FLOOR,    JERSEY CITY NJ 07302-3905
                 (address filed with court: AICCO, Inc,     Box 9045,    New York, NY.,    10087-9045)
16161855        +Illinois Department of Employment Security,     33 South State Street 10th Floor,
                 Chicago, Illinois 60603-2803,     Attn: Amelia Yabes
14466694        +Image Impact,    2310 W. 75th Street,    Prairie Village, KS. 66208-3507
14768298        +Image Impact, Inc.,     c/o: David E. Shay,    Seigfried, Bingham, Levy,,    Selzer & Gee, P.C.,
                 911 Main Street, Suite 2800,     Kansas City, MO 64105-5301
14466695        +InnerWorkings,    Accounts Receivable,    27011 Network Place,     Chicago, IL. 60673-1270
14466696        +J. Patton,    3450 Rivergreen Court,    Duluth, GA. 30096-2519
14466698         JAMS, Inc.,    PO Box 512850,    Los Angeles, CA.,    90051-0850
14466697        +Jack Clarke,    1600 Hilwood Drive,    Montgomery, AL. 36106-2603
14466699         Johnson & Bell Ltd.,    33 W. Monroe Street,     #2700,   Chicago, IL.,    60603-5404
14466700         JumpTV USA Holdco, Inc.,     PO Box 919231,    Orlando, FL.,    32891-9231
14466701        +KC Arena Sports & Entertainment,     5366 W. 95th Street,    Prairie Village, KS. 66207-3204
14466702        +Ken Garff Sports & Entertainment, LLC,     405 S. Main Street,     #1200,
                 Salt Lake City, UT. 84111-3412
14466703        +LA Arena Football, LLC,     12100 W. Olympic Blvd.,    #400,    Los Angeles, CA. 90064-1052
14466704         Level 3 Communications, LLC,     Dept. 1782,    Denver, CO.,    80291-1782
14466705        +LimoRes.net,    PO Box 768 Midtown Station,     New York, NY. 10018-0025
14466706         MacRae & Co.,    PO Box 806,    Station B,    Ottawa, ON. Canada,     K1P 5T4
14466707        +Majik Cleaning Services, Inc.,     299 Broadway,    Suite 1610,    New York, NY. 10007-1919
14466708        +Marc Mellon,    61 Pheasant Ridge Road,    Redding, CT. 06896-1721
14466709        +Marwedel, Minichello & Reeb, P.C.,     10 S. Riverside Plaza,     #720,   Chicago, IL. 60606-3726
14466710        +Merrill Communications, LLC,     ONE MERRILL CIRCLE,    ST PAUL MN 55108-5267
14466711         Miller, Johnson, Snell & Cummiskey,     PO Box 306,    Grand Rapids, MI.,    49501-0306
14466712         Mitchell's-Newsday Delivery Service,     PO Box 2431,    New York, NY.,    10116-2431
14466713        +Moritt Hock Hamroff & Horowitz,     400 Garden City Plaza,    Garden City, NJ. 11530-3327
14422603        +NBC,    RE DANIEL KUMMER,    CFS ROOM 971 E,    30 ROCKEFELLER CENTER,    NEW YORK NY 10112-0015
14893286        +NBC UNIVERSAL INC,    C/O DANIEL M KUMMER,    30 ROCKEFELLER PLAZA ROOM 1091E,
                 NEW YORK NY 10112-0299
14422619        +NEW YORK AFL LP,    F/K/A NEW YORK DRAGONS,    1600 OLD COUNTRY ROAD,    PLAINVIEW NY 11803-5013,
                 ATTN JAIMIE WOLF
14466714        +National Broadcasting Company (NBC),     CFS Room 971 E - 30 Rockefeller Center,
                 New York, NY. 10112-0299
14466715        +National Communications Group, Inc.,     381 Park Avenue South,     New York, NY. 10016-8806
14466716        +New Orleans VooDoo,    5800 Airline Drive,     Metairie, LA. 70003-3876
14466717        +New York Dragons (old),     1535 Old Country Road,    Plainview, NY. 11803-5042
14466718         Nielsen Sports Marketing Service,     Nielsen Media Research, INC.,     PO Box 88961,    Chicago, IL.,
                 60695-8961
