**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: INDOOR FOOTBALL ESTATE LLC | § | Case No. 09-29024-BAT |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $25.00

Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $4,219.72

---

    3) Total gross receipts of $ 4,244.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,244.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $25.00 | $25.00 | $25.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,219.72 | 25,978.43 | 4,219.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,244.72 | $26,003.43 | $4,244.72 |

4) This case was originally filed under Chapter 7 on April 12, 2010. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013   By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest refund | 1124-000 | 55.39 |
| American Arbitration Assoc. Refund | 1229-000 | 625.00 |
| AT&T Refund | 1229-000 | 2,563.55 |
| National Un Fire Insurance Refund | 1229-000 | 1,000.00 |
| Interest Income | 1270-000 | 0.78 |
| **TOTAL GROSS RECEIPTS** | | **$4,244.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NYS | 4800-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$25.00** | **$25.00** | **$25.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRESSLER LLP | 3210-000 | N/A | 0.00 | 21,700.21 | 0.00 |
| TRESSLER LLP | 3220-000 | N/A | 0.00 | 58.50 | 0.00 |
| Jack B. Fishman & Associates, P.C. | 3210-000 | N/A | 100.00 | 100.00 | 100.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.57 | 4.57 | 4.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 7.80 | 7.80 | 7.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 26.73 | 26.73 | 26.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Tressler LLP | 3220-000 | N/A | 10.50 | 10.50 | 10.50 |
| Tressler LLP | 3210-000 | N/A | 3,895.12 | 3,895.12 | 3,895.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,219.72 | $25,978.43 | $4,219.72 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/12/10 (c)  
**§341(a) Meeting Date:**  

**Period Ending:** 01/23/13  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   American Arbitration Assoc. Refund (u) | 0.00 | 0.00 | | 625.00 | FA |
| 2   AT&T Refund (u) | 0.00 | 0.00 | | 2,563.55 | FA |
| 3   National Un Fire Insurance Refund (u) | 0.00 | 0.00 | | 1,000.00 | FA |
| 4   Preference recovery (u) | 0.00 | 0.00 | | 0.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.78 | FA |
| **5   Assets   Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$4,189.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

    PREPARATION AND FILING OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** October 31, 2012     **Current Projected Date Of Final Report (TFR):** November 7, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 09-29024-BAT | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** INDOOR FOOTBALL ESTATE LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****564666 - Checking Account |
| **Taxpayer ID #:** **-***0778 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/23/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 01/23/2013 03:46 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****564667 - Checking Account  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 01/23/13  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/23/2013 03:46 PM    V.13.11

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-29024-BAT
**Case Name:** INDOOR FOOTBALL ESTATE LLC

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-65 - Checking Account

**Taxpayer ID #:** **-***0778
**Period Ending:** 01/23/13

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/10 | {1} | American Arbitration Association | Refund of claim dispute | 1229-000 | 625.00 | | 625.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.08 | | 625.08 |
| 06/22/10 | 1001 | NYS | Employer Identification # 36-4270778 - NYS Dept. of Taxation & Finance  2009 Tax return Form IT-204-LL - ending December 31, 2009 | 4800-000 | | 25.00 | 600.08 |
| 06/28/10 | | United States Treasury | Interest refund | 1124-000 | 55.39 | | 655.47 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.07 | | 655.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.09 | | 655.63 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.08 | | 655.71 |
| 10/06/10 | {2} | AT&T | Refund for overpayment on terminated AT&T (SBC) internet account | 1229-000 | 2,563.55 | | 3,219.26 |
| 10/13/10 | {3} | National Un Fire Insurance | Returned disbursement | 1229-000 | 1,000.00 | | 4,219.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,219.28 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,219.30 |
| 12/03/10 | {4} | Associated Publications, Inc. | PREFERENCE RECOVERY | 1241-000 | ! 3,750.00 | | 7,969.30 |
| 12/13/10 | {4} | Associated Publications, Inc. | Reversed Deposit 100004 1 PREFERENCE RECOVERY | 1241-000 | -3,750.00 | | 4,219.30 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,219.33 |
| 01/28/11 | | To Account #9200******8366 | Funds to pay Jack B. Fishman & Associates | 9999-000 | | 150.00 | 4,069.33 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.39 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,069.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.80 | 4,061.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,061.77 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,036.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,036.80 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,011.80 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,011.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,986.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,986.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,961.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,961.89 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,936.89 |

Subtotals : $4,244.69   $307.80

{} Asset reference(s)          !-Not printed or not transmitted

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-29024-BAT  
**Case Name:** INDOOR FOOTBALL ESTATE LLC

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Checking Account

**Taxpayer ID #:** **-***0778  
**Period Ending:** 01/23/13

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,936.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,911.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,886.92 |
| 12/13/12 | | To Account #9200******8366 | Closing Account | 9999-000 | | 3,886.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,244.72 | 4,244.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,036.92 | |
| | | | **Subtotal** | | 4,244.72 | 207.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,244.72** | **$207.80** | |

{} Asset reference(s)      Printed: 01/23/2013 03:46 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-29024-BAT
**Case Name:** INDOOR FOOTBALL ESTATE LLC

**Taxpayer ID #:** **-***0778
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/11 | | From Account #9200******8365 | Funds to pay Jack B. Fishman & Associates | 9999-000 | 150.00 | | 150.00 |
| 01/28/11 | 101 | Jack B. Fishman & Associates, P.C. | Dec 1 2010 professional fees | 3210-000 | | 100.00 | 50.00 |
| 02/18/11 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2011 FOR CASE #09-29024 | 2300-000 | | 4.57 | 45.43 |
| 12/20/11 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-29024, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 7.41 | 38.02 |
| 01/01/12 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #09-29024, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -7.41 | 45.43 |
| 02/21/12 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #09-29024, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 26.73 | 18.70 |
| 12/13/12 | | From Account #9200******8365 | Closing Account | 9999-000 | 3,886.92 | | 3,905.62 |
| 12/13/12 | 105 | Tressler LLP | Court order allowing fee payment | | | 3,905.62 | 0.00 |
| | | | 10.50 | 3220-000 | | | 0.00 |
| | | Tressler LLP | 3,895.12 | 3210-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,036.92 | 4,036.92 | $0.00 |
| Less: Bank Transfers | | 4,036.92 | 0.00 | |
| **Subtotal** | | 0.00 | 4,036.92 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$4,036.92** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****564666** | 0.00 | 0.00 | 0.00 |
| **Checking # ****564667** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******83-65** | 4,244.72 | 207.80 | 0.00 |
| **Checking # 9200-******83-66** | 0.00 | 4,036.92 | 0.00 |
| | **$4,244.72** | **$4,244.72** | **$0.00** |