14466719        +Niro, Scavone, Haller & Niro,     181 W. Madison Street,    #4600,    Chicago, IL. 60602-4676
14466720         Nolmar Coporation,    3615 D'Hemecourt Street,     PO BOX 850275,    New Orleans, LA.,    70185-0275
14466722         Optimal Planning Solutions,     1026 Mt. Atkinson Court,    Vernon, BC, Canada,     V1B 3Z2
14466723        +Orlando Predators Football Team, LLC,     302 S. Graham Avenue,     Orlando, FL. 32803-6332
14422607        +PHILADELPHIA SOUL,    RE CRAIG SPENCER,    7 PENN CENTER 17TH FLOOR,    1635 MARKET ST,
                 PHILADELPHIA PA 19103-2217
14860060        +PR II Presidents Plaza JV, LLC,     c/o Steven Smith,    8600 W Bryn Mawr Ave, Ste 400N,
                 Chicago, IL 60631-4600
14422615        +PROSKAUER ROSE LLP,    1585 BROADWAY,    NEW YORK NY 10036-8200,     ATTN JOE LECCESE
14466724        +Patriot Communications,     P.O. Box 92899,    Los Angeles, CA. 90009-2899
14466725         Penske Truck Leasing Co., LP,     PO Box 802577,    Chicago, IL.,    60680-2577
14466726        +Philadelphia Soul,    7 Penn Center-17th Floor,     1635 Market Street,
                 Philadelphia, PA. 19103-2209
14466727         Pickens Kane,    3165 Eagle Way,    Chicago, IL.,    60678-1031
14466728        +Pigskin, Inc.,    St. Pete Times Forum,    401 Channelside Drive,     Tampa, FL. 33602-5400
14466731        +Proskauer Rose LLP,    1585 Broadway,    New York, NY. 10036-8200
14466732        +Reed Smith LLP,    Dept 33489,    PO Box 39000,    San Francisco, CA. 94139-0001
14466733        +Regional Management,    File # 55652,    Los Angeles, CA. 90074-0001
14466734         Russell Fin. Ser. / Spalding,     PO Box 116847,    Atlanta, GA.,    30368-6847
14422612        +SAN JOSE SABERCATS,    600 EAST BROKAW ROAD,    SAN JOSE CA 95112-1006,    ATTN RAMUNE AMBROZAITIS
14466735        +San Jose SaberCats,    600 East Brokaw Road,     San Jose, CA. 95112-1006
14466736         Scarborough Research,    P.O. Box 88990,    Chicago, IL.,    60695-1990
14466737        +Scherba Industries, Inc.,     2880 Interstate Parkway,    Brunswick, OH. 44212-4322
14466738        +Schutt Sports,    Accounts Receivable,    710 Industrial Drive,     Litchfield, IL. 62056-3030
14466739        +Shefsky & Froelich LTD.,     111 E. Wacker Drive,    #2800,    Chicago, IL. 60601-4209
14466740        +Simplified Solutions,    150 North Michigan Ave,     Suite 2800,    Chicago, IL. 60601-7586
14466741        +Skadden, Arps, Slate, Meagher & Flom,     PO Box 1764,    White Plains, NY. 10602-1764
14466742         Staples Business Advantage,     Dept Det,    PO BOX 83689,    Chicago, IL.,    60696-3689
14466744        +Street & Smith's Sports Group,     120 W. Morehead Street,    Suite 320,    Charlotte, NC. 28202-1826
14459451        +Street & Smith's Sports Group (4598),     c/o Szabo Associates, Inc.,
                 3355 Lenox Road NE, Suite 945,     Atlanta, GA 30326-1357
14422608        +THE PHOENIX COMMUNICATIONS GROUP INC,     JEANMARIE CAP,    3 EMPIRE BLVD,
                 SOUTH HACKENSACK NJ 07606-1806
14466753         TNS Custom Research,    PO Box 2218,    Carol Stream, IL.,    60132-2218
14466746        +Team Wearhouse,    960 E. Hazelwood Avenue,     Rahway, NJ. 07065-5635
14466747        +The Arden Group, LLC,    Seven Penn Center,     1635 Market Street, 17th Floor,
                 Philadelphia, PA. 19103-2208
14466748        #The Harty Press, Inc.,     PO BOX 392,   Brattleboro, VT.,    05302-0392
```

```
District/off: 0752-1           User: mrahmoun              Page 3 of 5                   Date Rcvd: Nov 07, 2012
                               Form ID: pdf006             Total Noticed: 147

14466749      The Hertz Corporation,    Commercial Billing Dept 1124,    PO Box 121124,    Dallas, TX.,
               75312-1124
14466750     +The Phoenix Communications Group, Inc.,    3 Empire Blvd,    South Hackensack, NJ. 07606-1800
14466751     +The Times-Picayune,    3800 Howard Avenue,    New Orleans, LA. 70125-1429
14466752     +ThemeNaps, LLC,    2920 Toll Road,    Ashland, WI. 54806-4937
14466754     +USA Wireless Satellite TV,    1360 Old Skokie Road,    Suite 100,    Highland Park, IL. 60035-3015
14466757     +Verizon Teleproducts, Corp.,    PO BOX 8538-635,    Philadelphia, PA. 19171-0001
14466760     +WLW Entertainment, Inc.,    Attn: Bill Waite,    36 Avignon,    Newport Coast, CA. 92657-1008
14459399     +WWL Television (5330),    c/o Szabo Associates, Inc.,    3355 Lenox Road NE, Suite 945,
               Atlanta, GA 30326-1357
14466758      Willis of Illinois, Inc.,    39302 Treasury Center,    Chicago, IL.,    60694-9300
14466759      Wincraft Incorporated,    SDS 12-1806,    PO Box 86,    Minneapolis, MN.,    55486-1806
14466652     +arenafootball2,    200 S. Michigan Avenue,    #1200,    Chicago, IL. 60604-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14466667     +E-mail/Text: legalcollections@comed.com Nov 08 2012 01:46:12      Commonwealth Edison,
               Attn Bankruptcy Sec/Rev Mmgt,    2100 Swift Drive,    Oak Brook IL 60523-1559
14466687      E-mail/Text: Mailbox-Bankruptcy@gettyimages.com Nov 08 2012 01:50:04      Getty Images,
               PO Box 953604,    St. Louis, MO.,    63195-3604
14730961      E-mail/Text: cio.bncmail@irs.gov Nov 08 2012 01:39:14      Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, Pa 19114
14466729      E-mail/Text: bankruptcy@pb.com Nov 08 2012 01:46:14      Pitney Bowes Credit Corp.,
               P.O. Box 856460,    Louisville, KY.,    40285-6460
14466730      E-mail/Text: bankruptcy@pb.com Nov 08 2012 01:46:14      Pitney Bowes Purchase Power,
               P.O. Box 856042,    Louisville, KY.,    40285-6042
14466755      E-mail/PDF: bankruptcyverizoncom@afni.com Nov 08 2012 02:18:31      Verizon,    P.O. Box 15124,
               Albany, NY.,    12212-5124
14466756      E-mail/PDF: bankruptcyverizoncom@afni.com Nov 08 2012 02:18:31      Verizon Online,    PO Box 12045,
               Trenton, NJ.,    08650-2045
14942244     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 08 2012 02:12:56      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15080746       BROACAST MUSIC INC,    7 World Trade Center,    250 Greenwich Street,    New York, NY 10007-0030,
                Atth Virginia Williams
14466743       Street & Smith
14466674*      David Baker,    468 N. Equestrian Drive,    Orange, CA.,    92869-4423
16161856*     +Illinois Department of Employment Security,    33 South State Street 10th Floor,
                Chicago, Illinois 60603-2803,    Attn. Amelia Yabes
14422606     ##+AECOM,    RE REBECCA GRIFFIN,    7870 VILLA PARK DRIVE,    RICHMOND VA 23228-6510
14466647     ##+AMC Mechanical Services, Inc.,    42-71 Hunter Street,    Long Island City, NY. 11101-4116
14466656     ##+Blue Media,    1725 W 3rd St,    Tempe, AZ. 85281-2440
14466683     ##+Game Plan, LLC,    Four Copley Place,    Suite 105,    Boston, MA. 02116-6526
14466691     ##+Hand, Baldachine & Amburgey LLP,    317 Madison Avenue,    4th Floor,    New Yo,    NY 10017-7951
14466690     ##+Hand, Baldachine & Amburgey LLP,    317 Madison Avenue,    4th Floor,    New York, NY. 10017-7951
14466721     ##+O'Hare Record Retention Center,    5000 W. Roosevelt Road,    Chicago, IL. 60644-1788
14422611     ##+TEAM MARKETING,    RE SCOTT GURKA,    2101 CORPORATE BLVD #317,    BOCA RATON FL 33431-7319
14466745     ##+Team Marketing,    2101 Corporate Blvd,    #317,    Boca Raton, FL. 33431-7319
                                                                                              TOTALS: 2, * 2, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mrahmoun              Page 4 of 5               Date Rcvd: Nov 07, 2012
                               Form ID: pdf006            Total Noticed: 147
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2012**                    **Signature:**    */s/ Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun             Page 5 of 5              Date Rcvd: Nov 07, 2012
                              Form ID: pdf006            Total Noticed: 147
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2012 at the address(es) listed below:

        Alex D Moglia    amoglia@mogliaadvisors.com,   IL31@ecfcbis.com
        Frank J Kokoszka    on behalf of Creditor Steve Woltmann fkokoszka@k-jlaw.com,
         fkokoszka@gmail.com;admin@k-jlaw.com
        Grayson T Walter    on behalf of Creditor   Proskauer Rose LLP gwalter@proskauer.com
        J Mark Fisher    on behalf of Creditor   Fifth Third Bank mfisher@schiffhardin.com,
         edocket@schiffhardin.com;sricciardi@schiffhardin.com
        Jason M Torf    on behalf of Creditor   Fifth Third Bank jtorf@schiffhardin.com,
         edocket@schiffhardin.com
        Jeanette C Schrand    on behalf of Defendant   National Labor Relations Board
         jeanette.schrand@gmail.com
        Jennifer A Kimball    on behalf of Interested Party   Acquisition Holdings, LLC jennifer@rabkhan.com
        Joshua A Gadharf    on behalf of Interested Party   New Orleans Hockey, Inc., d/b/a New Orleans
         Voodoo Football, Inc. joshua.gad-harf@kattenlaw.com
        Kenneth J Ottaviano    on behalf of Interested Party   New Orleans Hockey, Inc., d/b/a New Orleans
         Voodoo Football, Inc. kenneth.ottaviano@kmzr.com
        Patricia J Fokuo    on behalf of Creditor   Fifth Third Bank pfokuo@schiffhardin.com,
         edocket@schiffhardin.com
        Patrick C. Maxcy    on behalf of Creditor   PR II Presidents Plaza JV, LLC
         patrick.maxcy@snrdenton.com,   NDIL_ECF@snrdenton.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Pia N Thompson    on behalf of Defendant   ARENA FOOTBALL ONE LLC pthompson@gouldratner.com,
         bburns@gouldratner.com
        Richard S Lauter    on behalf of Creditor Committee   Official Committee of Unsecured Creditors of
         the Arena Football League, LLC rlauter@freebornpeters.com,   bkdocketing@freebornpeters.com
        Sara E Lorber    on behalf of Attorney   The Law Office of William J. Factor, Ltd.
         slorber@wfactorlaw.com,   nb@wfactorlaw.com
        Si Yong  Yi    on behalf of Accountant   Popowcer Katten Ltd syi@tresslerllp.com,
         tresslerdocket@tresslerllp.com
        William J Factor    on behalf of Attorney   The Law Office of William J. Factor, Ltd.
         wfactor@wfactorlaw.com,   wfactorlaw@gmail.com;nb@wfactorlaw.com

                                                                                                 TOTAL: 17